# UNITED STATES DISTRICT COURT

District of _____

Jon M. Taylor

V.

Town of Freetown,
Carlton E. Abbott, Jr., Esq.
(Individually, and s Chief of the
  Freetown Police Department), and
Walter J. Sawicki
(Individually, and as Lieutenant of the
  Freetown Police Department).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12417-PBS

TO: (Name and address of Defendant)

Walter J. Sawicki
Lieutenat
Freetown Police Department
225 Chace Road
Freetown, MA  02717-0518

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Howard Mark Fine, Esq.
86 Sherman Street
Cambridge, MA  02140-3233

an answer to the complaint which is herewith served upon you, within ____20____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: TONY ANASTAS

DATE: DEC 01 2003

(By) DEPUTY CLERK