# UNITED STATES DISTRICT COURT

District of _____

Jon M. Taylor

V.

Town of Freetown,
Carlton E. Abbott, Jr., Esq.,
(Individually, and as Chief of the Freetown
  Police Department), and
Walter J. Sawicki
(Individually, and as Lieutenant of the
  Freetown Police Department).

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 03-12417-PBS

TO: (Name and address of Defendant)

Town of Freetown
c/o Town Clerk
Jacqueline A. Brown
Freetown Town Hall
3 North Main Street
P.O. Box 438
Assonet, MA  02702

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Howard Mark Fine, Esq.
86 Sherman Street
Cambridge, MA  02140

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE: DEC 01 2003

(By) DEPUTY CLERK