UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT |

Now come the defendants in the above-captioned matter and hereby move for an extension of time until April 27, 2004 to file their response to the complaint in this matter. As grounds for this motion, Defendants submit that the complaint at issue alleges a total of five (5) federal and state counts against a municipal defendant and two (2) of its employees who have been sued in both their official and individual capacities. In light of the number of claims and defendants involved, additional time is needed to prepare a proper response to the complaint. Counsel for plaintiff, Attorney Howard Mark Fine, has been conferred with regarding the instant motion and has kindly given his assent to the allowance of same.

ASSENTED TO:
PLAINTIFF

By his attorney,

*Howard Mark Fine*
Howard Mark Fine (BBO#554671)
Attorney at Law
86 Sherman Street
Cambridge, MA 02140

DEFENDANTS

By their attorneys,

*Joseph Fair*
David C. Jenkins (BBO#25100)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

218814/60700/0503

## CERTIFICATE OF SERVICE

I, Joseph S. Fair, hereby certify that on the below date, I served copies of the foregoing Assented To Motion To Extend Time To Respond To Plaintiff's First Amended Complaint, by mailing copies of same, postage prepaid, to the following counsel of record:

>Howard Mark Fine, Esq.
Attorney at Law
86 Sherman Street
Cambridge, MA 02140

Dated: 4/13/04

Joseph S. Fair