UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

JON M. TAYLOR,
    Plaintiff,

v.

TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,
    Defendants.

DEFENDANTS' ASSENTED TO MOTION FOR FURTHER EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT

Now come the defendants in the above-captioned matter and hereby move for a further extension of time in which to file their response to the complaint in this matter. Defendants submit that a brief further extension is needed as the parties, in accordance with Local Rule 7.1, are in the process of attempting to narrow the issues raised in Defendants' Motion To Dismiss. Plaintiff's counsel has asked for a few days in which to review Defendants' motion. If allowed, Defendants' response to the complaint would be due on May 3, 2004. Counsel for plaintiff, Attorney Howard Mark Fine, has been conferred with regarding the instant motion and has kindly given his assent to the allowance of same.

ASSENTED TO:
PLAINTIFF

By his attorney,

*Howard Mark Fine*
Howard Mark Fine (BBO#554671)
Attorney at Law
86 Sherman Street
Cambridge, MA 02140

Date: 4/28/04

218814/60700/0503

DEFENDANTS

By their attorneys,

*Joseph Fair*
David C. Jenkins (BBO#25100)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail hand on 4/28/04
*Joseph Fair*