UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

Now come the defendants, Town of Freetown, Carlton E. Abbott, Jr. and Walter J. Sawicki (hereinafter, "Defendants") and hereby move this Honorable Court, pursuant to F.R.C.P. 12(b)(6), to dismiss the above-captioned matter in its entirety for the reasons more fully detailed in the accompanying memorandum.

DEFENDANTS

By their attorneys,

_/s/ David C. Jenkins_
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
  Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date: 5/3/04

218317/60700/0503

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document was served upon the attorney of record for each other party by mail-hand on 5/3/04
_Joseph Fair_