UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 7.1 |

In accordance with Local Rule 7.1, counsel for the defendants in the above-captioned matter hereby certifies that the parties attempted, in good faith, to resolve or narrow the issues raised in Defendants' Motion To Dismiss Plaintiff's First Amended Complaint, but were unable to do so at this time.

DEFENDANTS

By their attorneys,

*/s/ Joseph Fair*
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date: 5/3/04

219937/60700/0503