UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12417-PBS

JON M. TAYLOR,                                              )
                                       Plaintiff,           )
                                                           )
            v.                                              )
                                                           )
TOWN OF FREETOWN,                                           )
                                                           )        PLAINTIFF'S ASSENTED TO
CARLTON E. ABBOTT, JR., ESQ.,                               )        MOTION TO EXTEND
Individually, and as Chief of the Freetown                  )        DEADLINE FOR FILING
Police Department, and                                      )        OPPOSITION TO DEFENDANTS'
                                                           )        F.R.C.P. 12(b)(6) MOTION
WALTER J. SAWICKI                                           )
Individually, and as Lieutenant of the                      )
Freetown Police Department                                  )
                                       Defendants.          )
                                                           )

COMES now counsel for the plaintiff in the above-captioned matter and, with the

assent of defendants' attorneys, hereby move this Honorable Court to grant a brief

extension to file an opposition to Defendants' Motion to Dismiss Plaintiff's First

amended complaint.  As grounds therefore, your movant states that due to plaintiff

counsel's scheduling conflicts with other pending litigation, additional time is needed in

order to address the issues raised in the Defendants' accompanying memorandum of law.

If allowed, counsel seeks to extend the above deadline to June 7, 2004.  No prejudice

would ensue to the parties were the Court to allow the herein motion.

JON M. TAYLOR

By His Attorney:

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200


Dated: May 11, 2004

ASSENTED TO
DEFENDANTS

By their attorneys,

_____
David C. Jenkins, Esquire (BBO No. 25100)
Joseph S. Fair, Esquire (BBO No. 637818)
Kopelman and Paige, P.C.
31 St. James Avenue
617-556-0007


**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above
document was served upon (each party appearing
pro-se-and) the attorney of record of each (other
party by mail (by hand) on _____

_____
Howard Mark Fine

2