UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 JUN -4  P 12: 08

U.S. DISTRICT COURT
DISTRICT OF MASS.

CIVIL ACTION NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, JR., ESQ.,<br>Individually, and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI<br>Individually, and as Lieutenant of the<br>Freetown Police Department<br>Defendants. | PLAINTIFF'S ASSENTED TO<br>MOTION TO EXTEND<br>DEADLINE FOR FILING<br>OPPOSITION TO DEFENDANTS'<br>FED.R.CIV.P. 12(b)(6) MOTION |

COMES now counsel for the Plaintiff in the above-captioned matter and, with the assent of defendants' attorneys, hereby move this Honorable Court to grant a four-day extension for filing an opposition to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint. As grounds therefore, your movant states that due to conflicts with other pending litigation, a brief extension is needed in order to address the issues raised in the Defendants' accompanying memorandum of law. Where counsel only seeks to extend the deadline from June 7, 2004 to June 11, 2004, no prejudice would ensue to the parties were this Honorable Court to allow the herein motion.

| | |
|---|---|
| JON M. TAYLOR | ASSENTED TO BY DEFENDANTS |
| By His Attorney: | By Their Attorneys: |
| *(signature)* | *(signature)* |
| Howard Mark Fine, Esquire<br>86 Sherman Street<br>Cambridge, MA 02140-3233<br>BBO No. 554671<br>(617) 868-9200 | David C. Jenkins, Esquire (BBO No. 25100)<br>Joseph S. Fair, Esquire (BBO No. 637818)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, Massachusetts 02116-4102<br>617-556-0007 |

Dated: June 4, 2004