UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR, <br>                  Plaintiff, <br><br> v. <br><br> TOWN OF FREETOWN, <br><br> CARLTON E. ABBOTT, JR., ESQ., <br> Individually, and as Chief of the Freetown <br> Police Department, and <br><br> WALTER J. SAWICKI <br> Individually, and as Lieutenant of the <br> Freetown Police Department <br>                  Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## CERTIFICATE OF SERVICE

     I, Howard Mark Fine, counsel for Plaintiff Jon M. Taylor in the above-captioned matter, hereby swear and affirm that I have served by ordinary first class mail, postage prepaid, the herein "Plaintiff's Assented To Motion To Extend Deadline For Filing Opposition To Defendants' Fed.R.Civ.P. 12(b)(6) Motion" to the following counsel: David C. Jenkins and Joseph S. Fair, Kopelman and Paige, P.C., 31 St. James Avenue, Boston, Massachusetts 02116-4102.

                                                              JON M. TAYLOR

                                                              By His Attorney:

                                                              Howard Mark Fine, Esq.
                                                              86 Sherman Street
                                                              Cambridge, MA 02140-3233
                                                              BBO No. 554671
                                                              (617) 868-9200

Dated: June 4, 2004