UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jon M. Taylor
        Plaintiff,                      CIVIL ACTION
                                              NO.   03-12417-PBS
   v.

Town of Freetown, et al
        Defendants.

## NOTICE OF MOTION HEARING

SARIS, U.S.D.J.                                                                         June 18, 2004

      TAKE NOTICE that the above-entitled case has been set for a Motion Hearing re: Motion to Dismiss on **August 10, 2004**, at **3:00 p.m.**, in Courtroom No. 13, 5th floor, U.S. District Court, 1 Courthouse Way, Boston, Massachusetts**.**

                                                                                                                  By the Court,

                                                                                                                  /s/ Robert C. Alba
                                                                                                                  Deputy Clerk

Copies to:  All Counsel