UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JON M. TAYLOR<br>    Plaintiff<br><br>vs.<br><br>TOWN OF FREETOWN, et al<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)   C.A. NO.: 03-12417-PBS<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please enter our appearance on behalf of Defendant, Walter Sawicki, in the above entitled matter.

The Defendant,
By his attorneys

/s/ Michael J. Akerson

Michael J. Akerson
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO # 558565

/s/ Austin M. Joyce

Austin M. Joyce
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO # 255040

/s/ Andrew J. Gambaccini

Andrew J. Gambaccini
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO # 654690

/s/ John K. Vigliotti

John K. Vigliotti
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
BBO # 642337