UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>                Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>                Defendants | C.A. 03-12417-PBS |

## PLAINTIFF'S MOTION TO SUBMIT ADDITIONAL EVIDENCE IN SUPPORT OF OBJECTIONS TO MAGISRATE JUDGE'S FINDINGS AND RECOMMENDATION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

COMES now Jon M. Taylor, plaintiff in the above-captioned matter ("Plaintiff"), and, pursuant to Rule 72 of the Federal Rules of Civil Procedure and Rule 3(c) of the Rules for United States Magistrates Judges in the United States for the District of Massachusetts, seeks leave from this Honorable Court to introduce additional evidence in support of his objections to United States Magistrate Judge Alexander's Findings and Recommendation on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, dated November 9, 2004.

Specifically, Plaintiff moves to introduce evidence concerning: 1) defendant Town of Freetown's failure to investigate Plaintiff's complaints concerning police corruption, 2) additional acts of adverse employment action committed by said defendant and defendant Carlton E. Abbott, Jr., Esquire; and 3) additional facts to support his claim that the defendants in

the above-captioned matter, pursuant to 42 U.S.C. §1983, and maintained a policy and/or custom of unjustifiable retaliation against police officers who exercise their First Amendment rights by speaking out against the Freetown Police Department on matters of serious public concern. See Affidavit of Howard Mark Fine, Esquire and Exhibits A-F, which are attached hereto and by reference incorporated herein.

As grounds therefore, your movant states the attached documents are in the possession, custody and/or control of defendant municipality and/or its Chief of Police, and, as such, would create no undue surprise or prejudice to opposing counsel. Further, such proffered evidence is relevant to Plaintiff's claims, since it amplifies and clarifies allegations of adverse action, improper motive, and a custom and/or practice of violating the rights of employees who engage in protected speech. See Plaintiff's Objections to Magistrate Judge's Findings and Recommendation on Defendants' Motion to Dismiss First Amended Complaint.

WHEREFORE, for the reasons above and as stated elsewhere, Plaintiff requests that this Honorable Court grant the herein motion.

JON M. TAYLOR

By His Attorney:

Howard Mark Fine,
86 Sherman Street
Cambridge, MA 02140-3233
BBO No. 554671
(617) 868-9200

Dated: November 26, 2004