COMMONWEALTH OF MASSACHUSETTS

BRISTOL, SS.

SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT
CIVIL ACTION NO. C-1001223

MARC ROURKE,
    Plaintiff

v.

TOWN OF FREETOWN, AND
CARLTON E. ABBOTT, JR.,
INDIVIDUALLY AND AS THE
CHIEF OF THE FREETOWN
POLICE DEPARTMENT,
    Defendants

## AFFIDAVIT OF HOWARD MARK FINE, ESQUIRE

I, Howard Mark Fine, Esquire, being duly sworn, hereby affirm the following:

1. Since December 18, 1989, I have been a licensed attorney and member in good standing of the Massachusetts Bar, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit.

2. I am counsel of record for Jon M. Taylor ("Taylor"), the plaintiff in the above-captioned matter.

3. Exhibits A-F, which are attached hereto and by reference incorporated herein, are, based on information and belief, true and accurate copies of documents in support of Plaintiff's Objections to Magistrate Judge's Findings and Recommendation on Defendants' Motion to Dismiss First Amended Complaint.

Signed under the pains and penalties of perjury this 26th day of November, 2004, on behalf of:

JON M. TAYLOR

By His Attorney:

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA 02140-3233
B.B.O. No. 554671
(617) 868-9200