

**JACQUELINE A. BROWN**
TOWN CLERK

# Town of Freetown
OFFICE OF THE TOWN CLERK
3 NORTH MAIN STREET
P. O. BOX 438
ASSONET, MA 02702

TEL. 508-644-2203
FAX: 508-644-9826
TOWNCLERK@TOWN.FREETOWN.MA.US

August 14, 2003

Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA   02140-3233

Dear Atty. Fine,

In regards to your letter of August 12, 2003, I do not have any public records on file in this office concerning an investigation pursuant to MGL Chapter 41, Section 23B or any documents relating to any complaints made by Patrolman Jon M. Taylor.

Sincerely,

Jacqueline A. Brown
Town Clerk

# HOWARD MARK FINE
*Attorney at Law*

86 Sherman Street • Cambridge, Massachusetts 02140-3233
Telephone 617-868-9200 • Fax 617-868-8400 • Email hmfine@aol.com

August 12, 2003

Jacqueline A. Brown, Town Clerk
Freetown Town Hall
3 North Main Street
P.O. Box 438
Assonet, MA 02702

    **Re: Public Records Request**

Dear Ms. Brown:

Pursuant to Massachusetts General Laws Chapter 66, Section 10 and Chapter 41, Section 23B, I am requesting copies of all public records relating to any investigations, conducted from 1997 to the present, related to police misconduct. Please include all documents relating to any and all investigations made into complaints made by Patrolman Jon M. Taylor, as referenced in the attached letter. Thank you for your assistance in this matter.

Sincerely,

Howard Mark Fine, Esquire

HMF/mg

Enc.

CC: J. Taylor

