# Freetown Police Department
## Counseling Notice

You are being counseled for the reasons cited below. During the time outlined below, you are expected to demonstrate improvement in your performance or you will be subject to other disciplinary action, up to and including termination.

**A.) Reason(s) for warning (cite specific examples and dates)**

Rule 9.5 Reporting For Duty. On September 21, 2004 you were late for work (approx. 18 mins.) Also note the following: On November 4, 2003, you were late for work (approx. 25 mins.), on October 28, 2003 you were late for work (approx. 45 mins.), and on October 3, 2003 you were late for work (approx. 35 mins.).

As to your misinterpretation of "coverage," be advised that this practice requires the following: 1) officer who is scheduled to work a shift contacts an officer who is already working; 2) this contact is made before the start of the shift; 3) the contacted officer decides whether he wants to cover or not; 4) If the contacted officer agrees to coverage, the on-duty Sergeant/Shift Supervisor must be immediately notified.

Telephoning the station and reporting that you will be late for work & then arriving late for work is a violation of the department's rules.

Rule 9.21 Reporting Rule Violation. If you are aware that an officer is violating a rule, then you are required to report same.

**A.) Corrective Action:**

Report to duty on time & in accordance with Rule 9.5.
Report the rule violation in accordance with Rule 9.21

**B.) Performance Improvement Time Frame**

From: Immediately    To: Immediately

I have read and understand what steps need to be taken to improve my performance.

_____    _____
Officer/Employee Signature           Date:

_____    9-27-04
Issuing Officer                      Date: