**Town of Freetown**
# POLICE DEPARTMENT
225 CHACE ROAD
P.O. BOX 518
EAST FREETOWN, MA 02717-0518

CARLTON E. ABBOTT, JR., ESQ.
Chief of Police

LEAPS: FRE
NCIC: MA0030900
TEL. (508)763-4017
FAX: (508) 763-4010

**Facsimile Transmission**
**617-868-8400**

November 17, 2004

Howard M. Fine, Esquire
86 Sherman Street
Cambridge, MA 02140

Re: Your Client – Jon M. Taylor

Dear Attorney Fine:

Please be advised that the Board of Selectmen has ordered that you client appear at a disciplinary hearing scheduled at 7:00PM on Tuesday, November 23, 2004, at the Multi-Purpose Center, 227 Chace Rd., East Freetown.

Attached please find a copy of the following:

1. Hearing Notice;
2. Complaint & Complaint Control Form;
3. Chief's Letter to the Board of Selectmen, 11/08/04;
4. Applicable Rules and Regulations and Orders;
5. Applicable Reports

Sincerely,

Carlton E. Abbott, Jr., Esq.
Chief of Police



**CARLTON E. ABBOTT, JR., ESQ.**
Chief of Police

**Town of Freetown**
# POLICE DEPARTMENT
225 CHACE ROAD
P.O. BOX 518
EAST FREETOWN, MA 02717-0518

LEAPS: FRE
NCIC: MA0030900
TEL. (508)763-4017
FAX: (508) 763-4010

November 16, 2004

Jon M. Taylor
112 Wingold Street
Fall River, MA 02720

Dear Mr. Taylor:

Please be advised that the Board of Selectmen has ordered that you appear at a disciplinary hearing scheduled at 7:00PM on Tuesday, November 23, 2004, at the Multi-Purpose Center, 227 Chace Rd., East Freetown.

The hearing is scheduled in response to a complaint submitted to the Board of Selectmen by the Chief of Police.

Attached please find a copy of the following:

1. Complaint & Complaint Control Form;
2. Chief's Letter to the Board of Selectmen, 11/08/04;
3. Applicable Rules and Regulations and Orders;
4. Applicable Reports

The Board intends, in accordance with c.39, s.23B, to hear the matter in Executive Session. You have the right to counsel or a representative or your choosing to be present and speak on your behalf. You have the right to request that said hearing be held in an open public session. You should also refer to the Agreement Between the Freetown Police Association and Town of Freetown.

Very truly yours,

Carlton E. Abbott, Jr., Esq.
Chief of Police

Return Receipt Requested
No.: 70031680000658105112



**Town of Freetown**
## POLICE DEPARTMENT
225 CHACE ROAD
P.O. BOX 518
EAST FREETOWN, MA 02717-0518

**CARLTON E. ABBOTT, JR., ESQ.**
Chief of Police

LEAPS: FRE
NCIC: MA0030900
TEL. (508)763-4017
FAX: (508) 763-4010

November 8, 2004

Board of Selectmen
TOWN OF FREETOWN
3 North Main Street
Assonet, MA 02702

Re: Request for Disciplinary Hearing
    Ptlm. Jon Taylor

Dear Sirs:

I am requesting that you schedule a disciplinary hearing based upon the attached complaint.

As you know, Article XIX of <u>Agreement Between the Freetown Police Association and the Town of Freetown</u> requires:

1. That Ptlm. Taylor be provided with a copy of the complaint (in-hand or registered mail) at least 72 hours prior to the hearing;

2. That the hearing be held **within** thirty (30) days from the date of complaint (November 5, 2004).

Also, if the matter is to be held in executive session, the "Open Meeting Law," c.39, s.23B, requires that the officer be given 48 hours notice, in writing, before the executive session. If an executive session is held, the officer has the right to be present, to have counsel or a representative of his choosing present, and to speak on his/her own behalf.

Thank you for your prompt attention to this matter.

