UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>　　　　　　　　　Defendants | C.A. 03-12417-PBS |

## CERTIFICATE OF SERVICE

I, Howard Mark Fine, counsel for plaintiff Jon M. Taylor in the above-captioned matter, hereby swear and affirm that I have served by ordinary first class mail, postage prepaid, the following to counsel of record for defendants: 1) Plaintiff's Objections to Magistrate Judge's Findings and Recommendation on Defendants' Motion to Dismiss First Amended Complaint; and 2) Plaintiff's Motion to Submit Additional Evidence in Support of Objections to Magistrate Judge's Findings and Recommendation to Dismiss First Amended Complaint.

Attorney David C. Jenkins
Attorney Joseph S. Fair
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, Massachusetts 02116-4102.

Attorney Austin M. Joyce
Attorney Michael J. Akerson
Attorney Andrew J. Gambaccini
Attorney John K. Vigliotti
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, Massachusetts 01605

JON M. TAYLOR

By His Attorney:

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA 02140-3233
B.B.O. No. 554671
(617) 868-9200

Dated: November 26, 2004

2