UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

JON M. TAYLOR,
    Plaintiff,

v.

TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,
    Defendants.

DEFENDANTS' ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S SECOND AMENDED COMPLAINT

Now come the defendants in the above-captioned matter and hereby move for an extension of time until February 24, 2005 to file their response to Plaintiff's Second Amended Complaint in this matter. As grounds for this motion, Defendants submit that they require additional time to review and compare the numerous amendments made by Plaintiff to the arguments that were raised by Defendants in their Motion To Dismiss Plaintiff's First Amended Complaint to assess which, if any, are applicable to Plaintiff's Second Amended Complaint and, therefore, should be resubmitted to the Court for consideration. Counsel for Plaintiff, Attorney Howard Mark Fine, has been conferred with regarding the instant motion and, without waiving any of his client's objections as to any procedural and substantive issues raised herein, has kindly given his assent to the requested extension.

ASSENTED TO:
PLAINTIFF

By his attorney,

_Howard Mark Fine_
Howard Mark Fine (BBO#554671)
Attorney at Law
86 Sherman Street
Cambridge, MA 02140
(617) 868-9200

DEFENDANTS

By their attorneys,

_Joseph Fair_
David C. Jenkins (BBO#25100)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

242403/60700/0503

## CERTIFICATE OF SERVICE

I, Joseph S. Fair, hereby certify that on the below date, I served copies of the foregoing Assented To Motion To Extend Time To Respond To Plaintiff's Seconded Amended Complaint, by mailing copies of same, postage prepaid, to the following counsel of record:

> Howard Mark Fine, Esq.
> Attorney at Law
> 86 Sherman Street
> Cambridge, MA 02140
>
> Michael J. Akerson, Esq.
> Austin M. Joyce, Esq.
> Andrew J. Gambaccini, Esq.
> John K. Vigliotti, Esq.
> Edward P. Reardon, P.C.
> 397 Grove Street
> Worcester, MA 01605

Dated: 2/2/05

Joseph S. Fair