UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

JON M. TAYLOR,

    Plaintiff,

v.

TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,

    Defendants.

DEFENDANTS' CERTIFICATION PURSUANT TO LOCAL RULE 7.1

    In accordance with Local Rule 7.1, counsel for the defendants in the above-captioned matter hereby certifies that the parties attempted, in good faith, to resolve or narrow the issues raised in Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint, but were unable to do so.

DEFENDANTS

By their attorneys,

/s/Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
 Town Counsel
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

Date: February 24, 2005

244428/60700/0503