UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |

    Now come the defendants, Town of Freetown, Carlton E. Abbott, Jr. and Walter J. Sawicki (hereinafter, "Defendants") and hereby move this Honorable Court, pursuant to F.R.C.P. 12(b)(6), to dismiss the above-captioned matter in its entirety for the reasons more fully detailed in the accompanying memorandum.

                                                            DEFENDANTS

                                                             By their attorneys,

                                                             /s/Joseph S. Fair
                                                            David C. Jenkins (BBO# 251000)
                                                            Joseph S. Fair (BBO# 637818)
                                                            Kopelman and Paige, P.C.
                                                             Town Counsel
                                                             31 St. James Avenue
                                                            Boston, MA 02116
Date: February 24, 2005                                (617) 556-0007

244427/60700/0503