UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>　　Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>　　Defendants. | PLAINTIFF'S ASSENTED TO MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT |

COMES NOW the plaintiff in the above-captioned matter and, with the assent of opposing counsel for the defendants, hereby moves for an extension of time until March 24, 2005 to file his opposition to Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint in this matter. As grounds for this motion, Plaintiff states that additional time is necessary to review and research the numerous issues raised by Defendants in support of their motion to dismiss, pursuant to Fed.R.Civ.P. 12(b)(6). Where plaintiff has assented previously to a similar extension request by defendants for additional time to respond to plaintiff's second amended complaint, plaintiff respectfully submits that no prejudice would ensue to the parties were this Honorable Court to grant the herein motion.

PLAINTIFF

By his attorney,

_____
/s/ Howard Mark Fine
Howard Mark Fine (BBO#554671)
Attorney at Law
86 Sherman Street
Cambridge, MA 02140
(617) 868-9200

Dated: March 9, 2005

ASSENTED TO BY
DEFENDANTS

By their attorneys,

_____
/s/ Joseph S. Fair
David C. Jenkins (BBO#25100)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, MA 02116
(617) 556-0007

## CERTIFICATE OF SERVICE

I, Howard Mark Fine, hereby certify that on the below date, I served copies of the foregoing motion, by first class mail, postage prepaid, to the following counsel of record:

>Attorney David C. Jenkins
>Attorney Joseph S. Fair
>Kopelman and Paige, P.C.
>31 St. James Avenue
>Boston, Massachusetts  02116
>
>Attorney Michael J. Akerson
>Attorney Austin M. Joyce
>Attorney Andrew J. Gambaccini
>Attorney John K. Vigliotti
>Edward P. Reardon, P.C.
>397 Grove Street
>Worcester, MA 01605

Dated: March 9, 2005                                  _____
                                                     /s/ Howard Mark Fine
                                                     Howard Mark Fine