UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR, | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| TOWN OF FREETOWN, | ) |
| | ) |
| CARLTON E. ABBOTT, JR., ESQ., | ) |
| Individually, and as Chief of the Freetown | ) |
| Police Department, and | ) |
| | ) |
| WALTER J. SAWICKI | ) |
| Individually, and as Lieutenant of the | ) |
| Freetown Police Department | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I, Howard Mark Fine, counsel for plaintiff Jon M. Taylor in the above-captioned matter, hereby swear and affirm that I have served by ordinary first class mail, postage prepaid, a copy of the aforementioned Plaintiff's Motion And Memorandum Of Law In Opposition To Defendants' Motion To Dismiss Plaintiff's Second Amended Complaint" to the following counsel:

David C. Jenkins and Joseph S. Fair
Kopelman and Paige, P.C.
31 St. James Avenue
Boston, Massachusetts 02116-4102

Attorney Austin M. Joyce
Attorney Michael J. Akerson
Attorney Andrew J. Gambaccini
Attorney John K. Vigliotti
EDWARD P. REARDON, P.C.
397 Grove Street
Worcester, Massachusetts 01605

JON M. TAYLOR

By His Attorney:

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: March 24, 2005