UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>  Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>  Defendants. | JOINT MOTION TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS |

  Now come the parties in the above-captioned matter and hereby move this Honorable Court for a continuance of the hearing that is currently scheduled for April 28, 2005, at 3:00 p.m. on Defendants' Fed.R.Civ.P. 12(b)(6) motion to dismiss. As grounds for this motion, the parties state the following:

  1. On February 24, 2005, Defendants moved to dismiss Plaintiff's Second Amended Complaint in its entirety.

  2. Subsequently, Plaintiff opposed that motion and requested a hearing on his opposition.

  3. On March 31, 2005, Judge Saris referred the matter to Magistrate Judge Alexander.

  4. On April 18, 2005, Magistrate Judge Alexander scheduled a hearing on Defendants' motion for April 28, 2005 at 3:00 p.m.

2

5. Counsel for Plaintiff and Defendants both presently have scheduling conflicts with the current motion hearing date and are hereby requesting a brief continuance of the hearing.

6. Counsel for Plaintiff and Defendants are both available all day on May 10, 17 and 20, 2005.

WHEREFORE, for the foregoing reasons, the parties respectfully request that this Honorable Court grant the instant motion and reschedule the hearing to one of the dates proposed above.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By his attorney, | By their attorneys, |
| /s/ Howard Mark Fine<br>Howard Mark Fine (BBO#554671)<br>Attorney at Law<br>86 Sherman Street<br>Cambridge, MA 02140<br>(617) 868-9200 | /s/ Joseph S. Fair<br>David C. Jenkins (BBO#25100)<br>Joseph S. Fair (BBO#637818)<br>Kopelman and Paige, P.C.<br>31 St. James Avenue<br>Boston, MA 02116<br>(617) 556-0007 |

Dated: April 22, 2005

249501/60700/0503