UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

JON M. TAYLOR,
    Plaintiff,

v.

TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,
    Defendants.

## LOCAL RULE 16.1(D) JOINT STATEMENT

COMES now counsel for plaintiff Jon M. Taylor ("Plaintiff") and defendants Town of Freetown ("Freetown"), Carlton E. Abbott, Jr. Esq. ("Abbott"), and Walter Sawicki ("Sawicki") (collectively the "Defendants"), having conferred as required by Local Rule 16.1(B), now submit this Joint Statement in accordance with Local Rule. 16.1(D).

1. **SCHEDULING CONFERENCE AGENDA**

    A.    Proposed Discovery Plan

    B.    Contemplated Motions

II. **PROPOSED DISCOVERY PLAN**

| Date | Event |
|---|---|
| April 28, 2006 | Automatic disclosures to be served. |
| May 12, 2006 | Supplemental or amended pleadings must be filed. |
| March 16, 2007 | Written discovery and non-expert depositions to be completed. |
| April 20, 2007 | Plaintiff shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed.R.Civ.P. 26(b)(4)(A); designation of experts shall |

|  |  |
|---|---|
|  | include provision of any information required by Federal Rules of Civil Procedure and/or Local Rules. |
| June 15, 2007 | Defendant shall designate expert witnesses and produce reports within 30 days thereafter as contemplated by Fed. R.Civ.P. 26(b)(4)(A). |
| September 14, 2007 | Deposition of expert(s) to be completed. |

III. **PROPOSED SCHEDULE FOR FILING MOTIONS**

| **Date** | **Event** |
|---|---|
| November 16, 2007 | Deadline for filing dispositive motion(s). |
| December 21, 2007 | Deadline for filing opposition(s) to dispositive motion(s). |
| January 18, 2008 | Deadline for filing a reply to opposition(s) dispositive motion(s). |
| February 15, 2008 | Deadline for filing a sur-reply. |

IV. **MODIFICATION OF SCHEDULE DATES**

All dates, other than any trial date, may be modified subject to written agreement of the parties and approval by the Court, or upon motion to the Court for good cause.

V. **TRIAL BY MAGISTRATE JUDGE**

The parties will not consent to a trial by a Magistrate Judge.

VI. **MODIFICATION OF SCHEDULE DATES**

The Plaintiff's and Defendants' certifications required by Local Rule 16.1(D)(3) are attached hereto as Exhibits A and B, respectively.

VII. **PROSPECTS FOR SETTLEMENT**

On or about March 21, 2006, Plaintiff submitted a written demand for settlement to Defendants, which Defendants have rejected. Prior to that, Plaintiff tendered a demand for

2

settlement along with his October 2003 Letter of Presentment to Freetown and, in May 2005, another demand for settlement, which Defendants have rejected as well.

VIII. **ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff is agreeable to mediation and other forms of alternative dispute resolution as contemplated by Local Rule 16.4. No agreement has been made at this time for alternative dispute resolution.

| JON M. TAYLOR | DEFENDANTS |
|---|---|
| By His Attorney: | By their attorneys, |
| | |
| /s/ Howard Mark Fine, Esquire | /s/ David C. Jenkins, Esquire |
| Howard Mark Fine, Esquire (BBO#554671) | David C. Jenkins, Esquire (BBO#25100) |
| 86 Sherman Street | Joseph S. Fair, Esquire (BBO#637818) |
| Cambridge, MA  02140-3233 | Kopelman and Paige, P.C. |
| BBO No. 554671 | 101 Arch Street |
| (617) 868-9200 | Boston, MA  02110 |
| hmf@aol.com | 617-556-0007 |
| | JFair@k-plaw.com |

        FOR WALTER SAWICKI

        _____
/s/ Austin M. Joyce, Esquire
Austin M. Joyce, Esquire (BBO#255040)
Reardon, Joyce & Akerson, P.C.
397 Grove Street
Worcester, MA 01605
(508) 754-7285
ajoyce@rja-law.com

Dated: March 23, 2006

## CERTIFICATE OF SERVICE

    I, Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor in the above-captioned matter, hereby certify that the above document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on March 23, 2006.

