UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jon Taylor,

                    Plaintiff,                    CIVIL ACTION
                                                      NO. 03-12417-PBS

     v.

Town of Freetown, et al,

                    Defendants.

**PRETRIAL ORDER**

SARIS, D.J.                                                                 March 31, 2006

       The above action has been set down for a JURY TRIAL on 2/5/07, at 9:00 a.m.

       A FINAL PRETRIAL CONFERENCE has been scheduled for 1/31/07, at 2:00 p.m.

       By 10/31/06, the parties shall make all expert disclosures as required by Fed. R. Civ. P. 26(a)(2).

       By 12/29/06, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

       Objections to the pretrial disclosures shall be served and filed by 1/12/07.

       By 1/24/07, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer fifteen days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

       By 1/17/07, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

By 1/24/07, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

Trial briefs shall be filed/served by 1/29/07.

                                                  By the Court,

                                                  /s/ Robert C. Alba
                                                  Deputy Clerk