UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jon Taylor
Plaintiff,

       V.                                  Civil Action Number
                                           03-12417-PBS

Town of Freetown, et al
Defendants.                                  March 31, 2006

## SCHEDULING ORDER

Saris, D.J.,

Parties to notify Court in writing by 4/18/06 as to defendant returning to work.

Fact Discovery deadline: 10/31/06

Summary Judgment Motion filing deadline: 11/15/06

Opposition to Summary Judgment Motions: 11/30/06

Hearing on Summary Judgment or Pretrial Conference: 12/13/06 at 2:00 p.m.

Final Pretrial Conference: 1/31/07 at 2:00 p.m.

Jury Trial: 2/5/07 at 9:00 a.m.

Case to be referred to Mediation program: Summer, 2006

                                                    By the Court,

                                                    /s/ Robert C. Alba
                                                    Deputy Clerk