# Howard Mark Fine
*Attorney at Law*

86 Sherman Street, Cambridge, Massachusetts 02140-3233
Telephone: 617-868-9200 • FAX: 617-868-8400

April 18, 2006

The Honorable Patti B. Saris
United States District Court for
  the District of Massachusetts
John Joseph Moakley Courthouse
Suite 8110
1 Courthouse Way
Boston, Massachusetts 02210

      **RE: Jon M. Taylor v. Town of Freetown, Carlton E. Abbott, Jr., Esq., Walter J. Sawicki, Civil Action No. 03-12417-PBS**

BY HAND DELIVERY

Dear Judge Saris:

Pursuant to your Honor's order issued on March 31, 2006, I write on behalf of the plaintiff in the above-referenced matter, Jon M. Taylor, to re-affirm that he very much wishes to be actively employed as a police officer for the defendant Town of Freetown ("Freetown").

By way of background, Mr. Taylor is presently collecting benefits stemming from a prior work-related accident, after having been struck by a car in the line of duty on or about June 21, 2003. He is receiving workers' compensation benefits, pursuant to M.G.L. c. 41, § 111F. Mr. Taylor has attempted to return to work, but to no avail. The defendants' response to Mr. Taylor's efforts is a subject of dispute in this litigation.

Freetown later ordered Mr. Taylor to undergo a fitness-for-duty evaluation due to symptoms of Post Traumatic Stress Disorder ("PTSD"). Specifically, Freetown retained Dr. Mark S. Schaefer to assess Mr. Taylor's psychological fitness for duty.[1] Dr. Schaefer issued an updated report on or about January 9, 2006. On January 25, 2006, Dr. Schaefer prepared an addendum to his report after Mr. Taylor's therapist, Sally Souliere Vernon, responded to his telephone calls. According to Dr. Schaefer, Ms. Vernon stated that Mr. Taylor has made only marginal progress with his treatment. Ms. Vernon last saw Mr. Taylor in the fall of 2005, prior to her maternity leave. In her place, Mr. Taylor meets regularly with his long-standing psychiatrist, Dr. Dianne King Baaklini, who had

---

[1] Dr. Schaefer first issued a report to Freetown on or about January 19, 2005 and later was retained by Freetown to do an update.

prescribed him medication and as well as currently provides him with some level of psychotherapy (as reported by Dr. Schaefer in his January 9th report). Mr. Taylor has provided Freetown with releases to his health care providers, with whom Freetown has been in periodic contact.

According to his addendum, Dr. Schaefer decided that it was unnecessary to re-schedule another session with Mr. Taylor after conversing with the latter's therapist. Instead, he opined that either Mr. Taylor seek "aggressive" treatment for his symptoms PTSD or, in the alternative, Freetown might consider whether Officer Taylor should be evaluated for "disability and retirement from the force."

On February 15, 2006, Defendant Carlton E. Abbott, Jr., filed an application for involuntary disability retirement on Mr. Taylor's behalf. According to Chief Abbott's application, Mr. Taylor's PTSD has rendered him "permanently and totally incapacitated from performing the essential duties of his position as a Freetown Police Officer." Absent from Dr. Schaefer's reports is any clinical finding or conclusion that supports this allegation. A hearing is scheduled on this matter before the Bristol County Retirement Board on April 24, 2006, at 10:00 a.m.

Since Dr. Schaefer's and Freetown's last assessment of Mr. Taylor, Dr. King Baaklini, on April 6, 2006, rendered a contrary written opinion about Mr. Taylor's fitness for duty. She last examined Mr. Taylor on March 24, 2006, and her assessment of his current fitness has been conveyed to counsel. Unlike her November 18, 2005 evaluation of Mr. Taylor, in which she previously observed that his fitness was, in part, mitigated by "treatment resistance of his medication," she now believes, four months later, that he is capable of returning to work as a police officer. She also indicates that Mr. Taylor is no longer on medication.

In sum, your Honor, Mr. Taylor's goal of returning to work forthwith is supported by his psychiatrist. Although Freetown through its attorney indicated that it intends to have Mr. Taylor re-evaluated for yet a third time by Dr. Schaefer, it unfortunately will <u>not</u> withdraw its application for involuntary disability retirement.

Thank you for allowing counsel the opportunity to address this matter with the court.

Respectfully submitted by,

Howard Mark Fine, Esquire

HMF/hf

cc:   Attorneys David C. Jenkins and Joseph S. Fair (by facsimile and mail)
      Attorney Austin Joyce (by facsimile and mail)
      Mr. Jon M. Taylor