UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., ESQ., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>    Defendants. | DEFENDANTS' AUTOMATIC INITIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(1) AND LOCAL RULE 26.2 |

Now come the defendants in the above-captioned matter, pursuant to Fed. R. Civ. P. 26(a)(1) and Local Rule 26.2, and hereby make the following automatic initial disclosures:

    A.    The Name And, If Known, The Address And Telephone Number Of Each Individual Likely To Have Discoverable Information That The Defendants May Use In Support Of Their Defenses.

        1.    Plaintiff

        2.    Chief Carlton E. Abbott
            Freetown Police Department
            225 Chase Road
            East Freetown, MA 02717

            Knowledge of events related to police department, its policies, procedures and operations and of conversations with Plaintiff.

        3.    Lt. Walter Sawicki
            Freetown Police Department
            225 Chase Road
            East Freetown, MA 02717

       Knowledge of all events related to police department, its policies, procedures and operations and of conversations with Plaintiff.

4. John Ashley
   Freetown Board of Selectmen
   P.O. Box 438
   Assonet, MA 02702

   Knowledge of letters/grievances from Plaintiff and of police department promotions, investigations and discipline.

5. Lawrence Ashley
   Freetown Board of Selectmen
   P.O. Box 438
   Assonet, MA 02702

   Knowledge of letters/grievances from Plaintiff and of police department promotions, investigations and discipline.

6. John Laronda
   c/o Freetown Board of Selectmen
   P.O. Box 438
   Assonet, MA 02702

   Knowledge of letters/grievances from Plaintiff and of police department promotions, investigations and discipline.

7. Linda Remedis, Administrative Assistant
   Freetown Board of Selectmen
   P.O. Box 438
   Assonet, MA 02702

   Knowledge of letters/grievances from Plaintiff to Board of Selectmen.

8. Sgt. Steven Abbott
   Freetown Police Department
   225 Chase Road
   East Freetown, MA 02717

       Knowledge of promotions, letter of counseling to Plaintiff, police department and its policies, procedures and operations and of communications with Plaintiff.

9. Craig Tsjerland
   Freetown Police Department
   225 Chase Road
   East Freetown, MA 02717

   Knowledge of Plaintiff's reputation.

10. Det. Michael Byrnes
    Freetown Police Department
    225 Chase Road
    East Freetown, MA 02717

    Knowledge of police cruiser maintenance and Plaintiff's reputation.

11. Sgt. Donald Bullock
    Freetown Police Department
    225 Chase Road
    East Freetown, MA 02717

    Knowledge of promotions and Plaintiff's reputation.

12. Sgt. Swede Magnett
    Freetown Police Department
    225 Chase Road
    East Freetown, MA 02717

    Knowledge of Plaintiff's promotion efforts.

13. Jen Rose, Esq.
    Assistant Clerk Magistrate
    Bristol County Juvenile Court

    Knowledge of allegation regarding alleged statements made by Lt. Sawicki at Fall River District Court.

14. Anthony Pini
    Union Representative

    Knowledge of Union grievances and of discussions with Town and Chief.

        15.      Mark Schaefer, Ph.D.
                   Psychological Consulting Services, Inc.
                   One Salem Green
                   Salem, MA 01970

                   Knowledge of Plaintiff's emotional distress claim.

B.     A Copy Of, Or A Description By Category And Location Of, All Documents, Data Compilations, And Tangible Things That Are In The Possession, Custody Or Control Of The Defendants Which The Defendants May Use To Support Their Defenses.

Copies of documents are being delivered to Plaintiff's counsel. Defendants also disclose Plaintiff's personnel file, internal affairs file, and medical file copies of which were previously provided to Plaintiff.

C.     <u>A Compilation Of Damages</u>

Not applicable.

D.     Any Insurance Agreement Which Any Person Carrying On An Insurance Business May Be Liable To Satisfy Part Or All Of A Judgment.

A copy of the policy has been requested and will be produced when it is received.

                                                        DEFENDANTS

                                                        By their attorneys,

                                                        /s/Joseph S. Fair
                                                        David C. Jenkins (BBO# 251000)
                                                        Joseph S. Fair (BBO# 637818)
                                                        Kopelman and Paige, P.C.
                                                         Town Counsel
                                                        101 Arch Street
                                                        Boston, MA 02110
Date:  April 28, 2006                     (617) 556-0007

281039/METG/0503

4