UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                      )
JON M. TAYLOR,                        )
                  Plaintiff,          )
                                      )
      v.                              )
                                      )
TOWN OF FREETOWN,                     )
                                      )
CARLTON E. ABBOTT, JR., ESQ.,         )   CIVIL ACTION NO. 03-12417-PBS
Individually, and as Chief of the Freetown )
Police Department, and                )
                                      )
WALTER J. SAWICKI                     )
Individually, and as Lieutenant of the )
Freetown Police Department            )
                  Defendants.         )
_____)

### PLAINTIFF JON M. TAYLOR'S INITIAL DISCLOSURES
### PURSUANT TO FED.R.CIV.P. 26(a)(1)

COMES now plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned, and, pursuant Fed.R.Civ.P. 26(a)(1) and L.R. 26.1(B) and 26.2(A), makes the following disclosures:

A.   **STATEMENT OF ECONOMIC DAMAGES**

Plaintiff has not been able to determine all damages set forth in L.R. 26.1(B)(1)(a), but states that as a result of defendant Town of Freetown's, defendant Carlton E. Abbott, Jr., Esquire's and defendant Walter J. Sawicki's ("Defendants") ongoing retaliation and related misconduct, he has incurred significant financial losses, including lost wages and benefits, as well damage to his reputation and serious emotional distress.

B.   **PARTICIPANTS, WITNESSES AND OTHERS KNOWN OR BELIEVED TO HAVE KNOWLEDGE OF THE TRANSACTION OR OCCURRENCE GIVING RISE TO THE COMPLAINT**

   1. Jon M. Taylor, 112 Wingold Street, Fall River, Massachusetts 02720-4646 (telephone number: 508-675-6588).  Plaintiff has knowledge directly

concerning factual events that give rise to his claims relating to unlawful retaliation under state and federal laws.

2. Jennifer Taylor, 112 Wingold Street, Fall River, Massachusetts 02720-4646 (telephone number: 508-675-6588). Spouse of Plaintiff, who is believed to have knowledge of Plaintiff's damages in this civil action.

3. John Laronda, Jr., former member of the Freetown Board of Selectmen, c/o Town of Freetown, 3 North Main Street, P.O. Box 438, Assonet, Massachusetts 02702 (telephone number: 508-664-2203). Witness is expected to have knowledge of hiring, discipline and related personnel practices of Town of Freetown; Defendants' investigation and response to Plaintiff's allegations of police corruption and retaliation; and conversations of parties and witnesses involved in case.

4. John Ashley, member of the Freetown Board of Selectmen, c/o Town of Freetown, 3 North Main Street, P.O. Box 438, Assonet, Massachusetts 02702 (telephone number: 508-664-2203). Witness is expected to have knowledge of hiring, discipline and related personnel practices of Town of Freetown; Defendants' investigation and response to Plaintiff's allegations of police corruption and retaliation; and conversations of parties and witnesses involved in case.

5. Lawrence Ashley, member of the Freetown Board of Selectmen, 3 North Main Street, P.O. Box 438, Assonet, Massachusetts 02702 (telephone number: 508-664-2203). Witness is expected to have knowledge of hiring, discipline and related personnel practices of Town of Freetown; Defendants' investigation and response to Plaintiff's allegations of police corruption and retaliation; and conversations of parties and witnesses involved in case.

6. Mark Howland, former member of the Freetown Board Selectmen, 15 Mohawk Avenue, Freetown, Massachusetts 02127-1309. Witness is expected to have knowledge of Plaintiff's allegations of police corruption and Freetown's investigation and response thereto; Freetown's police personnel practices; conversations of parties and witnesses involved in case; and misconduct concerning Defendant Sawicki.

7. Jacqueline A. Brown, Clerk, Town of Freetown, 3 North Main Street, P.O. Box 438, Assonet, Massachusetts 02702 (telephone number: 508-664-2203). Witness is expected to have knowledge of relevant public records maintained by Town of Freetown and Board of Selectmen concerning case.

