## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

JOHN M. TAYLOR
    Plaintiff

  V.

TOWN OF FREETOWN, et al.
    Defendants

CIVIL ACTION

NO.  035-12417-PBS

### REPORT RE: REFERENCE FOR
### ALTERNATIVE DISPUTE RESOLUTION

TO JUDGE  Saris

[X] The above entitled case was reported settled in principle after referral to the ADR Program, but prior to ADR.

[X] On  September 21 and 28, 2006  I held the following ADR proceeding:

  __ SCREENING CONFERENCE  __ EARLY NEUTRAL EVALUATION
  _X_ MEDIATION (and followup telephone conf.)  __ SUMMARY BENCH / JURY TRIAL
  __ MINI-TRIAL  __ SETTLEMENT CONFERENCE

[X] All parties were represented by counsel  [except _____ ]

[X] The parties were present in person, by telephone or by authorized corporate officer or representative

  The case was:

[ ] Settled.  A ___ day order of dismissal has been entered.

[X] There was progress. The parties will have another telephone conference with the court on October 5, 2006.

[ ] Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ] Suggested strategy to facilitate settlement:

[ ] Other: _____

September 28, 2006          /s/ Kenneth P. Neiman
DATE                ADR Provider

                  KENNETH P. NEIMAN, U.S. Magistrate Judge