**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

JON M. TAYLOR,
          Plaintiff

     V.

TOWN OF FREETOWN, et al.,
          Defendants

CIVIL ACTION

NO.  03-12417-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE  Saris

[ ]  The above entitled case was reported settled in principle after referral to the ADR Program, but prior to ADR.

[ ]  On _____ I held the following ADR proceeding:

    __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
    __ MEDIATION      __ SUMMARY BENCH / JURY TRIAL
    __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[ ]  All parties were represented by counsel [~~except~~ _____ ]

[ ]  The parties were present in person, by telephone or by authorized corporate officer or representative

The case was:

[ ]  Settled.  A ___ day order of dismissal has been entered.

[ ]  There was progress.

[X]  Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]  Suggested strategy to facilitate settlement:

[X]  Other: On October 5, 2006, the court conducted a further telephone conference, at which time the parties informed the court that the matter had not settled.

October 5, 2006
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge