UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>　　　Defendants. | <u>DEFENDANTS' MOTION FOR PROTECTIVE ORDER</u> |

　　　Now come Defendants in the above-referenced matter and respectfully move, pursuant to Fed.R.Civ.P. 26(c) and 30(d)(4), for a protective order.  As grounds for this motion, Defendants submit that Plaintiff is attempting to discover information that is beyond the permissible scope of discovery and that said efforts are being done for the purpose of harassing Defendants, poses an undue burden on them and will cause them to incur unnecessary expense, as is more fully explained in the accompanying memorandum.

<u>REQUEST FOR HEARING</u>

　　　Defendants respectfully request a hearing on the instant motion.

|  |  |
|---|---|
|  | DEFENDANTS |
|  | By their attorneys, |
|  | /s/Joseph S. Fair |
|  | David C. Jenkins (BBO# 251000) |
|  | Joseph S. Fair (BBO# 637818) |
|  | Kopelman and Paige, P.C. |
|  |  Town Counsel |
|  | 101 Arch Street, 12th Floor |
|  | Boston, MA 02116 |
| Dated: October 24, 2006 | (617) 556-0007 |

Certification Pursuant To Rule 37.1

     This is to certify that the undersigned conferred with opposing counsel on October 13 and October 18, 2006 in an effort to resolve or narrow the issues which prompted the filing of the instant motion. Despite the parties' efforts, they were unable to resolve the matter. On October 18, 2006, the undersigned emailed an earlier draft version of the instant motion and requested that opposing counsel review it and advise whether it would be necessary to file same. By email dated October 19, 2006, opposing counsel responded in the affirmative.

                                                                         /s/Joseph S. Fair
                                                                         Joseph S. Fair

Certificate of Service

     This is to certify that on the date subscribed below I caused a copy of Defendants' Motion For Protective Order to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated: October 24, 2006                                       /s/ Joseph S. Fair

296067/60700/0503