U.S. Department of Justice
Office of Community Oriented Policing Services
1100 Vermont Avenue, N.W.
Washington, D.C. 20530

OMB Control # 1103-0027

EXHIBIT 2



**COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE**

## *Application Checklist*

# CIS 2002 Application Checklist

Agencies seeking funding to hire new, additional sworn School Resource Officers under the COPS in Schools (CIS) grant program <u>must</u> complete the application and accompanying forms. Any additional officer position(s) requested through CIS must be new positions that supplement your agency's budgeted sworn force level. If you have any questions about your application, please contact your COPS Grant Program Specialist at 1.800.421.6770.

☑ **COPS in Schools 2002 Application Form**
The <u>highest ranking</u> law enforcement and government executives in the jurisdiction must sign the Application Form.

☑ **Additional Partner Information Page** (if applicable)

☑ **COPS in Schools Training Requirement**
The <u>highest ranking</u> law enforcement executive and appropriate school official must sign the CIS training requirement.

☑ **Certifications**
The same law enforcement <u>and</u> government executives who signed the CIS Application Form must sign the Certifications.

☑ **Assurances**
Either the law enforcement <u>or</u> government executive who signed the CIS Application Form must sign the Assurances.

☑ **Disclosure of Lobbying Forms** (if applicable)

☑ **Retention Plan Certification**
**A complete and signed Retention Plan Certification must be submitted at the time of application.**

- By signing the Retention Plan Certification, your agency is committing to retain the increased number of officer positions with local (non-COPS) funds for at least one full local budget cycle following the expiration of the 36-month COPS grant funding period for each officer position (please see the application instructions on page 14).
- As specifically as possible, the Retention Plan Certification must identify how your agency plans to secure and provide funding to continue the employment of the additional officer position(s) and must identify the anticipated source or sources of funding for the salary and benefits for the retained position(s).
- The Retention Plan Certification must have original signatures of both the law enforcement executive and the government executive. These executives must be the same as the executives who signed the CIS Application Form.

☑ **COPS in Schools Narrative Addendum** (Separate from MOU)

☑ **Memorandum of Understanding (MOU) Form**   *& ADDENDUM*

☐ **Sheriff's, Start-up, and Special Department Questionnaires** (if applicable)
Based on the type of law enforcement agency indicated on page 4 of the application, you must include the appropriate questionnaire with your application package.

☑ **CIS Budget Information Worksheets**

**Deadline:**

**Applications <u>must</u> be postmarked
on or before
June 14, 2002**

**Remember to send an original and two copies of all application materials.**

Updated: March 11, 20
e020214

# COPS Fact Sheet

**COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE**

# Retention Requirements for COPS Funded Positions

## Retention Basics

All COPS hiring and redeployment grant programs have a retention requirement.

COPS-funded positions must be retained for at least one full local budget cycle beyond the local budget year in which the federal funding concluded. The retained positions must be in addition to the number of locally funded positions that would otherwise have existed without federal funding. Consistent with the intent of the 1994 Crime Act, this requirement helps to ensure a long-term increase in the number of sworn officer and/or civilian positions serving the community. These additional positions must be retained using state, local, or other non-federal funding. You may not use attrition to meet the retention requirement.

## COPS Programs Subject to the Retention Requirement

The retention requirement applies to the following COPS grants:

- Accelerated Hiring Education and Deployment (AHEAD),
- COPS in Community Prosecution Pilot Program (CICP),
- COPS in Schools (CIS) grants,
- Distressed Neighborhoods,
- Funding Accelerated for Smaller Towns (FAST),
- Making Officer Redeployment Effective (MORE),
- MCHS Initiative,
- Mental Health and Community Safety Initiative for American Indian / Alaska Native Childen, Youth and Families,
- Small Communities Grant Program (SCGP),
- Tribal Hiring Renewal Grant Program,
- Tribal Resources Grant Program (TRGP), and
- Universal Hiring Program and Supplements (UHP).

## Retention Agreements

When an agency applies for and accepts a COPS grant, it submits retention information on some or all of the following documents: grant application; budget summary sheets; signed grant award page; grant conditions (specifically including retention planning); annual reports; and the Retention Plan Certification form. Agencies must follow through with these plans and the grant conditions as agreed upon grant acceptance.

## Retention Planning

Plans to retain COPS-funded positions must reflect a legitimate attempt by the law enforcement agency and its governing body (e.g., the city, county, town, or borough) to secure and provide resources to continue funding the additional officer and/or civilian position(s). An acceptable Retention Plan Certification must be submitted with the grant application.

The COPS statute requires agencies to plan to retain the additional COPS-funded sworn positions and civilian positions with *state or local* funding at the conclusion of federal support. Therefore, other federal funding, including but not limited to UHP, MORE, Advancing Community Policing, Local Law Enforcement Block Grants (LLEBG), COPS in Schools, or Community Development Block Grants (CDBG), may not be used to fund the retention of officer or civilian positions.

# COPS *Fact Sheet*

COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

www.cops.usdoj.gov

## COPS in Schools

*"FREMONT IS A BETTER CITY TODAY BECAUSE OF THE OFFICERS WE HAVE IN OUR SCHOOLS. THE COPS IN SCHOOLS PROGRAM HAS ALLOWED US TO EXTEND COMMUNITY POLICING FROM OUR NEIGHBORHOODS TO OUR CLASSROOMS. THE EXTRA OFFICERS WE HAVE RECEIVED FROM THE COPS PROGRAM HAVE MADE A REAL DIFFERENCE IN FREMONT. NOT ONLY ARE THEY HELPING MAKE OUR SCHOOLS SAFER, BUT THEY ARE MENTORS AND POSITIVE ROLE MODELS FOR THE KIDS WHO NEED THE MOST HELP."*

*- CHIEF CRAIG STECKLER,*

*FREMONT, CALIFORNIA*

### COPS Commitment to School Safety

Communities throughout the nation have recognized that trained, sworn law enforcement officers assigned to schools have made a difference. School Resource Officers (SROs) serve in a variety of roles including that of a law enforcement officer, law-related educator, and problem solver/community liaison. The SROs funded through the COPS in Schools (CIS) program may teach programs such as crime prevention, substance abuse, and gang resistance classes. SROs may monitor and assist troubled students through mentoring programs and promote personal and social responsibility by encouraging participation in community service activities. SROs will continue to build upon the respect and understanding between the law enforcement and school communities. These officers may also identify physical changes in the environment that may reduce crime in and around the primary and secondary schools, as well as assist in developing school policies which address criminal activity and school safety.

The Office of Community Oriented Policing Services (COPS) has awarded over $548 million to more than 2,300 law enforcement agencies to fund in excess of 4,900 SROs through the COPS in Schools (CIS) program. In addition, over $14 million has been dedicated to training COPS-funded SROs and School Administrators who work in the partnering school(s) or school district(s) to work more collaboratively in partnership through the CIS program. This partnership must define and utilize community policing strategies and techniques to prevent school violence and implement educational programs.

