UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>    Defendants. | JOINT MOTION FOR 30 DAY EXTENSION OF SUMMARY JUDGMENT DEADLINE AND FOR CORRESPONDING ADJUSTMENTS OF SCHEDULING ORDER |

Now come the parties in the above-referenced matter and respectfully move for a thirty (30) day extension of the summary judgment deadline, a two (2) week extension of the opposition deadline and a corresponding adjustment of the remaining dates identified in the Court's March 31, 2006 scheduling order. As grounds for this motion, the parties submit as follows:

1. Discovery in this matter is currently set to close on October 31, 2006 with motions for summary judgment due two (2) weeks thereafter on November 15, 2006.

2. On September 21, 2006, the parties attended a mediation session before Magistrate Judge Neiman in an effort to resolve the instant lawsuit.

3. On September 28, 2006 and October 5, 2006, the parties participated in telephone conferences with Magistrate Judge Neiman as part of the mediation process.

4. On October 13, 2006, Plaintiff took the deposition of former Freetown Board of Selectmen member John Laronda and further deposed Defendant Walter Sawicki.

5. On October 18, 2006, Plaintiff further deposed Defendant Carlton Abbott both in his individual capacity and as a witness designated by Defendant Town of Freetown pursuant to Fed.R.Civ.P. 30(b)(6).

6. In addition, Plaintiff has noticed seven (7) additional depositions which are scheduled to take place on October 26, 27 and 30, 2006.

7. Also, Defendants have noticed two (2) additional depositions which are scheduled to take place on October 26 and 31, 2006.

8. Defendants do not anticipate receiving copies of the transcripts from most of the above-referenced depositions until sometime during the first full week of November, thereby leaving little to no time for them to review and, if necessary, incorporate said depositions into their motion for summary judgment.

9. Based on the foregoing, Defendants are respectfully requesting that the summary judgment deadline in this matter be extended by thirty (30) days to December 15, 2006, inclusive. In the event that said request is allowed, Plaintiff would respectfully request that the deadline for his opposition to Defendants' motion be extended to January 26, 2007, inclusive, to account for the holiday season.

10. Should the instant motion be granted, the parties would also respectfully request that a corresponding adjustment be made to each of the remaining dates in the Court's March 31, 2006 scheduling order. This would result in the remaining dates being extended out by approximately sixty (60) days each.

| PLAINTIFF | DEFENDANTS |
|---|---|
| By his attorney, | By their attorneys, |
| /s/Howard M. Fine | /s/Joseph S. Fair |
| Howard Mark Fine (BBO#554671) | David C. Jenkins (BBO# 251000) |
| 86 Sherman Street | Joseph S. Fair (BBO# 637818) |
| Cambridge, MA 02140 | Kopelman and Paige, P.C. |
| (617)868-9200 | Town Counsel |
|  | 101 Arch Street, 12th Floor |
|  | Boston, MA 02116 |
|  | (617) 556-0007 |
| Dated: October 25, 2006 | Dated: October 25, 2006 |

Certificate of Service

This is to certify that on the date subscribed below I caused a copy of the parties' Joint Motion For 30 Day Extension Of Summary Judgment Deadline And For Corresponding Adjustments Of Scheduling Order to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated: October 25, 2006                    /s/ Joseph S. Fair

296598v.2/METG/0503