UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

```
_____
                                  )
JON M. TAYLOR,                    )
                Plaintiff,        )
                                  )
     v.                           )
                                  )
TOWN OF FREETOWN,                 )
                                  )
CARLTON E. ABBOTT, Jr., ESQ.,     )      C.A. 03-12417-PBS
Individually and as Chief of the  )
Freetown Police Department, and   )
                                  )
WALTER J. SAWICKI,                )
Individually and as Lieutenant of )
the Freetown Police Department    )
                Defendants.       )
_____)
```

## **PLAINTIFF'S MOTION FOR LEAVE TO TAKE ADDITIONAL DEPOSITIONS**

COMES now plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned matter and hereby moves this Honorable Court to grant leave, pursuant to Fed.R.Civ.P. 30(a)(2)(A) and 26(b)(2) and LR. 26.1(C), to conduct four additional depositions beyond the ten-deposition limit. As grounds therefore, Plaintiff relies on the memorandum of law, which is attached hereto.

REQUEST FOR ORAL ARGUMENT

Pursuant to LR. 7.1(D), Plaintiff requests a hearing on the foregoing motion.

Respectfully Submitted by:

JON M. TAYLOR

By His Attorney

<u>/s/ Howard Mark Fine, Esquire</u>
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: October 25, 2006