UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>     Plaintiff,<br><br> v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>     Defendants. | C.A. 03-12417-PBS |

## AFFIDAVIT OF HOWARD MARK FINE, ESQUIRE

I, Howard Mark Fine, Esquire, being duly sworn, hereby affirm the following:

1. Since December 18, 1989, I have been a licensed attorney and member in good standing of the Massachusetts Bar, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit.

2. I am counsel of record for Jon M. Taylor ("Taylor"), the plaintiff in the above-captioned matter

3. Exhibits A-F, which are attached hereto and by reference incorporated herein, are, based on information and belief, true and accurate copies of documents in support of Plaintiff's Motion For Leave To Take Additional Depositions.

Signed under the pains and penalties of perjury this 25th day of October, 2006, on behalf of:

        Respectfully Submitted by:

        JON M. TAYLOR

        By His Attorney

        <u>/s/ Howard Mark Fine, Esquire</u>
        Howard Mark Fine, Esquire
        86 Sherman Street
        Cambridge, MA  02140-3233
        BBO No. 554671
        (617) 868-9200

Dated: October 25, 2006