|  |  |  |
|---|---|---|
| VOLUME: | III | **PLAINTIFF'S EXHIBIT** |
| PAGES: | 1 - 155 | |
| EXHIBITS: | 41 - 51 | F |

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. # 031-12417-PBS

JON M. TAYLOR, Plaintiff,

vs.

TOWN OF FREETOWN,

CARLTON E. ABBOTT, JR., ESQUIRE, Individually
and as Chief of the Freetown Police
Department, and

WALTER J. SAWICKI, Individually
and as Lieutenant
Of the Freetown Police Department
            Defendants.

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

**DEPOSITION OF JON M. TAYLOR,** a witness called on behalf of the Defendants, pursuant to Massachusetts Rules of Civil Procedure, before Carolyn McGill, a Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, at Kopelman & Paige, P.C., 101 Arch Street, Boston, Massachusetts on June 22, 2006 commencing at 10:12 a.m.

*Leavitt Reportinf(, Inc.*

*1207 Commercial Street, Rear
Weymouth, MA 02189*

*Hearings. Conferences. Legal Proceedings*

*Tel 781-335-6791 Fax:
781-335-7911
leavittreporting@att.net*

```
 1     point from other people within the department.
 2         Q.    I'm asking you to identify what those
 3     hearsay statements are?
 4         A.    I don't have specific knowledge of
 5     them at this time.
 6         Q.    But you have knowledge based on what
 7     other people have told you, is that correct?
 8         A.    I have knowledge that other people
 9     have stated that things have been said.
10         Q.    What I'm asking you is what is it --
11     first of all, who are these other people that
12     provided you with information?
13         A.    People within the Freetown Police
14     Department, members of the department.
         Q.
15             Which members of the department?
         A.
16             Members that were present during
17     supervisors' meetings.
             What are their names?
18     Q.
             Dispatchers.
19     A.
             What are their names? They're
20     Q.
             on the witness list.               We have
21     A.
22     Sergeant Charles Sullivan. We have Officer
23     Donald Bullock. We have dispatcher, Deborah
```

```
             Souza.    We have dispatcher, Suzanne Moquin.
   1
                 Q.     You said Sullivan

                 A.     Sullivan.
   2
                        Donald Bullock?
   3         Q.
                        Yeah.
   4         A.
                        Who's the dispatcher?
   5
                 Q.     Suzanne Moquin.
   6
                 A.     And was there another dispatcher I
   7
                 Q.
   8

   9       believe you said?

                 A.     Deborah Souza.    SOU Z A.
  10
                 Q.
   1                    What did Charles Sullivan tell you
                 A.
   1
                 Q.
                        Anybody else?
  12

  13                    He said that things have been said.

           That's all they said.

                   They do not want to get involved.

                        No.

  14       about statements that were allegedly made by

  15       Lieutenant Sawicki?

                 A.
  16                                      They would not get into
           it.
  17                                                       I left
           it at that.
                          I can It confirm what was said.
  18

  19
```

```
20        That's why we'll depose those people and ask for

21        their statements.

22                         So I'm agreeing to what I have

23        knowledge of which I stated today. The most
```

```
 1    meeting.
 2         Q.   Was it said inside of other business
      such as union?
 3              I don't know.
       A.
 4              So Donald Bullock said that there was
       Q.
 5

      said something about you, is that what you're
      saying?
 6    a supervisors' meeting and Lieutenant Sawicki
      Chief and other comments that were made.
                I don't know specifically who it was
 7     A.
                Again, supervisors' meeting.  The
 8    comments.
                                                Other
 9
10
 1
 1
12    by, just said supervisors.
13         Q.   So you're not contending that Donald
14    Bullock
told you that   Suzanne Moquin heard numerous
Lieutenant
Sawicki,
15    specifically Lieutenant Sawicki, said anything
16    about you, is that correct?
17         A.   That's correct we'll say.
18         Q.   And Suzanne Moquin, did she say to you
19    that Lieutenant Sawicki said anything about you?
```

```
20     A.      How can I word this?
       conversations.                        She
21


22     wouldn't elaborate on people were in the

23     officers' room.  Comments that she overheard.
```

```
 1      If it were the Chief and a Lieutenant she would

        not clarify who said specifics.    She just would
 2
                                       I
 3      state this was said.    heard this.
                What did Suzanne Moquin tell you she

 4          Q.

 5      heard that you're attributing to Lieutenant

 6      Sawicki?

 7          A.    She would not give specifics.    She

 8      would not elaborate which one said the comments.

 9      She just said I heard or this was overheard.

10          Q.    Did she tell you what was overheard? No.
 1          A.    So she didn't tell you what she
 1          Q.

12

13      overheard, is that fair to say?

            A.    Fair to say.
14
            Q.    She didn't tell you who she overheard
15

16      it from?

            A.    Fair to say.
17
                  What about Deborah Souza?
18          Q.
                  She witnessed the Lieutenant in the
19          A.

20      foyer speaking down, trying to chastise me in

21      front of others. As a matter of fact, Sergeant

22      Swede Magnett S WED E         MAG NET Twas
```

