UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JON M. TAYLOR,<br>     Plaintiff,<br><br> v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>     Defendants. | C.A. 03-12417-PBS |

## COUNSEL'S LR. 26.2(C) AND 37.1 CERTIFICATION

  COMES now Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned matter and hereby certifies that reasonable and good faith efforts were made to reach agreement with opposing counsel on matters set forth in the aforementioned motion. Counsel certifies that by e-mail messages were exchanged with opposing counsel on October 20, 2006 and October 23, 2006 regarding said motion. Telephone conferences were initiated by Counsel on October 23rd, 24th, and 25th of 2006. Counsel further certifies that opposing counsel, on October 24, 2006, objects to plaintiff increasing the number of depositions beyond the ten-deposition limit and any extension of discovery.

                Respectfully Submitted by:
                JON M. TAYLOR

                By His Attorney

                /s/ Howard Mark Fine, Esquire
                Howard Mark Fine, Esquire
                86 Sherman Street
                Cambridge, MA  02140-3233
                BBO No. 554671
                (617) 868-9200

Dated: October 25, 2006

## **CERTIFICATE OF SERVICE**

      Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that the aforementioned Plaintiff's Motion For Leave To Take Additional Depositions and Plaintiff's Memorandum Of Law In Support Of Motion For Leave To Take Additional Depositions were served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

      Respectfully Submitted by:

      JON M. TAYLOR

      By His Attorney

      /s/ Howard Mark Fine, Esquire
      Howard Mark Fine, Esquire
      86 Sherman Street
      Cambridge, MA  02140-3233
      BBO No. 554671
      (617) 868-9200

Dated: October 25, 2006