UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| JON M. TAYLOR,<br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>　　　　　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | C.A. 03-12417-PBS |

PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION
FOR PROTECTIVE ORDER

COMES now plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned matter and, pursuant to LR. 7.1(B)(2), hereby opposes defendants' Town of Freetown ("Freetown"), Police Chief Carlton E. Abbott, Jr., Esquire ("Abbott") and Lieutenant Walter J. Sawicki ("Sawicki") (hereinafter collectively referred to as "Defendants") motion for a protective order to prevent Plaintiff from deposing certain individuals from testifying on the subject of the School Resource Officer grant application ("SRO Grant").[1]  As grounds therefore, Plaintiff relies on his memorandum of law, which is attached hereto.

REQUEST FOR ORAL ARGUMENT

Pursuant to LR. 7.1(D), Plaintiff requests a hearing on the foregoing motion.

---

[1] See Defendants' Memorandum In Support Of Their Motion For Protective Order, Exhibit 2; see also Plaintiff's Memorandum Of Law In Support Of Motion For Leave To Take Additional Depositions, Exhibits A and D-F.

                                            Respectfully Submitted by:

                                            JON M. TAYLOR

                                            By His Attorney

                                            <u>/s/ Howard Mark Fine, Esquire</u>
                                            Howard Mark Fine, Esquire
                                            86 Sherman Street
                                            Cambridge, MA  02140-3233
                                            BBO No. 554671
                                            (617) 868-9200

Dated: November 2, 2006