UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>                Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>                Defendants. | C.A. 03-12417-PBS |

## CERTIFICATE OF SERVICE

Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that the undersigned's affidavit and Exhibits A to I, which are attachments to Plaintiff's Memorandum Of Law In Support Of His Motion In Opposition To Defendants' Motion For Protective Order, were served by first class mail, postage prepaid, to the following counsel:

Attorney David C. Jenkins
Attorney Joseph S. Fair
Kopelman & Paige, PC
101 Arch Street
Boston, MA 02110

Attorney Austin M. Joyce
REARDON, JOYCE AND AKERSON, P.C.
397 Grove Street
Worcester, Massachusetts 01605

Respectfully Submitted by:

JON M. TAYLOR

By His Attorney

*[signature]*
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA 02140-3233
BBO No. 554671
(617) 868-9200

Dated: November 2, 2006