UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JON M. TAYLOR,<br>      Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>      Defendants. | C.A. 03-12417-PBS |

PLAINTIFF'S MOTION FOR LEAVE TO APPEND OPPOSITION
TO DEFENDANTS' MOTION FOR PROTECTIVE ORDER

COMES now plaintiff Jon M. Taylor ("Plaintiff"), and, with the assent of opposing counsel for defendants in the above-captioned matter, and, pursuant to LR. 7.1(B)(2), hereby seeks leave of court to amend his opposition to the motion for a protective order filed by the Town of Freetown ("Freetown"), Police Chief Carlton E. Abbott, Jr., Esquire ("Abbott") and Lieutenant Walter J. Sawicki ("Sawicki") (hereinafter collectively referred to as "Defendants").

1. On November 2, 2006, Plaintiff filed his opposition to Defendants' motion to prevent the former from discovery facts relating to another alleged instance of police corruption involving Abbott.

2. On November 9, 2006, the Honorable Patti B. Saris referred this discovery dispute to Magistrate Judge Joyce London Alexander.

3. In the opposition, the undersigned counsel makes reference to Defendants'

deposition of Marc Rouke, which was taken on the last day of discovery; that is, October 31, 2006. Specifically, the following representation was made on behalf of Plaintiff:

> Absent any objections by opposing counsel, Rouke, when examined by Plaintiff's attorney, testified *inter alia* that Laronda provided him with various SRO Grant documents and did so because he was apparently concerned about the grant's propriety and believed that the other Selectmen would oppose his efforts to investigate the matter. See Opposition at pp. 3-4.

4. Specifically, the undersigned counsel seeks to amend his opposition to include Exhibit J which contains relevant excerpts from Mr. Rouke's deposition in support of the above representation.

5. At the time Plaintiff's opposition was filed, the undersigned counsel had not received Mr. Rouke's deposition transcript.

6. No prejudice would ensue to the parties were this motion allowed, particularly where this contested motion is pending.

WHEREFORE, for reasons set forth above, it is hereby requested that this Honorable Court grant Plaintiff the requested leave.

## REQUEST FOR ORAL ARGUMENT

Pursuant to LR. 7.1(D), Plaintiff requests a hearing on the pending opposition to Defendants' motion.

                    Respectfully Submitted by:

                    JON M. TAYLOR

                    By His Attorney

                    <u>/s/ Howard Mark Fine, Esquire</u>
                    Howard Mark Fine, Esquire
                    86 Sherman Street
                    Cambridge, MA  02140-3233
                    BBO No. 554671
                    (617) 868-9200

Dated: November 10, 2006