UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____

JON M. TAYLOR,                                )
                                              )
                              Plaintiff,      )
                                              )
        v.                                    )
                                              )
TOWN OF FREETOWN,                             )
                                              )
CARLTON E. ABBOTT, Jr., ESQ.,                 )                C.A. 03-12417-PBS
Individually and as Chief of the Freetown     )
Police Department, and                        )
                                              )
WALTER J. SAWICKI,                            )
Individually and as Lieutenant of the         )
Freetown Police Department                    )
                              Defendants.      )
_____)

## COUNSEL'S LR. 26.2(C) AND 37.1 CERTIFICATION

        COMES now Howard Mark Fine, Esquire, for plaintiff Jon M. Taylor in the above-
captioned matter, and hereby certifies that reasonable and good faith efforts were made to reach
agreement with opposing counsel on matters set forth in the aforementioned motion.  Counsel
certifies that by e-mail messages were exchanged with opposing counsel on November 10, 2006.
Telephone conferences were initiated by Counsel on October 23rd, 24th, and 25th of 2006.  Counsel
further certifies that opposing counsel, at 3:42 p.m. on November 10, 2006, assent to Plaintiff's
motion to append his opposition to Defendants' pending motion for a protective order.

                              Respectfully Submitted by:

                              JON M. TAYLOR

                              By His Attorney

                              /s/ Howard Mark Fine, Esquire
                              Howard Mark Fine, Esquire
                              86 Sherman Street
                              Cambridge, MA  02140-3233
                              BBO No. 554671
                              (617) 868-9200

Dated: November 10, 2006

<u>**CERTIFICATE OF SERVICE**</u>

Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that the aforementioned Plaintiff's Motion For Leave To Append Opposition To Defendants' Motion For Protective Order were served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Respectfully Submitted by:

JON M. TAYLOR

By His Attorney

<u>/s/ Howard Mark Fine, Esquire</u>
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: October 25, 2006