UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                            )
JON M. TAYLOR,                              )
                         Plaintiff,         )
                                            )
        v.                                  )
                                            )
TOWN OF FREETOWN,                           )
                                            )
CARLTON E. ABBOTT, Jr., ESQ.,               )     C.A. 03-12417-PBS
Individually and as Chief of the Freetown   )
Police Department, and                      )
                                            )
WALTER J. SAWICKI,                          )
Individually and as Lieutenant of the       )
Freetown Police Department                  )
                         Defendants.        )
_____)

PLAINTIFF'S LEAVE TO FILE APPENDED OPPOSITION
GRANTED ON NOVEMBER 13, 2006

COMES now plaintiff and, in accordance with Magistrate Judge Joyce London Alexander's November 13, 2006 order granting your movant leave to append his opposition to defendants' motion for protective order, hereby files Exhibit J and Counsel's affidavit authenticating same.

        Respectfully Submitted by:

        JON M. TAYLOR

        By His Attorney

        <u>/s/ Howard Mark Fine, Esquire</u>
        Howard Mark Fine, Esquire
        86 Sherman Street
        Cambridge, MA  02140-3233
        BBO No. 554671
        (617) 868-9200

Dated: November 14, 2006