UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                    )
JON M. TAYLOR,                      )
                    Plaintiff,      )
                                    )
        v.                          )
                                    )
TOWN OF FREETOWN,                   )
                                    )
CARLTON E. ABBOTT, Jr., ESQ.,       )           C.A. 03-12417-PBS
Individually and as Chief of the Freetown )
Police Department, and              )
                                    )
WALTER J. SAWICKI,                  )
Individually and as Lieutenant of the )
Freetown Police Department          )
                    Defendants.     )
_____)

## SECOND AFFIDAVIT OF HOWARD MARK FINE, ESQUIRE (REVISED)

I, Howard Mark Fine, Esquire, being duly sworn, hereby affirm the following:

1. Since December 18, 1989, I have been a licensed attorney and member in good standing of the Massachusetts Bar, the United States District Court for the District of Massachusetts, and the United States Court of Appeals for the First Circuit.

2. I am counsel of record for Jon M. Taylor, the plaintiff in the above-captioned matter.

3. Exhibit J, which is attached hereto and by reference incorporated herein, is, based on information and belief, a true and accurate copy of excerpts of Marc Rouke's deposition transcript, which is offered in further support of Plaintiff's Memorandum Of Law In Support Of His Opposition To Defendants' Motion For Protective Order.

4. On November 13, 2006, the Honorable Magistrate Judge Joyce London Alexander granted the plaintiff leave to file additional documentation in support of Plaintiff's Motion For Leave To Append Opposition To Defendants' Motion For Protective Order.

5.     On November 13, 2006, Magistrate Judge Alexander denied Defendants' Motion For Protective Order.

6.     The herein affidavit and Exhibit J attached hereto are filed in compliance with Magistrate Judge Alexander's order.

Signed under the pains and penalties of perjury this 14th day of November, 2006, on behalf of:

Respectfully Submitted By:

JON M. TAYLOR

By His Attorney

/s/ Howard Mark Fine, Esquire
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200