UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

_____
                                        )
JON M. TAYLOR,                          )
                    Plaintiff,          )
                                        )
        v.                              )
                                        )
TOWN OF FREETOWN,                       )
                                        )
CARLTON E. ABBOTT, Jr., ESQ.,           )    C.A. 03-12417-PBS
Individually and as Chief of the Freetown )
Police Department, and                  )
                                        )
WALTER J. SAWICKI,                      )
Individually and as Lieutenant of the   )
Freetown Police Department              )
                    Defendants.         )
_____)

**CERTIFICATE OF SERVICE**

      Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that, in accordance with the Honorable Magistrate Judge Joyce London Alexander's order of November 13, 2006, Plaintiff's Exhibit J and Second Affidavit of Howard Mark Fine, Esquire (revised) were served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

                                                           Respectfully Submitted by:

                                                           JON M. TAYLOR

                                                          By His Attorney

                                                          <u>/s/ Howard Mark Fine, Esquire</u>
                                                           Howard Mark Fine, Esquire
                                                           86 Sherman Street
                                                           Cambridge, MA  02140-3233
                                                           BBO No. 554671
                                                           (617) 868-9200

Dated: November 14, 2006