UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  | ) |  |
|---|---|---|
| JON M. TAYLOR, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| TOWN OF FREETOWN, | ) | |
| | ) | |
| CARLTON E. ABBOTT, Jr., ESQ., | ) | C.A. 03-12417-PBS |
| Individually and as Chief of the Freetown | ) | |
| Police Department, and | ) | |
| | ) | |
| WALTER J. SAWICKI, | ) | |
| Individually and as Lieutenant of the | ) | |
| Freetown Police Department | ) | |
| Defendants. | ) | |
|  | ) | |

PLAINTIFF'S LEAVE TO FILE APPENDED OPPOSITION
GRANTED ON NOVEMBER 13, 2006

COMES now plaintiff and, in accordance with Magistrate Judge Joyce London

Alexander's November 13, 2006 order granting your movant leave to append his opposition to

defendants' motion for protective order, hereby files Exhibit J and Counsel's affidavit

authenticating same.

Respectfully Submitted by:


JON M. TAYLOR


By His Attorney



/s/ Howard Mark Fine, Esquire
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: November 14, 2006