UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>　　　　　　Plaintiff,<br><br>　v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>　　　　　　Defendants. | C.A. 03-12417-PBS |

## CERTIFICATE OF SERVICE

　　　　Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that, in accordance with the Honorable Magistrate Judge Joyce London Alexander's order of November 13, 2006, Plaintiff's Exhibit J and Second Affidavit of Howard Mark Fine, Esquire (revised) were served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

　　　　　　　　　　　　　　　　　　　　　Respectfully Submitted by:

　　　　　　　　　　　　　　　　　　　　　JON M. TAYLOR

　　　　　　　　　　　　　　　　　　　　　By His Attorney


　　　　　　　　　　　　　　　　　　　　　/s/ Howard Mark Fine, Esquire
　　　　　　　　　　　　　　　　　　　　　Howard Mark Fine, Esquire
　　　　　　　　　　　　　　　　　　　　　86 Sherman Street
　　　　　　　　　　　　　　　　　　　　　Cambridge, MA  02140-3233
　　　　　　　　　　　　　　　　　　　　　BBO No. 554671
　　　　　　　　　　　　　　　　　　　　　(617) 868-9200

Dated: November 14, 2006