UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

|  |  |
|---|---|
| JON M. TAYLOR,<br><br>      Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>      Defendants. | AFFIDAVIT OF JOSEPH S. FAIR |

Now comes the undersigned and hereby deposes and states as follows:

1. My name is Joseph S. Fair.  I am counsel to the defendants in the above-captioned matter.

2. I attended the deposition of the Plaintiff in this matter.  Attached hereto are true and accurate copies of the excerpts from the transcript of Plaintiff's testimony that are cited in Defendants' Memorandum In Support Of Their Motion For Summary Judgment.

3. I attended the deposition of Diane Saunders in this matter.  Attached hereto are true and accurate copies of the excerpts from the transcript of Ms. Saunders testimony that are cited in Defendants' Memorandum In Support Of Their Motion For Summary Judgment.

Signed under the pains and penalties of perjury this 15th day of November 2006.

/s/ Joseph S. Fair
Joseph S. Fair