Very truly yours,

Carlton E. Abbott, Jr., Esq.
Chief of Police

# COMPLAINT

| Date of Complaint: |
|---|
| November 8, 2004 |

| Complainant: |
|---|
| Carlton E. Abbott, Jr., Chief of Police |
| FREETOWN POLICE DEPARTMENT |
| 225 Chace Road |
| East Freetown, MA |

| Defendant/Respondent: |
|---|
| Jon Taylor, Patrolman |
| FREETOWN POLICE DEPARTMENT |
| 225 Chace Road |
| East Freetown, MA |

Allegation(s):

**I. Rule 7.0 Orders**

On or about September 22, 2004, Ptlm. Taylor was ordered, no later than the end of Taylor's next shift, to furnish to the Chief via e-mail certain information as required by Department Rule 13.9. Taylor failed to obey the order.
See attached Order, dated 09/22/04, Rules and report 04-10-IA, incorporated herein.

**II. Rule 7.01 Insubordination**

On or about September 25, 2004, Taylor was insubordinate having returned to work a MN-8:00AM shift, and failing or refusing to obey a lawful order given by a supervisor.
See attached Order, dated 09/22/04, Rules and report 04-10-IA, incorporated herein.

**III. Rule 7.0 Orders**

On or about September 27, 2004, Ptlm. Taylor was ordered, no later than the end of Taylor's next shift, to furnish to the Chief via e-mail certain information as required by Department Rule 13.9. Taylor failed to obey the order.
See attached Order, dated 09/27/04, Rules and report 04-10-IA, incorporated herein.

**IV. Rule 7.01 Insubordination**

On or about October 8, 2004, Taylor was insubordinate having returned to work a MN-8:00AM shift, and failing or refusing to obey a lawful order given by a supervisor.
See attached Order, dated 09/27/04, Rules and report 04-10-IA, incorporated herein.

Signature of Complainant: *[signature]*

# Freetown Police Department
## Complaint Control Form

| Division: Patrol | Complaint #: | Type of Complaint: (Circle One) Physical Abuse    Verbal Abuse    Other: <u>Rule Violation</u> | | |
|---|---|---|---|---|
| Date of Incident: See Narrative | Time of Incident: See Narrative | Location of Incident: Freetown Police Department 225 Chace Road east Freetown, MA 02717 | | |
| Complainant's Name: Carlton E. Abbott, Jr. | | Sex*: | DOB*: | Race*: |
| Address: Freetown Police Department 225 Chace Road east Freetown, MA 02717 | | | | Marital Status*: |
| Telephone #: (home / work) 508-763-4017 | | Social Security No. *: | | |

* Optional Information

| Date/Time of Complaint: 11/08/04 9:00 AM | How Complaint Received: (circle one) In Person   Telephone   Mail   (Other) | Result of: (circle one) Arrest   Injury   Traffic stop   (Other) |
|---|---|---|
| Ranking Officer (OIC) receiving Complaint: Print Name: Carlton E. Abbott, Jr. | | Signature: [signed] |

| Name of Employee Complained Against: | Rank: | Employ./Badge #: | Shift: |
|---|---|---|---|
| 1. Jon Taylor | Patrolman | 838 | MN-8AM |
| 2. | | | |
| 3. | | | |

| Name of Witness: | Address: | Telephone #: (home/work) |
|---|---|---|
| 1. See Narrative | | |
| Date of Birth*: | Social Security No. *: | |
| 2. Name of Witness: | Address: | Telephone #: (home/work) |
| Date of Birth*: | Social Security No. *: | |
| 3. Name of Witness: | Address: | Telephone #: (home/work) |
| Date of Birth*: | Social Security No. *: | |
| 4. Name of Witness: | Address: | Telephone #: (home/work) |
| Date of Birth*: | Social Security* No.: | |

January, 2003

(Include Additional Witnesses in Narrative:)

## NARRATIVE

**Warning!** *False statements on this form are punishable under the penalty of perjury. Whoever Knowingly makes a false written statement on this form may be punished by imprisonment for up to one year or a fine of up to $500.00 or by both a fine and imprisonment- MGL Chapter 269 Sec. 13a*

SEE 04-10-IA

_____
Complainant's Signature
(or Parent/Legal Guardian if complainant if under 18 yrs.)

11/08/04  0900 hrs.
Date And Time

January, 2003                    2

Department Rules & Regulations

## 7.0 - ORDERS

An order is defined as a command or instruction, oral or written, given by one member of the Department to another member of lesser rank. It is essential to the proper operation of a police agency that officers promptly obey all lawful orders. Every officer of the Department shall promptly obey, without reservation, the rules, regulations, policies and procedures of the Department and all lawful commands of a Superior Officer including those commands relayed from a superior by an officer of the same or lesser rank.