        Respectfully submitted by:

        _____
/s/ Howard Mark Fine, Esquire
Howard Mark Fine, Esquire
Counsel for Plaintiff Jon M. Taylor
86 Sherman Street
Cambridge, Massachusetts 02140-3233
B.B.O.# 554671
617-868-9200
hmfine@aol.com

Dated: March 23, 2006

**EXHIBIT A**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| |
|---|
| JON M. TAYLOR, <br>     Plaintiff, <br><br> v. <br><br> TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department, <br>     Defendants. |

**PLAINTIFF AND COUNSEL FOR PLAINTIFF'S CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 16.1(D)(3)**

In accordance with Local Rule 16.1(D)(3), the undersigned certify that they have conferred 1) with a view to establishing a budget for costs of conducting the full course of, and various alternative courses to, the litigation and 2) to consider the alternative resolution programs such as those outlined in Local Rule 16.4.

    Respectfully submitted by:

    _____
    /s/ Howard Mark Fine, Esquire
    Howard Mark Fine, Esquire
    Counsel for Plaintiff Jon M. Taylor
    86 Sherman Street
    Cambridge, Massachusetts  02140-3233
    B.B.O.# 554671
    617-868-9200
    hmfine@aol.com

    _____
    Jon M. Taylor

March 21, 2006

**EXHIBIT B**

5

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>        Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>        Defendants. | DEFENDANT TOWN OF FREETOWN'S <u>LOCAL RULE 16.1(D)(3) CERTIFICATION</u> |

Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the defendant, Town of Freetown, and its undersigned counsel hereby certify they have conferred:

1.    with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

2.    to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| TOWN OF FREETOWN<br>BOARD OF SELECTMEN<br><br>By: <u>/s/Lawrence Ashley</u><br>        Lawrence Ashley<br><br>By: <u>/s/John Ashley</u><br>        John Ashley | DEFENDANTS<br><br>By their attorneys,<br><br><u>/s/Joseph S. Fair</u><br>David C. Jenkins (BBO#25100)<br>Joseph S. Fair (BBO#637818)<br>Kopelman and Paige, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02116<br>(617) 556-0007 |

Dated: March 21, 2006

276376/60700/0503

FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>    Defendants. | DEFENDANT CARLTON E. ABBOTT'S <u>LOCAL RULE 16.1(D)(3) CERTIFICATION</u> |

    Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the defendant, Town of Freetown, and its undersigned counsel hereby certify they have conferred:

    1.    with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    2.    to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| | |
|---|---|
| CARLTON E. ABBOTT, JR.<br><br><br>By: <u>/s/Carlton E. Abbott, Jr.</u><br>    Carlton E. Abbott, Jr. | DEFENDANTS<br><br>By their attorneys,<br><br><u>/s/Joseph S. Fair</u><br>David C. Jenkins (BBO#25100)<br>Joseph S. Fair (BBO#637818)<br>Kopelman and Paige, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02116<br>(617) 556-0007 |

Dated: March 21, 2006

276376/60700/0503

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>    Defendants. | DEFENDANT WALTER J. SAWICKI'S <u>LOCAL RULE 16.1(D)(3) CERTIFICATION</u> |

    Pursuant to Local Rule 16.1(D)(3) and the Court's Notice of Scheduling Conference, the defendant, Town of Freetown, and its undersigned counsel hereby certify they have conferred:

    1.    with a view toward establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and

    2.    to consider the resolution of the litigation through use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

| WALTER J. SAWICKI | DEFENDANTS |
|---|---|
| By: /s/Walter J. Sawicki<br>    Walter J. Sawicki | By their attorneys,<br><br>/s/Joseph S. Fair<br>David C. Jenkins (BBO#25100)<br>Joseph S. Fair (BBO#637818)<br>Kopelman and Paige, P.C.<br>101 Arch Street, 12th Floor<br>Boston, MA 02116<br>(617) 556-0007 |

Dated: March 21, 2006

276376/60700/0503