8. Carlton E. Abbott, Jr., Esquire, Chief of the Freetown Police Department, 225 Chase Road, Freetown, Massachusetts 02717-0518 (telephone

number: 508-763-4017). Witness is expected to have factual knowledge of alleged retaliatory conduct by Defendants; knowledge of police procedures, policies, and practices; conversations with Plaintiff, Defendants, information concerning the investigation and response to Plaintiff's allegations of police corruption and retaliation; conversations of parties and witnesses involved in case; and misconduct concerning Defendant Sawicki.

9. Walter S. Sawicki, Lieutenant, Freetown Police Department, 225 Chase Road, Freetown, Massachusetts 02717-0518 (telephone number: 508-763-4017). Witness is expected to have factual knowledge of alleged retaliatory conduct by Defendants; Freetown police procedures, policies, and practices; conversations with Plaintiff, Defendants, and other witnesses concerning the investigation and response to Plaintiff's allegations of police corruption and retaliation; and allegations of misconduct made against him.

10. Freetown Police Department, 225 Chase Road, Freetown, Massachusetts 02717-0518 (telephone number: 508-763-4017). Potential witnesses, in addition to Defendants, include, but are not necessarily limited to the following current and former officers and other police personnel:

a. Steven Abbott;
b. Elton Ashley, III;
c. Donald Bullock
d. Michael Burns;
e. Brenda Christiansen;
f. Terrance Christiansen;
g. Michael Connell;
h. Robert Fouquette;
i. Susan Jose;
j. Michael Lecuyer
k. R. Levesque;
l. John Lopes;
m. Swede Magnett;
n. Susan Moquin;
o. Ryan Periera;
p. Scott Rose;
q. Deborah Souza;
r. Charles Sullivan;
s. Joy Swartzendruber; and
t. Craig O. Tjersland.

It is expected that the above witnesses have knowledge of Freetown Police Department procedures, policies and practices, "double-dipping and other incidents of alleged police corruption in the Freetown Police Department;

Plaintiff's reputation, character, and conduct; work habits and conduct of other Freetown Police Department personnel; conversations of parties and witnesses, past incidents of civil rights violations involving Defendants; and retaliatory misconduct of Defendants.

11. Marc Rouke, 3 Little Farm Road, Lakeville, Massachusetts  02347 (telephone number: 508-946-6035).  Witness is expected to have knowledge of police procedures and practices, "double-dipping" practices within the Freetown Police Department, retaliatory misconduct of Defendants, and past incidents of civil rights violations involving Defendants.

12. Alan Alves, 186 Braley Road, East Freetown, Massachusetts  02517.  Witness is expected to have knowledge of Freetown Police policies and practices, past instances of civil rights violations committed involving Defendants, and Plaintiff's reputation.

13. State Police Officer Irma Teves, 5 Nottingham Way Assonet, MA. 02720.  Witness is expected to have knowledge of Plaintiff's reputation, emotional distress and misconduct of Defendant Sawicki and Sergeant Elton Ashley, III.

14. Wayne J. Oliver, L/K/A 186 Nashua Road, Fall River, Massachusetts.  Witness is expected to have knowledge of circumstances concerning traffic citation issued by Plaintiff on or about February 25, 2002.

15. Tony Pini, Massachusetts Laborers' District Council, 7 Laborers' Way, Hopkington, Massachusetts  01748 (telephone number: 508-435-4164).  Witness is expected to have knowledge of Freetown Police Department's practices and of conversations with Defendants regarding grievances of Plaintiff.

16. Dianne Saunders, 167 Hathaway Commons Road, Fall River, Massachusetts  02720-6818.  Witness is expected to have knowledge of Defendant Sawicki's defamatory remarks about Plaintiff.

17. Dianne E. King Baaklini, M.D., 233 Wasceca Avenue, Barrington, Rhode Island  02806 (telephone number: 401-247-0006).  As Plaintiff's treating psychiatrist, witness is believed to have confidential and privileged psychotherapist-patient information concerning Plaintiff's emotional distress damages, medication, and treatment related thereto.