### Funding in 2002 and Application Deadlines

In Fiscal Year 2002, the COPS Office has up to $121 million in funding available for the CIS program. COPS anticipates the CIS 2002 application packages to be available in mid to late April 2002. The application deadlines are May 17, 2002 and June 14, 2002. Applications postmarked on or before May 17, 2002 will receive priority consideration for Fiscal Year 2002 funding. Applications postmarked after May 17, 2002, but on or before June 14, 2002 will receive secondary consideration. All grant awards are subject to the availability of funding.

### Program Requirements

Hiring School Resource Officers

The COPS in Schools grant program provides a maximum federal contribution of up to $125,000 per officer position over the three-year grant period, with any remaining costs to be paid with local funds. CIS grant funding is for the payment of entry-level salaries and benefits of newly hired, additional SROs to be deployed to work in and around primary and secondary schools.

CIS funds may also be used to pay for new, additional sworn officers who will take the place of locally-funded veteran officers that grantees deploy as School Resource Officer(s) as a direct result of this grant funding. Furthermore, each SRO must devote at least 75% of his/her time (measured weekly, monthly, or annually) to work in and around primary and secondary schools, in addition to the time that grantees would have devoted in the absence of the CIS grant. To be eligible under this grant program, jurisdictions must demonstrate they have

U.S. Department of Justice
Office of Community Oriented Policing Services
1100 Vermont Avenue, N.W.
Washington, D.C. 20530

OMB Control # 1103-0027


COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

*FAQs*

# CIS Frequently Asked Questions

**What is the COPS in Schools (CIS) retention requirement?**

As part of CIS grant requirements, your agency is expected to retain all additional COPS-funded officer position(s) for at least one full local budget cycle at the conclusion of federal funding. Your agency is expected to complete and sign the Retention Plan Certification included with this application. The Retention Plan Certification must identify the planned funding source for the retention of the requested additional COPS CIS officer position(s). Your highest-ranking law enforcement <u>and</u> government executives must sign and date the Retention Plan Certification.

**Can CIS funds be used to replace local or state funds for existing officer positions?**

No. COPS in Schools funding must be used to hire new, additional sworn officer positions over and above the number of sworn positions that your agency would have funded in absence of the grant. For example, if your department has a budgeted sworn force of 10 officer positions, and funding for one additional officer position is awarded through CIS, it is required that your department maintain a minimum sworn force of 11 officers (10 existing + 1 CIS) for the life of the grant, as well as for the entire retention period. If your agency's local budget for sworn officer positions increases during the grant period, you must maintain that new increased sworn officer strength in addition to the COPS-funded positions. If a locally-funded officer leaves your agency (e.g., resignation, retirement, etc.), your department must backfill that position with a locally-funded officer pursuant to your normal procedures. If your agency is unable to maintain this total officer strength as a result of budget cuts or other circumstances, please contact the COPS Office immediately for guidance.

**What is the maximum number of positions that may be requested through CIS?**

The COPS Office does not impose a limit on the number of positions your department can request through a CIS application. CIS officer requests should be consistent with departmental staffing needs and resources. However, there is no guarantee that your request will be funded in full. The COPS Office has the discretion to evaluate how many positions your agency may be awarded by using factors such as your officer-to-population ratio and municipal growth rates.

**Is there any requirement for the amount of time that the School Resource Officers must spend in and around the schools?**

Yes. Under the COPS in Schools 2002 grant program, the School Resource Officer position(s) must spend a minimum of 75% of their time in and around primary and secondary schools working on youth-related activities as outlined in your Narrative Addendum and Memorandum of Understanding. It is at your department's discretion as to how you will internally track this requirement (e.g., daily, weekly, monthly or annually).

**Our agency did not submit the CIS 2002 application by the final deadline. Will our application still be considered for funding even though it is past the deadline?**

No. Unfortunately, applicants who do not submit a complete application package *postmarked* on or before the final June 14, 2002 deadline will not be considered for funding.

<div style="border:1px solid black; background:black; color:white; text-align:center;">

**Deadline:**

**Applications <u>must</u> be postmarked on or before June 14, 2002**

**Remember to send an original and two copies of all application materials.**

</div>

Updated March 11, 2002





COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

# COPS

U.S. Department of Justice
Office of Community Oriented Policing Services
1100 Vermont Avenue, N.W.
Washington, D.C. 20530

# NOTICE TO ALL APPLICANTS

Due to recent events which have resulted in expanding the process handling time for Department of Justice postal mail in the Washington, D.C. area, the COPS Office reminds you that when submitting your COPS in Schools application for consideration, you are welcome to send your application package via overnight mail, using any of the numerous overnight mail carriers available nationally. The address that should be used for overnight mail deliveries to COPS is:

COPS in Schools Control Desk
U.S. Department of Justice, Office of Community Oriented Policing Services
1100 Vermont Avenue, NW
7ᵀᴴ Floor
Washington, D.C. 20005

The COPS Office thanks you for your interest in COPS in Schools program funding. If you have any questions, please contact your COPS Grant Program Specialist at 1.800.421.6770.

Account Access | Contact

ions

## ES $20.5 MILLION IN
## FICERS TO PROTECT

e of Community Oriented Poli
).5 million to allow 120 law
nal officers and deputies to pr

n Schools program, which provi
cover the salary and benefits o
COPS also provides school safe
e school where the officer will b

ng homeland security, COPS has
s by incorporating instruction on
e critical role of schools in comm

d with today's new challenges and
to helping meet their needs," said
cement is an essential and valued
s will ensure that local agencies are
eded terrorism prevention and

forcement agencies to provide a
ich officers are assigned, and will go
y incorporated into local emergency
ed. "COPS is pleased to be able to pr
ce the federal budget was passed just

is program has provided more than $7
nforcement agencies to hire and train o

in your region received grants today, cli

4/28/03



Account Access | Contact

Home    Funding    Community Policing Topics    Training    Resource Room

Common Forms | Grant Announcements | Criminal Justice Links | Press Releases | Publications

2003

2002

2001

2000

✳For Immediate Release—April 10, 2003

## U.S. DEPARTMENT OF JUSTICE ANNOUNCES $20.5 MILLION IN GRANTS TO HIRE LAW ENFORCEMENT OFFICERS TO PROTECT AMERICA'S SCHOOLS

WASHINGTON, D.C. - The Department of Justice Office of Community Oriented Poli Services (COPS) today announced grants totaling $20.5 million to allow 120 law enforcement agencies in 36 states to hire 180 additional officers and deputies to pr our nation's schools.

Today's grants are being awarded under the COPS In Schools program, which provi maximum of $125,000, over a three-year period, to cover the salary and benefits o school resource officers assigned to protect schools. COPS also provides school safe training for the officer and an administrator from the school where the officer will b assigned.

To support the Administration's priority of advancing homeland security, COPS has enhanced the training associated with these grants by incorporating instruction on terrorism prevention, emergency response, and the critical role of schools in commu preparedness and disaster recovery.

"As local law enforcement agencies are confronted with today's new challenges and threats, the Department of Justice is committed to helping meet their needs," said Attorney General John Ashcroft. "Local law enforcement is an essential and valued partner in the war on terrorism, and these grants will ensure that local agencies are to hire new officers who have received much-needed terrorism prevention and emergency response training."