23          present at one time when the Lieutenant tried to

```
 1      belittle me in front of everybody that was
 2      present while he was in the foyer room.
 3               Actually he came in at 8:10 that
 4      morning.  She witnessed things too.  She's
 5      witnessed the actions, not only verbal, the
 6      actions of the Lieutenant in the presence of
 7      others.
 8          Q.   And the date of that incident that
 9      you're talking about where you're contending
10      that the Lieutenant tried to belittle you, what
11      is it that Lieutenant Sawicki said to you during
12      that incident that you're contending is false
13      and defamatory?
14          A.   It had to do with a report saying I
                                   It could have been
15      didn't do the report on time or the report
16      wasn't done correctly.  He was in the foyer.  I
        was in the dispatch
17      center.
18      handled differently.  He could have called me
19      into the office.  Again, in the presence of
20      others.
21          Q.   So you're not saying that what he was
22      speaking to you about was actually false, is
```

23          that fair to say?

```
 1          Q.    For the record, the document states

 2    office but you understand that to be a cut off

 3    and it should say officer, is that correct?

            A.    Correct.
 4
            Q.    Now you just referred to an 0000 to
 5


 6    0800 and you're referring to the entry for

 7    yourself, is that correct?

 8          A.    That's correct.

 9          Q.    SO continue.

10          A.    Officer Keith Medeiros had clearly

11    come in at 7:00 o'clock and was covering for me

12    for the one hour that I was alleged to have

13    conspired or alleged to have committed the crime

14    of larceny by the Chief.    It's right there in

15    black and white.

16          Q.    Where does it say that Keith Medeiros

17    was covering for you?

            A.    It says covering for officer.
18
            Q.    Were there other officers working zero
19
      Michael Lecuyer L E C U Y E R.    20      to 800
                                            that day?

            A.    There were.    There was a Sergeant
21
                                          Suzanne Moquin
22

23    was the dispatcher. Marc Rouke was the other
```

```
 1      officer.
 2                  Now, if the Chief had conducted
 3      such a thorough investigation as he clearly
 4      stated, the first thing he would have done is
 5      gone and spoken to Officer Keith Medeiros.
 6                  Officer Keith Medeiros was picked
 7      up by myself. He had dropped his car off at a
 8      garage on Bullock Road. Mr. Dave La Fountain
 9      will confirm it.  I picked up Officer Medeiros.
10      He was in my car for the rest of the hour before
11      he switched cruisers.  I clearly had an officer
12      covering for me.
13          Q.   Okay. My question to you is where on
14      Exhibit Forty-Two does it indicate that Keith
15      Medeiros was covering for you specifically?
16          A.   It says covering for officer.  The
17      Chief, all he had to do was speak to Keith
18      Medeiros who clearly elaborated that he was
19      covering for me.
20          Q.   So you would agree with me that
21      Exhibit Forty-Two doesn't specifically state
22      that the officer who Medeiros was covering for
23      was yourself, is that correct?
```