## RULE 7.01 - INSUBORDINATION

Officers shall not be insubordinate. Insubordination shall include: any failure or deliberate refusal to obey a lawful order (written or oral) given by a Superior Officer or as otherwise specified above. It shall also include any disrespectful, mutinous, insolent, or abusive language or action toward a superior whether in or out of the presence of the superior.

## RULE 13.9 - POSSESSION/USE OF CONTROLLED SUBSTANCES

Officers shall not possess and/or use on or off duty any controlled substances, except with the approval and guidance of a licensed physician and with the knowledge of the Chief. At no time may an officer use or be under the influence of a controlled substance where such use or influence impairs or compromises the efficiency and integrity of the officer, the Department or the municipality.

## 2.0 - RECEIPT

Officers shall subscribe their names to the following agreement:

I hereby acknowledge receipt of a copy of the Manual of Rules and Regulations for the government of the Police Department of the Town of Freetown, Massachusetts.

Date: 09/13/98

_____
Signature of Officer

Issued By: _____
Signature of Issuing Officer

(Two copies - one to remain in Manual and the other to be filed in personnel folder.)

2

## Freetown Police Department
## Investigative Report

Page: 1
11/05/2004

Case #: 04-10-IA

```
       Date/Time Reported: 11/02/2004 @ 1600
       Report Date/Time:   11/02/2004 @ 1600
       Occurred Between:   09/27/2004 @ 1810 - 10/08/2004 @ 0800
       Complaint Type:     Insubordination
       Disposition:        Referred Selectmen
       Reporting Officer:  Chief CARLTON ABBOTT
       Signature:          _____
```

| # | PERSON(S) | PERSON TYPE | SEX | RACE | AGE | SSN | PHONE |
|---|---|---|---|---|---|---|---|
| 1 | TAYLOR, JON M<br>225 CHACE RD<br>E. FREETOWN MA 02717<br>DOB: 10/06/1966<br>EMPLOYER: FREETOWN POLICE  508-763-4017 | PARTICIPANT | M | W | 37 | 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 | 508-763-4018 |

Freetown Police Department
Page: 1
NARRATIVE FOR CHIEF CARLTON E ABBOTT JR
Ref: 04-10-IA

Entered: 11/02/2004 @ 1826    Entry ID: 287
Modified: 11/05/2004 @ 1123    Modified ID: 287

## Background

**Tuesday, September 21, 2004**
Sgt. Steven Abbott e-mailed Ptlm. Taylor requesting that he provide a reason for tardiness (18 minutes late for shift).

**Wednesday, September 22, 2004**
Taylor responded via e-mail, "Due to my prescription medication, I apparently woke up late."

**Wednesday, September 22, 2004**
Chief of Police Carlton Abbott e-mailed Taylor informing Taylor of Department Rule 13.9 relative to the reporting of controlled substances. The Chief directed Taylor to "notify me via e-mail, no later than the end of your next shift [09/25/04], as to the specific name(s) and strengths of any controlled substance(s) as required by the above rule."

**Friday, September 24, 2004-**

**Saturday, September 25th**
Taylor reported for work on September 24th for a MN-8AM overtime shift
Taylor reported to work on september 25th for the MN-8AM shift.
During this period Taylor opened the e-mail from the Chief, and deleted same. On Saturday, September 25th, Chief Abbott confirmed this. Taylor failed to comply with the Chief's order and Rule 13.9.

**Monday, September 27, 2004**
Chief Abbott again e-mailed Taylor informing him of Rule 13.9 and directing Taylor to, "notify me via e-mail, no later than the end of your next shift, as to the specific name(s), strength(s), and dosage of any controlled substance(s) required by the above rule. If there are none, indicate so in your e-mail."