18. Dennis J. Rog, Ph.D., 2128 Main Road, Tiverton, Rhode Island  02878 (telephone number: 401-624-9972).  As Plaintiff's treating psychologist, witness is believed to have confidential and privileged psychotherapist-

    patient information concerning Plaintiff's emotional distress damages and treatment related thereto.

19. Sally Souliere Vernon, L.I.C.S.W., Tapestry Psychotherapy, 186 Rhode Island Avenue, Fall River, Massachusetts 02724 (telephone number: 508-673-6582.). Former therapist of Plaintiff is believed to have confidential and privileged social worker-client information concerning Plaintiff's emotional distress damages and treatment related thereto.

20. Tricia Carty, M.D., 534 Prospect Street, Fall River, Massachusetts 02720 (telephone number: 508-679-7766). Primary care physician of Plaintiff is believed to have knowledge of confidential information regarding Plaintiff's medical condition and treatment.

21. Thomas Cahill, M.D., 300 Hanover Street, Suite 4A, Fall River, Massachusetts 02720 (telephone number: 508-679-7709). Treating physician of Plaintiff is believed to have confidential information concerning the diagnosis and treatment of Plaintiff for injuries arising out of a work- related accident in the summer of 2003, or thereabout.

22. Brad Green, M.D., Coastal Orthopedic, 235 Hanover Street, Fall River, Massachusetts 02720 (telephone number: 508-677-0700). Treating physician of Plaintiff is believed to have confidential information concerning the diagnosis and treatment of Plaintiff for injuries arising out of a work-related accident in the summer of 2003, or thereabout.

23. Lynn A. Maloney, M.D., Braintree Center for Occupational Health, 250 Pond Street, Braintree, Massachusetts 02184. Defendant Town of Freetown's expert is believed to have knowledge of Plaintiff's physical fitness to return to duty and communications with parties and witness pertaining to her medical evaluation of Plaintiff.

24. Mark S. Schaefer, Ph.D., Psychological Consulting Services, One Salem Green, Salem, Massachusetts 01970 (telephone number: 978-740-3100). Defendant Town of Freetown's expert is believed to have knowledge of Plaintiff's psychological fitness to return to duty and communications with parties and witness pertaining to his evaluations of Plaintiff.

C. **DOCUMENTS**

    Plaintiff, without waiving his objections to the admissibility of potential evidence, will produce to counsel for Defendants: a) copies of confidential documents in support of claims in the herein civil action (for example, personnel file and medical and therapy records), pursuant to a suitably executed confidentiality agreement among the parties and a protective order from the court.

D. **KNOWN INVESTIGATING GOVERNMENTAL AGENCIES**

The United States Department of Justice, Federal Bureau of Investigation, Lakeville Division, 20 Riverside Drive, Lakeville, Massachusetts 02347 (telephone number: 508-947-0625).

E. **DISCLOSURE OF EXPERT TESTIMONY**

Plaintiff has not determined the identity of any expert witness who may be called at trial.

F. **RESERVATION**

Plaintiff reserves his right to amend this certification with sufficient notice as circumstances may require.

                JON M. TAYLOR

                By His Attorney:

                /s/ Howard Mark Fine, Esquire
                _____
                Howard Mark Fine, Esquire
                86 Sherman Street
                Cambridge, Massachusetts 02140-3233
                B.B.O.# 554671
                617-868-9200
                howardmfine@gmail.com

Dated: May 1, 2006

**CERTIFICATE OF SERVICE**

      I, Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor in the above-captioned matter, hereby certify that the above document was filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

      JON M. TAYLOR

      By His Attorney:


      /s/ Howard Mark Fine, Esquire
      _____
      Howard Mark Fine, Esquire
      86 Sherman Street
      Cambridge, Massachusetts  02140-3233
      B.B.O.# 554671
      617-868-9200
      howardmfine@gmail.com

Dated: May 1, 2006