"The funds announced today will enable law enforcement agencies to provide a heightened level of safety in the schools in which officers are assigned, and will go long way toward ensuring that schools are fully incorporated into local emergency response plans," said COPS Director Carl R. Peed. "COPS is pleased to be able to pr some of the first law enforcement funding since the federal budget was passed just seven weeks ago. "

Including today's grants, the COPS In Schools program has provided more than $7 million to nearly 2,600 state and local law enforcement agencies to hire and train o 6,000 school resource officers.

For detailed information on which agencies in your region received grants today, cli here.

COPS In Schools Grantees
*April 10, 2003*

| State | Grantee | Grant Amount | FT | PT |
|-------|---------|-------------:|----|----|
| IL | Streamwood, Village of | $125,000.00 | 1 | 0 |
| IL | Thornton, Village of | $59,775.00 | 1 | 0 |
| IL | Macomb Police Department | $125,000.00 | 0 | 1 |
| IL | Johnsburg, Village of | $125,000.00 | 1 | 0 |
| IL | Maroa Police Department | $125,000.00 | 1 | 0 |
| IL | Havana, City of | $111,233.00 | 1 | 0 |
| IL | Perry County Sheriff's Department | $101,957.00 | 1 | 0 |
| | | **$772,965.00** | **6** | **1** |
| IN | Floyd County Sheriff's Department | $375,000.00 | 3 | 0 |
| IN | North Vernon Police Department | $125,000.00 | 1 | 0 |
| IN | Boonville, City of | $125,000.00 | 1 | 0 |
| | | **$625,000.00** | **5** | **0** |
| KY | Fleming County Sheriff's Office | $89,507.00 | 1 | 0 |
| | | **$89,507.00** | **1** | **0** |
| LA | Law Enforcement District of Allen Parish | $89,010.00 | 1 | 0 |
| | | **$89,010.00** | **1** | **0** |
| MA | Bourne Police Department | $125,000.00 | 1 | 0 |
| MA | Dalton Police Department | $250,000.00 | 2 | 0 |
| MA | Freetown Police Department | $125,000.00 | 1 | 0 |
| MA | Seekonk Police Department | $125,000.00 | 1 | 0 |
| MA | Acton Police Department | $250,000.00 | 2 | 0 |
| MA | Lowell, City of | $500,000.00 | 4 | 0 |
| MA | Plymouth, Town of | $500,000.00 | 4 | 0 |
| | | **$1,875,000.00** | **15** | **0** |
| MD | Princess Anne, Town of | $125,000.00 | 1 | 0 |
| | | **$125,000.00** | **1** | **0** |
| ME | Kittery, Town of | $125,000.00 | 1 | 0 |
| | | **$125,000.00** | **1** | **0** |
| MI | Marenisco, Township of | $122,553.00 | 1 | 0 |
| MI | Osceola County Sheriff's Department | $500,000.00 | 4 | 0 |
| MI | Wayne Police Department, City of | $125,000.00 | 1 | 0 |
| | | **$747,553.00** | **6** | **0** |
| MN | Cloquet Police Department | $125,000.00 | 1 | 0 |
| MN | Moorhead Police Department | $250,000.00 | 2 | 0 |
| MN | Kandiyohi County Sheriff's Department | $125,000.00 | 1 | 0 |
| MN | Redwood Falls Police Department | $125,000.00 | 1 | 0 |
| MN | Waite Park, City of | $125,000.00 | 1 | 0 |
| MN | Wabasha Police Department | $117,781.00 | 1 | 0 |
| MN | Stillwater, City of | $125,000.00 | 1 | 0 |
| | | **$992,781.00** | **8** | **0** |

**U. S. Department of Justice**
*Office of Community Oriented Policing Services*
## COPS in Schools Award

| | |
|---|---|
| **Application Organization's Name:** | Freetown Police Department |
| **Grant #:** | 2003SHWX0049 |
| **ORI #:** | MA00309 |
| **Vendor #:** | 046001153 |
| **Law Enforcement Executive Name:** | Chief Carlton E. Abbott, Jr. |
| **Address:** | 225 Chace Road |
| **City, State, Zip Code:** | East Freetown, MA 02717 |
| **Telephone:** | (508) 763-4017 |
| **Fax:** | (508) 763-4010 |
| **Government Executive Name:** | Selectman John S. Ashley |
| **Address:** | 3 North Main Street |
| **City, State, Zip Code:** | Assonet, MA 02702 |
| **Telephone:** | (508) 644-2201 |
| **Fax:** | (508) 644-3342 |

| | | | |
|---|---|---|---|
| **Award Start Date:** | April 1, 2003 | **Award End Date:** | March 31, 2006 |
| **Award Amount:** | $ 125,000 | **Number of Officers: Full Time:** | 1 |
| | | **Part Time:** | 0 |

*[signature]*

APR 2 4 2003

Carl R. Peed
Director

Date

By signing this award, the signatory officials are agreeing to abide by the Conditions of Grant Award found on the reverse side of this document:

Signature of Law Enforcement Executive with the authority to accept this grant award.

Typed Name and Title of Law Enforcement Executive.

Date

Signature of Government Executive with the authority to accept this grant award.

Typed Name and Title of Government Executive.

Date

Award ID:  70661

**Town of Freetown**

# POLICE DEPARTMENT

225 CHACE ROAD

P.O. BOX 518

EAST FREETOWN, MA  02717-0518

LEAPS: FRE
NCIC: MA0030900
TEL. (508) 763-4017
FAX: (508) 763-4010

**CARLTON E. ABBOTT, JR., ESQ.**
**Chief of Police**

May 15, 2002

COPS in Schools Control Desk
U.S. Department of Justice, COPS Office
1100 Vermont Avenue, NW
7th Floor
Washington, DC 20005

Re: COPS in Schools 2002

Dear Sirs:

Enclosed please find the following:

1. COPS in Schools 2002 Application
2. Memorandum of Understanding
3. Copy of Legislative Statute Granting Enforcement Authority

Should you have any questions or concerns, please feel free to contact me.

Very truly yours,

Carlton E. Abbott, Jr.
Chief of Police

encls.

# COPS in Schools 2002 Application Form

Postmark deadline dates for the COPS in Schools 2002 applications:

May 17, 2002 – Priority consideration deadline
June 14, 2002 – Second and final deadline

Applications postmarked on or before May 17, 2002 will receive priority consideration for Fiscal Year 2002 funding. Applications postmarked after May 17, 2002, but on or before June 14, 2002 will receive secondary consideration. All grant awards are subject to the availability of funding.