**Friday, October 8, 2004**
Taylor reported for a MN-8AM patrol shift. During this time Taylor opened the e-mail from the Chief and read same. On Friday, October 8th, Chief Abbott confirmed this. Taylor refused to comply with the Chief's order and Rule 13.9.

**Friday, October 8, 2004**
Chief Abbott informed Taylor via telephone that he was on paid administrative leave and ordered him to appear in the Chief's office at 10:00 AM on Tuesday, October 12, 2004. Taylor asked if he could have counsel present and was informed that he could.

**Friday, October 8, 2004**
The Chief notified union steward Michael Connell of the meeting and Connell thereafter notified union representative Anthony Pini.

11/17/2004 05:09 5087634012 PAGE 12/19
Case 1:03-cv-12417-PBS   Document 21-5   Filed 11/29/2004   Page 11 of 18

Freetown Police Department
Page: 2
NARRATIVE FOR CHIEF CARLTON E ABBOTT JR
Ref: 04-10-IA

Entered: 11/02/2004 @ 1826       Entry ID: 287
Modified: 11/05/2004 @ 1123      Modified ID: 287

**Tuesday, October 12, 2004**
Taylor, accompanied by union representatives Connell and Pini, appeared in the Chief's office. The Chief distributed a copy of Rule 13.9 to all present and indicated he still wanted the name(s) of the medication and explained the Town's concern regarding medication and the potential impairment of high speed driving and deadly force decisions. The Chief presented two options: a) present a letter from Taylor's physician indicating the name of the medication(s) and whether or not they impaired Taylor, and b) a list identifying the medication. Union representative Pini asked the Chief to wait until "Wednesday or Thursday" so that he could "run it by counsel."

**Thursday, October 14, 2004**
As of 5:00PM, no names or information had been provided by Taylor to the Chief.

**Friday, October 15, 2004**
The Chief telephoned union representative Pini and was informed that Pini would instruct Taylor to provide the information and consult with his (Taylor's) attorney.

**Monday, October 25, 2004**
Sgt. Michael Byrnes delivered another order to Taylor's home identifying Rule 13.9 and directing Taylor "to advise me of the following in writing, no later than Tuesday, October 26, 2004 at 4:00 PM: 1, The name of the prescription medication you are taking; and 2 dosage."

**Monday, October 25, 2004**
Taylor telephoned the Chief and stated that he would "fax it to his attorney who would give it to the Town's attorney, Joseph Fair."

**Tuesday, October 26, 2004**
Taylor's attorney faxed a letter to Town attorney Fare with the attorney's understanding of the medication prescribed. Later, Taylor faxed a letter to Town attorney Fare with a list of medications.

Freetown Police Department                          Page:   1

Email Report Printed: 09/22/2004 @ 0141

Sent : 09/21/2004 @ 0740 By: SERGEANT STEVEN E ABBOTT
Subject: TARDINESS
    To: SERGEANT STEVEN E ABBOTT

Jon,
    This morning 9/21 you were 18 minutes late for duty on your M-8 shift.
Please email me with the reason for your tardiness.
Thank you.

Freetown Police Department  Page: 1

Email Report Printed: 09/22/2004 @ 0139

Sent : 09/22/2004 @ 0032 By: PATROLMAN JON M TAYLOR
Subject: TARDINESS
    TO: SERGEANT STEVEN E ABBOTT

TO: Sgt. Abbott
From: J. Taylor

Date: 09/21/2004

RE: Tardiness

   Due to your false allegations regarding the Internal Affairs complaint which you and Lt. Sawicki had filed against me recently has caused me a great deal of unnecessary stress which my Doctor has now put me on medication. Due to my prescription medication, I apparently woke-up late.

   Further, another officer was here until I did arrive which is considered coverage. That officer did wait until I arrived as we routinely do cover for each other. Also, this appears to be another specific case of further retaliation against me on your part. When you have others who routinely arrive late for work everyday and they don't have others who cover for them and they are not addressed.