The following application pages and enclosed forms are to be completed by jurisdictions wishing to apply for a COPS in Schools grant to pay for entry-level salaries and benefits of newly hired, additional School Resource Officers to be deployed to work in and around primary and secondary schools. COPS in Schools funds also may be used to pay for new, additional sworn officers who will take the place of locally-funded veteran officers that your agency deploys as the School Resource Officer(s) as a direct result of this grant. Furthermore, the SRO(s) must devote at least 75% of their time to work in and around primary and secondary schools, in addition to the time that your agency would have devoted in the absence of the CIS grant. *[For additional information, please see examples on page 7 of the Application Instructions Manual.]* By signing this form, your agency understands that the COPS in Schools program grants provide a maximum federal contribution of up to $125,000 per entry-level officer over the three-year grant period, with any remaining costs to be paid with local funds. There are no waivers of the local match under the COPS in Schools grant program. All budget calculations must be based on the salary and fringe benefits of an entry-level officer in your department. ***Note: Please be sure to submit only one COPS in Schools grant application per law enforcement agency under the COPS in Schools 2002 open solicitation period, regardless of the number of schools or school districts involved in the partnership.***

COPS in Schools funding must be used to hire new, additional School Resource Officers, over and above the number of sworn officers that your agency would fund with state or local funds in the absence of the grant (including all officers locally budgeted and any officers already assigned to the schools). Your agency may not reduce its state, local or Bureau of Indian Affairs funded level of sworn officers (including all officers locally budgeted and any officers already assigned to the schools) as a result of applying for or receiving COPS in Schools grant funding. *[For additional information, please see page 13 of the Application Instructions Manual.]*

In addition to the demographical information collected on the application forms, applicants must also submit the enclosed *Memorandum of Understanding* (MOU) Form that outlines the roles and responsibilities of the collaborative effort between the

1

Please ensure all questions are answered completely, and typewritten in the spaces below. All documents submitted with the original copy of the application must have original signatures; stamped or electronic signatures will not be accepted. Previous editions of this application may not be used (3/14/02).

## I. General Information

**Applicant Organization's Legal Name:**

Freetown Police Department

**Applicant Agency ORI Number:** 0 0 3 0 9 0 0
*The ORI number is assigned to your agency by the FBI for purposes of UCR crime reporting. It begins with your two letter state abbreviation followed by five digits. For further clarification, please refer to the Application Instructions Manual, page 16.*

**Applicant Agency EIN Number:** 0 4 6 0 0 1 1 5 3
*The EIN number is assigned to your agency by the Internal Revenue Service (IRS) and consists of nine digits. However, if the Office of Justice Programs has assigned your department an EIN number, please use that assigned number. Otherwise, your IRS EIN number should be used. For further clarification, please refer to the Application Instruction Manual, page 15.*

**Federal Congressional District Number(s):** 04 (MA)
*Do not substitute state or local congressional districts.*

**Are you contracting for law enforcement services?**   ☐ Yes   ☒ No
*If "yes," enter the name and agency information of the contract law enforcement department in the Executive Information section below. For further clarification in determining if this applies to your agency, please refer to the Application Instructions Manual, page 15.*

**In the space below, please provide a brief description of your agency's inability to implement this project without federal assistance.**

The budget crisis at the state level has resulted in significant cuts to local aid.

Consequently, town budget involving the police department, remain level funded.

The police department does not have the financial resources to fully fund a school position.

3

**Type of Government Entity:**

- ☐ State
- ☐ City
- ☒ Town
- ☐ County
- ☐ Borough
- ☐ Township
- ☐ Territory
- ☐ Region
- ☐ Community
- ☐ Pueblo
- ☐ Nation
- ☐ School District
- ☐ Village
- ☐ Council
- ☐ Other (please specify): _____

**Contact Information:**

Name of contact person in your agency familiar with this grant:
Carlton E. Abbott, Jr.

Title: Chief of Police

Telephone: (508)763-4017  Fax: (508)763-4010

Email: Freetownpd@aol.com

## III. Partner Information

Under the COPS in Schools grant program, applicants must enter into a partnership agreement with an official for a specific school or school district with general educational oversight authority within that jurisdiction. **Please note, you must designate one school official as the school representative under the grant program.**  In the space below, please provide the information for the individual that will be responsible for ensuring that the appropriate school official attends the mandatory COPS in Schools training. If the proposed project affects an entire school district, then the official with general educational oversight over the entire school district should complete the information below.  In addition, this individual will be required to sign the attached *COPS in Schools Training Requirement*.

Name of Partner Agency or School District: Freetown-Lakeville  Regional School District

School Official Name: Dennis D. Flynn    Title: Supt. of School

Address: 98 Howland Rd

City: Lakeville    State: MA    Zip Code: 02347

Telephone: (508)923-2000  Fax: (508)923-9960

Email: _____

*****If there are multiple partners involved in this project, please provide the information listed above for each of the partners on the attached "Additional Partner Page" included with this application. However, only one school official per grant award will be permitted to attend the CIS Training.*

5

Current budgeted locally-funded sworn force strength as of the date of this application:

Full-time officers: ___17___    Part-time officers: ___8___

*The budgeted locally-funded sworn force strength is the number of sworn officers your department has allocated for in its budget, including state and locally funded vacancies. Do not include unpaid/reserve officers, COPS-funded positions (unless they are in the locally-funded retention period), or detention staff unless they perform police functions.*

Current actual locally-funded sworn force strength as of the date of this application:

Full-time officers: ___17___    Part-time officers: ___8___

*The actual locally-funded sworn force strength is the actual number of sworn officers employed by your department as of the date of this application. Do not include vacant state or locally-funded positions, COPS-funded positions (unless they are in the locally-funded retention period), or unpaid/reserve positions.*

## V. Officer Request Information:

**What is the total number of new officer position(s) for which you are now applying under this COPS in Schools application?**

Full-time: ___1___    Part-time: ___0___

*Your request should be consistent with your agency's law enforcement needs. Do not request more positions than your agency can support.*

**\*Total amount of federal funds requested for all full-time and part-time officer positions: $ ___125,000___**

**\*Total amount of non-federal matching funds required (local share): $ ___10,610___**

*\* To answer these questions, complete the COPS in Schools 2002 Budget Information Worksheets provided in these Application Forms. Please note the attached budget worksheets should be completed for one officer; as a result, please remember to multiply by the total number of officers requested.*

# dditional Partner Page (If applicable)

is form is only required if your agency is partnering with more than one school or
100l district. If your partnership involves multiple school partners, your agency
1st provide the attached information for each school or school district. **This form
1st be signed by both the school official and the law enforcement
ecutive and returned at the time of application.**

.me of Partner Agency or School District: __Freetown Elementary School__

hool Official Name: __Dennis D. Flynn__ Title: __Supt of Schools__

ldress: __98 Howland Rd__

ty: __Lakeville__ State: __MA__ Zip Code: __02347__

lephone: __(508)923-2000__ Fax: __(508)923-9960__

nail:__

_(Signature of School Official)_    Date __5-15-02__

Signature of Law Enforcement Executive)    Date __05/14/02__

# COPS in Schools Training Requirement

Award recipients of the COPS in Schools grant program are required to attend one COPS in Schools regionally-based training workshop. The Office of Community Oriented Policing Services (COPS) will be the sole provider of this training workshop should your agency receive a COPS in Schools grant. If awarded, this training requirement must be completed within the original 36-month grant period unless an extension is authorized by the COPS Office.

This training requirement will be a grant condition that requires your agency to send the specific COPS in Schools officer(s) who will be deployed into the school(s) as a direct result of receiving the grant to this training should your agency be awarded. This condition also requires that one representative from the specific school or school district into which the officer(s) will be deployed to attend this training along with the COPS in Schools officer(s). The school representative must be an administrator with decision-making authority and be directly involved with the COPS in Schools program. Regardless of the number of schools or school districts involved in this partnership, only one school representative per grant will be permitted to attend the training. The COPS Office will pay for the training, travel, lodging and per diem for the required participants up to a maximum of $1,100 per participant. Due to space limitations, non-required participants will not be permitted to attend this training at their own expense.