Respectfully,

Jon Taylor

Freetown Police Department                                      Page: 1

Email Report Printed: 09/24/2004 @ 0900

Sent : 09/22/2004 @ 1810 By: Chief CARLTON E ABBOTT JR
Subject: MEDICATION
    To: Chief CARLTON E ABBOTT JR

TO: Ptlm. Taylor
FROM: Chief
DATE: 09/22/2004 1804
RE:  Medication(s)

---

Pursuant to Rule 13.9 you are required to inform me of any controlled substance(s) you possess and/or use on or off duty.

Notify me via e-mail, no later than the end of your next shift, as to the specific name(s) and strengths of any controlled substance(s) as required by the above rule.

Thank you.

Freetown Police Department                           Page:  1

Email Report Printed: 09/27/2004 @ 1145

Sent : 09/27/2004 @ 1145 By: Chief CARLTON E ABBOTT JR
Subject: MEDICATION(S)
    To: Chief CARLTON E ABBOTT JR

TO:   Ptlm. Taylor
FROM: Chief
DATE: 09/27/2004 1125
RE:   Medications(s)

---

This is the second order. The previously was sent to you via e-mail on 09/22/04.

Pursuant to Rule 13.9, you are required to inform the chief of any controlled substance(s) you possess and/or use on or off duty.

Notify me via e-mail, no later than the end of your next shift, as to the specific name(s), strenght(s), and dosage of any controlled substance(s) required by the above rule.

If there are none, indicate so in your e-mail.

Thank you

| Date/Time Sent | To ID | Name | Subject | Status | Delivery Type | Reply |
|---|---|---|---|---|---|---|
| 2004 09 22 1810 | 287 | Chief CARLTON E ABBOTT JR | MEDICATION | Read | To | N |
| 2004 09 22 1810 | 838 | Patrolman JON M TAYLOR | MEDICATION | Deleted | To | N |
| 2004 09 27 1145 | 838 | Patrolman JON M TAYLOR | MEDICATION(S) | Read | To | N |

| Date/Time Sent | To ID | Name | Subject | Status | Delivery Type | Reply |
|---|---|---|---|---|---|---|
| 2004 09 22 1810 | 287 | Chief CARLTON E ABBOTT JR | MEDICATION | Read | To | N |
| 2004 09 22 1810 | 838 | Patrolman JON M TAYLOR | MEDICATION | Deleted | To | N |
| 2004 09 27 1145 | 838 | Patrolman JON M TAYLOR | MEDICATION(S) | Read | To | N |



**Freetown Police Department** — Page: 1

TAYLOR - 838 — September 2004

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 Duty: WK Unit: 556 0000-0800 | 23 Scheduled Day Off | 24 Duty: OT Unit: 555 0000-0800 | 25 Duty: WK Unit: 556 0000-0800 |
| 26 Duty: WK Unit: 556 0000-0800 | 27 Duty: WK Unit: 555 0000-0800 | 28 Duty: SL Unit: 0000-0800 | 29 Scheduled Day Off | 30 Scheduled Day Off |  |  |



**Freetown Police Department** — Page: 2

**TAYLOR - 838**  **October 2004**

| Sunday | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday |
|---|---|---|---|---|---|---|
| | | | | | **1** Duty: VL Unit: 0000 - 0800 | **2** Duty: VL Unit: 0000 - 0800 |
| **3** Duty: VL Unit: 0000 - 0800 | **4** Duty: VL Unit: 0000 - 0800 | **5** Scheduled Day Off | **6** Scheduled Day Off | **7** Duty: SL Unit: 0000 - 0800 | **8** Duty: WK Unit: 551 0000 - 0800 | **9** Scheduled Day Off |
| **10** Scheduled Day Off | **11** Scheduled Day Off | **12** Scheduled Day Off | **13** Scheduled Day Off | **14** Scheduled Day Off | **15** Scheduled Day Off | **16** Scheduled Day Off |
| **17** Scheduled Day Off | **18** Scheduled Day Off | **19** Scheduled Day Off | **20** Scheduled Day Off | **21** Scheduled Day Off | **22** Scheduled Day Off | **23** Scheduled Day Off |
| **24** Scheduled Day Off | **25** Scheduled Day Off | **26** Scheduled Day Off | **27** Scheduled Day Off | **28** Scheduled Day Off | **29** Scheduled Day Off | **30** Scheduled Day Off |
| **31** Scheduled Day Off | | | | | | |