Should your agency receive a COPS in Schools grant, information with respect to training opportunities will be forwarded to your agency following the official notification of the grant. Failure to comply with this grant condition by not attending the required training, or by sending incorrect personnel to attend training, may result in the withholding of future COPS grants or other federal funding, as well as any other available legal remedies.

By signing this document, the signatory officials indicate their understanding of, and agreement to abide by, the aforementioned grant condition. I understand that this training requirement is contingent upon the award of a COPS in Schools grant to my agency.

| | |
|---|---|
| Signature of Law Enforcement Executive | Signature of School Representative |
| Carlton E. Abbott, Jr. | Dennis D. Flynn |
| Printed Name of Law Enforcement Executive | Printed Name of School Representative |
| 05/14/02 | 5-15-02 |
| Date | Date |

11

# ertifications

egarding Lobbying; Debarment, Suspension and Other Responsibility Matters; Drug-Free Workplace equirements Coordination with Effected Agencies; Non-Supplanting; and Retention.

though the Department of Justice has made every effort to simplify the application process, other provisions of federal law require us to ek your certification regarding certain matters. Applicants should read the regulations cited below and the instructions for certification cluded in the regulations to understand the requirements and whether they apply to a particular applicant. Signature of this form provides r compliance with certification requirements under 28 CFR Part 69, "New Restrictions on Lobbying," and 28 CFR Part 67, "Government-de Debarment and Suspension (Nonprocurement) and Government-wide Requirements for Drug-Free Workplace (Grants)," and the ordination requirement of the Public Safety Partnership and Community Policing Act of 1994. The certifications shall be treated as a aterial representation of fact upon which reliance will be placed when the Department of Justice determines to award the covered grant.

## Lobbying

s required by Section 1352, Title 31 of the U.S. Code, and plemented at 28 CFR Part 69, for persons entering into a grant · cooperative agreement over $100,000, as defined at 28 CFR rt 69, the applicant certifies that:

. No federal appropriated funds have been paid or will be paid, · or on behalf of the undersigned, to any person for influencing · attempting to influence an officer or employee of any agency, a ember of Congress, an officer or employee of Congress, or an nployee of a member of Congress in connection with the aking of any federal grant; the entering into of any cooperative greement; and the extension, continuation, renewal, amendment modification of any federal grant or cooperative agreement;

If any funds other than federal appropriated funds have been iid or will be paid to any person for influencing or attempting to fluence an officer or employee of any agency, a member of ongress, an officer or employee of Congress, or an employee of member of Congress in connection with this federal grant or Doperative agreement, the undersigned shall complete and submit andard Form - LLL, "Disclosure of Lobbying Activities," in cordance with its instructions;

. The undersigned shall require that the language of this rtification be included in the award documents for all subawards all tiers (including subgrants, contracts under grants and Doperative agreements, and subcontracts) and that all sub-cipients shall certify and disclose accordingly.

## Debarment, Suspension and Other Responsibility Matters )irect Recipient)

s required by Executive Order 12549, Debarment and ispension, and implemented at 28 CFR Part 67, for prospective irticipants in primary covered transactions, as defined at 28 CFR rt 67, Section 67.510 -

. The applicant certifies that it and its principals:

. Are not presently debarred, suspended, proposed for barment, declared ineligible, sentenced to a denial of federal nefits by a state or federal court, or voluntarily excluded from vered transactions by any federal department or agency;

(ii) Have not within a three-year period preceding this application been convicted of or had a civil judgment rendered against them for commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a public (federal, state or local) transaction or contract under a public transaction; violation of federal or state antitrust statutes or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, or receiving stolen property;

(iii) Are not presently indicted for or otherwise criminally or civilly charged by a governmental entity (federal, state or local) with commission of any of the offenses enumerated in paragraph (A)(ii) of this certification; and

(iv) Have not within a three-year period preceding this application had one or more public transactions (federal, state or local) terminated for cause or default; and

B. Where the applicant is unable to certify to any of the statements in this certification, he or she shall attach an explanation to this application.

## 3. Drug-Free Workplace (Grantees Other Than Individuals)

As required by the Drug-Free Workplace Act of 1988, and implemented at 28 CFR Part 67, Subpart F, for grantees, as defined at 28 CFR Part 67, Sections 67.615 and 67.620 -
A. The applicant certifies that it will, or will continue to, provide a drug-free workplace by:

(i) Publishing a statement notifying employees that the unlawful manufacture, distribution, dispensing, possession or use of a controlled substance is prohibited in the grantee's workplace and specifying the actions that will be taken against employees for violation of such prohibition;

(ii) Establishing an on-going drug-free awareness program to inform employees about -

(a) The dangers of drug abuse in the workplace;
(b) The grantee's policy of maintaining a drug-free workplace;
(c) Any available drug counseling, rehabilitation and employee assistance programs; and
(d) The penalties that may be imposed upon employees for drug-abuse violations occurring in the workplace;

13


## ssurances

eral provisions of federal law and policy apply to all grant programs. We (the Office of Community Oriented Policing Services) need to
re your assurance that you (the applicant) will comply with these provisions. If you would like further information about any of the
ters on which we seek your assurance, please contact us.

your authorized representative's signature, you assure us and certify to us that you will comply with all legal and administrative
uirements that govern the applicant for acceptance and use of federal grant funds. In particular, you assure us that:

You have been legally and officially authorized by the
ropriate governing body (for example, mayor or city council) to
oly for this grant and that the persons signing the application
I these assurances on your behalf are authorized to do so and
act on your behalf with respect to any issues that may arise
ring processing of this application.

You will comply with the provisions of federal law which limit
tain political activities of your employees whose principal
ployment is in connection with an activity financed in whole or
part with this grant. These restrictions are set forth in 5 U.S.C. §
01, et seq.

You will comply with the minimum wage and maximum hours
ovisions of the Federal Fair Labor Standards Act, if they apply
you.

You will establish safeguards, if you have not done so already, to
ohibit employees from using their positions for a purpose that
or gives the appearance of being, motivated by a desire for
ivate gain for themselves or others, particularly those with whom
ey have family, business or other ties.

You will give the Department of Justice or the Comptroller
eneral access to and the right to examine records and documents
lated to the grant.

You will comply with all requirements imposed by the
epartment of Justice as a condition or administrative
:quirement of the grant; with the program guidelines; with the
:quirements of OMB Circulars A-87 (governing cost calculations)
nd A-133 (governing audits); with the applicable provisions of
ne Omnibus Crime Control and Safe Streets Act of 1968, as
mended; with 28 CFR Part 66 (Uniform Administrative
Requirements); with the provisions of the current edition of the
ppropriate COPS grant owner's manual; and with all other
pplicable laws, orders, regulations or circulars.

'. You will, to the extent practicable and consistent with applicable
aw, seek, recruit and hire qualified members of racial and ethnic
ninority groups and qualified women in order to further effective
aw enforcement by increasing their ranks within the sworn
ositions in your agency.

3. You will not, on the grounds of race, color, religion, national
origin, gender, disability or age, unlawfully exclude any person
from participation in, deny the benefits of or employment to any
person, or subject any person to discrimination in connection with
any programs or activities funded in whole or in part with federal
funds. These civil rights requirements are found in the non-
discrimination provisions of the Omnibus Crime Control and Safe
Streets Act of 1968, as amended (42 U.S.C. § 3789(d)); Title VI of
the Civil Rights Act of 1964, as amended (42 U.S.C. § 2000d); the
Indian Civil Rights Act (25 U.S.C. §§ 1301-1303); Section 504 of
the Rehabilitation Act of 1973, as amended (29 U.S.C. § 794); Title
II, Subtitle A of the Americans with Disabilities Act (ADA) (42
U.S.C. § 12101, et seq.); the Age Discrimination Act of 1975 (42
U.S.C. § 6101, et seq.); and Department of Justice Non-
Discrimination Regulations contained in Title 28, Parts 35 and 42
(subparts C, D, E and G) of the Code of Federal Regulations.

A. In the event that any court or administrative agency makes a
finding of discrimination on the grounds of race, color, religion,
national origin, gender, disability or age against you after a due
process hearing, you agree to forward a copy of the finding to the
Office of Civil Rights, Office of Justice Programs, 810 7th Street,
NW, Washington, DC 20531.

B. Grantees that have 50 or more employees and grants over
$500,000 (or over $1,000,000 in grants over an eighteen-month
period), must submit an acceptable Equal Employment
Opportunity Plan ("EEOP") or EEOP short form (if grantee is.
required to submit an EEOP under 28 CFR 42.302), that is
approved by the Office of Justice Programs, Office for Civil
Rights within 60 days of the award start date. For grants under
$500,000, but over $25,000, or for grantees with fewer than 50
employees, the grantee must submit an EEOP Certification.
Grantees of less than $25,000 are not subject to any EEOP
requirement.

9. You will insure that the facilities under your ownership, lease or
supervision which shall be utilized in the accomplishment of the
project are not listed on the Environmental Protection Agency's
(EPA) list of Violating Facilities and that you will notify us if you
are advised by the EPA indicating that a facility to be used in this
grant is under consideration for listing by EPA.

10. If your state has established a review and comment procedure
under Executive Order 12372 and has selected this program for
review, you have made this application available for review by the
state Single Point of Contact.

11. You will plan to retain each COPS-funded position with state
and/or local (non-COPS) funds after the conclusion of your
grant.

12. Your agency will not use COPS funds to supplant (replace)
state, local, or Bureau of Indian Affairs funds that otherwise
would be made available for the purposes of this grant.

I hereby certify compliance with the above assurances that govern the application and use of federal funds.

Signature: _____     Date: _05/14/02_

# isclosure of Lobbying Activities

## structions for Completion of SF-LLL, Disclosure of Lobbying Activities

his disclosure form shall be completed by the reporting entity, whether subawardee or prime federal recipient, at the itiation or receipt of a covered federal action, or a material change to a previous filing, pursuant to title 31 U.S.C. ction 1352.   The filing of a form is required for each payment or agreement to make payment to any lobbying entity r influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or mployee of Congress, or an employee of a Member of Congress in connection with a covered federal action.  Complete l items that apply for both the initial filing and material change report.  Refer to the implementing guidance published y the Office of Management and Budget for additional information.

Identify the type of covered federal action for which lobbying tivity is and/or has been secured to influence the outcome of a overed federal action.

Identify the status of the covered federal action.

Identify the appropriate classification of this report.  If this is a llow-up report caused by a material change to the information reviously reported, enter the year and quarter in which the change ccurred.  Enter the date of the last previously submitted report by is reporting entity for this covered federal action.

. Enter the full name, address, city, state and zip code of the porting entity.  Include Congressional District  number, if known. heck the appropriate classification of the reporting entity that esignates if it is, or expects to be, a prime or subaward recipient. lentify the tier of the subawardee, e.g., the first subawardee of the rime is the 1st tier.  Subawards include but are not limited to ibcontracts, subgrants and contract awards under grants.

. If the organization filing the report in item 4 checks Subawardee," then enter the full name, address, city, state and zip ode of the prime federal recipient.  Include Congressional District, f known.

i. Enter the name of the federal agency making the award or loan ommitment.  Include at least one organizational level below agency ame, if known.  For example, Department of Transportation, Jnited States Coast Guard.

'. Enter the federal program name or description for the covered ederal action (item 1).  If known, enter the full Catalog of Federal Domestic Assistance (CFDA) number for grants, cooperative igreements, loans and loan commitments.

8. Enter the most appropriate federal identifying number available for the federal action identified in item 1 (e.g., Request for Proposal (RFP) number; Invitation for Bid (IFB) number; grant announcement number; the contract, grant, or loan award number; the application/proposal control number assigned by the federal agency).  Include prefixes, e.g., "RFP-DE-90-001."

9. For a covered federal action where there has been an award or loan commitment by the federal agency, enter the federal amount of the award/loan commitment for the prime entity identified in item 4 or 5.

10. (a) Enter the full name, address, city, state and zip code of the lobbying entity engaged by the reporting registrant identified in item 4 to influence the covered federal action.

(b) Enter the full name(s) of the individual(s) performing services, and include full address if different from 10 (a).  Enter Last Name, First Name, and Middle Initial (MI).

11. The certifying official shall sign and date the form, print his/her name, title and telephone number.

*Public reporting burden for this collection of information is estimated to average 30 minutes per response, including time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information.  Send comments regarding the burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden, to the Office of Management and Budget, Paperwork Reduction Project (0348-0046), Washington, D.C. 20530.*

17

# Retention Plan Certification

*Office of Community Oriented Policing Services (COPS)*

**Instructions:** All agencies applying for COPS in Schools grant monies to hire additional officer positions must submit this Certification with their application. Please review the COPS retention requirements thoroughly in the "How to Apply" section of the Application Instructions before signing this form. If you have questions, please call the U.S. Department of Justice Response Center at 1.800.421.6770, and ask to speak with your Grant Program Specialist.

I. COPS in Schools grantees are required to retain all additional officer positions awarded for at least one full local budget cycle following the expiration of COPS grant funding for each COPS-funded officer's position. The additional officer positions should be added to your agency's law enforcement budget with state or local funds for at least one full local budget cycle, over and above all other locally-funded officer positions (including other School Resource Officers) that would have existed regardless of the grant, from the time that the 36 months of grant funding for each COPS position expires. Absorbing COPS in Schools officers through attrition (rather than adding the extra positions to your budget with additional funding) does not meet the retention requirement.

We, _The Town of Freetown_ _____, certify that we have read and understand the COPS Office retention requirements.
(Applicant's Legal Name)

Furthermore, we certify that if awarded, our agency plans to comply, in full, with those requirements.

II. Use the space below to explain how your Department currently plans to retain any additional officer position(s) awarded. Please be as specific as possible about the anticipated source(s) of retention funding. (General Fund revenues, local ballot item, etc.) your agency plans to utilize. If additional space is needed, please continue your explanation on Department letterhead. A missing or incomplete response could affect your ability to receive funding.

During the initial 3 years of the program, the police budget will include an allocation for the COPS in schools program. The money will be from the general fund which is appropriated at the annual town meeting. The money needed for the retention period will be provided by the Freetown-Lakeville Regional School Budget, and this money will also be from the general fund which is appropriated at the annual town meeting.

III.

| Law Enforcement Executive | Government Executive |
|---|---|
| *(both signatures are required)* | |
| Name: Carlton E. Abbott, Jr. | Name: John S. Ashley |
| Title: Chief of Police | Title: Selectman |
| Date: 05/14/02 | Date: 05/14/02 |
| Signature: | Signature: |

91

# COPS in Schools Narrative Addendum

(Submissions not to exceed 10 pages.)

Agencies that seek funding under this program are required to submit a separate typewritten Narrative Addendum addressing each of the following four areas. Agencies may provide supporting documentation in the following areas if relevant information is available. Please do not include any confidential data or reports with your application. This Narrative Addendum will be taken into consideration during the application review and approval process.

- **Problem Identification and Justification:**

  **Problem Identification:** Please provide information on current problems occurring in and around the primary and secondary partner school(s) involved in this grant proposal (for example, drug use or gang activity within the schools). All problems addressed in supporting documentation should be explained under this problem identification section.

  **Justification:** Documentation such as crime data as it relates specifically to the schools; information on gang members in a particular school; the number of suspensions and expulsions related to identified problems; school specific surveys; complaints from the community; etc.

- **Community Policing Strategies to be Used by the Officers:**

  Please provide information on the proposed activities to be performed by the SRO(s) or in which they will participate. Please outline specific examples and provide as much detail as possible. Some strategies may include conflict mediation, mentoring activities, gang mediation, problem solving projects, truancy programs, etc.

- **Quality and Level of Commitment to the Program:**

  Please provide assurance that the officer(s) employed under this program will be assigned to work in and around primary or secondary schools 75% of their time; the number of years that the proposed program will be implemented, and evidence of previous successes in schools or conducting collaborative problem solving with youth in the community. Please also include a description of the impacted or targeted areas, including the number of schools, number of students, and demographic information for the student population.

- **Link to Community Policing:**

  Agencies that seek funding under this program must provide information on how the community policing strategies proposed for the School Resource Officer as outlined above will link to the overall organizational community policing strategy of your agency.

# Memorandum of Understanding Requirement

*Please note: The following information is the minimum amount that is required to fulfill the COPS in Schools Memorandum of Understanding requirement. The COPS Office strongly encourages your agency to work collaboratively with your school partner or partners to formulate additional information that will assist with the successful implementation of your overall school safety plan. Only one Memorandum of Understanding should be submitted per application regardless of the number of school partners. If multiple school partners are involved, please ensure that each partner is represented. Please feel free to provide any additional information that may be pertinent to the grant program or its management.*

The COPS in Schools (CIS) grant program offers law enforcement agencies the opportunity to perform community policing while in school buildings or on school property. School Resource Officers (SROs) who perform their duties in primary or secondary school buildings and/or on school grounds will enhance the services provided to the school population, including students and faculty/staff.

To ensure collaboration between the law enforcement agency and the educational community, all applicants must submit a Memorandum of Understanding (MOU) for the CIS grant program. The MOU is an agreement between parties that defines the roles and responsibilities of the individuals and partners involved, including School Resource Officers (SROs), school officials, law enforcement and education departments, students and parents.

Please complete this MOU form in a cooperative effort to ensure input from all partners involved in the program. If you require additional space to address Sections A-J, please be sure to clearly identify your response with the appropriate *section title (e.g., Mission Statement) and letter (e.g., A, B, C)* to which the information corresponds. Failure to respond to any of these criteria/questions may delay the processing of your application, and could ultimately result in the denial of your application. Please ensure all information is **typewritten**.

Agency Legal Name:

Freetown Police Department

School Partner(s) Name:

Freetown-Lakeville Regional School District

Agency ORI: 0 0 3 0 9 0 0

*SEE ATTACHED M.O.U. FOR MORE DETAILED INFORMATION*

23

**Please provide the name of the agency within your partnership that will be responsible for overseeing the following roles and responsibilities as they pertain to grant requirements and administrative procedures:

**D. Receipt and Disbursement of Grant Funds**
*(This entity will be responsible for oversight of grant funds to ensure they are used appropriately as outlined by the grant conditions. This must be the legal applicant of the CIS grant.)*

Freetown Police Department
(Name of the law enforcement agency or governing jurisdiction that will be responsible for this task.)

**E. Programmatic Reporting**
*(Progress reports are required on an annual basis, and request information on the status of your program, to include officer hiring, training, and school-related community policing activities performed by your officer(s).)*

Freetown Police Department
(Name of law enforcement agency and/or school partner that will be responsible for this task.)

**F. Financial Reporting**
*(Financial Reports (SF-269) must be submitted on a quarterly basis and outline the amount of monies spent, including federal expenditures, local matching contributions, and the un-obligated balance of the award. This must be the legal applicant of the CIS grant.)*

Freetown Police Department
(Name of the law enforcement agency or governing jurisdiction that will be responsible for this task.)

Please address the following grant program issues:

**G. Information Sharing**
*(This section may address the type and the extent to which information will be shared between the law enforcement agency and school or school district partner(s) throughout the course of the grant. For example, the type of information that the school is permitted/willing to share with law enforcement, as well as information flow from law enforcement to the school partner(s).)*

To the extent as provided by law, school officals shall allow SRO to inspect & copy any public records maintained by the school department., including directory info such as yearbooks.
If information in a student cumulative record is needed in an emergency to protect health or safety of the student or others, school officals may disclose same.
Police shall provide schools with information regarding domestic violence, sex offenders and criminal activities affecting students. •

25

The MOU must be signed by both the highest-ranking law enforcement executive and the school official(s) who will have general educational oversight and decision-making authority for this grant program.

My signature certifies that the SROs deployed into the schools as a result of receiving a COPS in Schools grant will spend at least 75% of their time in and around primary or secondary schools.

_____          05/14/02
Law Enforcement Executive's Signature          Date

_____          5-15-02
School Official's Signature          Date

**If partnering with more than one school or school district, you are required to provide additional signatures.

27

Office of Community Oriented Policing Services
1100 Vermont Avenue N.W. Case 1:03-cv-12417-PBS    Document 54-3    Filed 10/24/2006    Page 25 of 27
Washington, D.C. 20530

OMB Control # 1103-0027



# COPS
**COMMUNITY ORIENTED POLICING SERVICES**
**U.S. DEPARTMENT OF JUSTICE**

## *Application Checklist*

# CIS 2002 Application Checklist

Agencies seeking funding to hire new, additional sworn School Resource Officers under the COPS in Schools (CIS) grant program <u>must</u> complete the application and accompanying forms.  Any additional officer position(s) requested through CIS must be new positions that supplement your agency's budgeted sworn force level.  If you have any questions about your application, please contact your COPS Grant Program Specialist at 1.800.421.6770.

☑ **COPS in Schools 2002 Application Form**
The highest ranking law enforcement and government executives in the jurisdiction must sign the Application Form.

☑ **Additional Partner Information Page** (if applicable)

☑ **COPS in Schools Training Requirement**
The highest ranking law enforcement executive and appropriate school official must sign the CIS training requirement.

☑ **Certifications**
The same law enforcement <u>and</u> government executives who signed the CIS Application Form must sign the Certifications.

☑ **Assurances**
Either the law enforcement <u>or</u> government executive who signed the CIS Application Form must sign the Assurances.

☐ **Disclosure of Lobbying Forms** (if applicable)

☑ **Retention Plan Certification**
**A complete and signed Retention Plan Certification must be submitted at the time of application.**

- By signing the Retention Plan Certification, your agency is committing to retain the increased number of officer positions with local (non-COPS) funds for at least one full local budget cycle following the expiration of the 36-month COPS grant funding period for each officer position (please see the application instructions on page 14).
- As specifically as possible, the Retention Plan Certification must identify how your agency plans to secure and provide funding to continue the employment of the additional officer position(s) and must identify the anticipated source or sources of funding for the salary and benefits for the retained position(s).
- The Retention Plan Certification must have original signatures of both the law enforcement executive and the government executive.  These executives must be the same as the executives who signed the CIS Application Form.

☑ **COPS in Schools Narrative Addendum** (Separate from MOU)

☑ **Memorandum of Understanding (MOU) Form**    ф  ADDENDUM

☐ **Sheriff's, Start-up, and Special Department Questionnaires**  (if applicable)
Based on the type of law enforcement agency indicated on page 4 of the application, you must include the appropriate questionnaire with your application package.

☑ **CIS Budget Information Worksheets**

> **Deadline:**
>
> **Applications <u>must</u> be postmarked on or before June 14, 2002**
>
> **Remember to send an original and two copies of all application materials.**

# COPS Fact Sheet

COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

www.cops.usdoj.gov

# Retention Requirements for COPS Funded Positions

## Retention Basics

All COPS hiring and redeployment grant programs have a retention requirement.

COPS-funded positions must be retained for at least one full local budget cycle beyond the local budget year in which the federal funding concluded. The retained positions must be in addition to the number of locally funded positions that would otherwise have existed without federal funding. Consistent with the intent of the 1994 Crime Act, this requirement helps to ensure a long-term increase in the number of sworn officer and/or civilian positions serving the community. These additional positions must be retained using state, local, or other non-federal funding. You may not use attrition to meet the retention requirement.

## COPS Programs Subject to the Retention Requirement

The retention requirement applies to the following COPS grants:

- Accelerated Hiring Education and Deployment (AHEAD),
- COPS in Community Prosecution Pilot Program (CICP),
- COPS in Schools (CIS) grants,
- Distressed Neighborhoods,
- Funding Accelerated for Smaller Towns (FAST),
- Making Officer Redeployment Effective (MORE),
- MCHS Initiative,
- Mental Health and Community Safety Initiative for American Indian / Alaska Native Childen, Youth and Families,
- Small Communities Grant Program (SCGP),
- Tribal Hiring Renewal Grant Program,
- Tribal Resources Grant Program (TRGP), and
- Universal Hiring Program and Supplements (UHP).

## Retention Agreements

When an agency applies for and accepts a COPS grant, it submits retention information on some or all of the following documents: grant application; budget summary sheets; signed grant award page; grant conditions (specifically including retention planning); annual reports; and the Retention Plan Certification form. Agencies must follow through with these plans and the grant conditions as agreed upon grant acceptance.

## Retention Planning

Plans to retain COPS-funded positions must reflect a legitimate attempt by the law enforcement agency and its governing body (e.g., the city, county, town, or borough) to secure and provide resources to continue funding the additional officer and/or civilian position(s). An acceptable Retention Plan Certification must be submitted with the grant application.

The COPS statute requires agencies to plan to retain the additional COPS-funded sworn positions and civilian positions with *state or local* funding at the conclusion of federal support. Therefore, other federal funding, including but not limited to UHP, MORE, Advancing Community Policing, Local Law Enforcement Block Grants (LLEBG), COPS in Schools, or Community Development Block Grants (CDBG), may not be used to fund the retention of officer or civilian positions.

# COP$ Fact Sheet

www.cops.usdoj.gov

COMMUNITY ORIENTED POLICING SERVICES
U.S. DEPARTMENT OF JUSTICE

## COPS in Schools

*"Fremont is a better city today because of the officers we have in our schools. The COPS in Schools program has allowed us to extend community policing from our neighborhoods to our classrooms. The extra officers we have received from the COPS program have made a real difference in Fremont. Not only are they helping make our schools safer, but they are mentors and positive role models for the kids who need the most help."*

*— Chief Craig Steckler, Fremont, California*

### COPS Commitment to School Safety

Communities throughout the nation have recognized that trained, sworn law enforcement officers assigned to schools have made a difference. School Resource Officers (SROs) serve in a variety of roles including that of a law enforcement officer, law-related educator, and problem solver/community liaison. The SROs funded through the COPS in Schools (CIS) program may teach programs such as crime prevention, substance abuse, and gang resistance classes. SROs may monitor and assist troubled students through mentoring programs and promote personal and social responsibility by encouraging participation in community service activities. SROs will continue to build upon the respect and understanding between the law enforcement and school communities. These officers may also identify physical changes in the environment that may reduce crime in and around the primary and secondary schools, as well as assist in developing school policies which address criminal activity and school safety.

The Office of Community Oriented Policing Services (COPS) has awarded over $548 million to more than 2,300 law enforcement agencies to fund in excess of 4,900 SROs through the COPS in Schools (CIS) program. In addition, over $14 million has been dedicated to training COPS-funded SROs and School Administrators who work in the partnering school(s) or school district(s) to work more collaboratively in partnership through the CIS program. This partnership must define and utilize community policing strategies and techniques to prevent school violence and implement educational programs.

### Funding in 2002 and Application Deadlines

In Fiscal Year 2002, the COPS Office has up to $121 million in funding available for the CIS program. COPS anticipates the CIS 2002 application packages to be available in mid to late April 2002. The application deadlines are May 17, 2002 and June 14, 2002. Applications postmarked on or before May 17, 2002 will receive priority consideration for Fiscal Year 2002 funding. Applications postmarked after May 17, 2002, but on or before June 14, 2002 will receive secondary consideration. All grant awards are subject to the availability of funding.

### Program Requirements

Hiring School Resource Officers

The COPS in Schools grant program provides a maximum federal contribution of up to $125,000 per officer position over the three-year grant period, with any remaining costs to be paid with local funds. CIS grant funding is for the payment of entry-level salaries and benefits of newly hired, additional SROs to be deployed to work in and around primary and secondary schools.

CIS funds may also be used to pay for new, additional sworn officers who will take the place of locally-funded veteran officers that grantees deploy as School Resource Officer(s) as a direct result of this grant funding. Furthermore, each SRO must devote at least 75% of his/her time (measured weekly, monthly, or annually) to work in and around primary and secondary schools, in addition to the time that grantees would have devoted in the absence of the CIS grant. To be eligible under this grant program, jurisdictions must demonstrate they have