UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

*************************************
                                    *
JON M. TAYLOR,                      *
            Plaintiff               *
                                    *   CIVIL ACTION
            VS                      *   NO. 03-12417-PBS
                                    *
TOWN OF FREETOWN, CARLTON E.        *
ABBOTT, JR., ESQ.,                  *
INDIVIDUALLY AND AS CHIEF OF        *
THE FREETOWN POLICE                 *
DEPARTMENT, and WALTER J.           *
SAWICKI, INDIVIDUALLY, AND          *
AS LIEUTENANT OF THE                *
FREETOWN POLICE DEPARTMENT,         *
            Defendants              *
                                    *
*************************************

         DEPOSITION OF DIANE MARIE SAUNDERS, taken on behalf of the defendant pursuant to the Massachusetts Rules of Civil Procedure before Kathleen M. Benoit, CSR # 1368F94, Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts at the offices of Kopelman and Paige, 101 Arch Street, Boston, Massachusetts, on Thursday, October 26, 2006, commencing at 1:02 p.m.


APPEARANCES:

HOWARD MARK FINE, ESQ., 86 Sherman Street, Cambridge, MA 02140-3233, For the plaintiff

JOSEPH S. FAIR, ESQ., Kopelman and Paige, P.C., 101 Arch Street, 12th Floor, Boston, MA 02110, For the defendant

ALSO PRESENT:

Jon Taylor, Carlton Abbott and Walter Sawicki

*Leavitt Reporting, Inc.*

1207 Commercial Street, Rear
Weymouth, MA 02189

Tel. 781-335-6791
Fax: 781-335-7911
leavittreporting@att.net

Hearings ◆ Conferences ◆ Legal Proceedings

1    Q.   As well his wife, correct?

2    A.   Yes.

3    Q.   Do you consider her a friend as well I should say?

4    A.   Yes.

5    Q.   Did you ever have any conversations with Lieutenant
6    Sawicki about Jon Taylor?

7    A.   No, I don't believe so.

8    Q.   Have you ever been present when Lieutenant Sawicki
9    was speaking to anyone else about Mr. Taylor?

10   A.   No, not that I can recall.

11   Q.   Did you ever -- so to the best of your recollection
12   you don't recall ever being present when Lieutenant Sawicki
13   was speaking to anyone else about Mr. Taylor?

14   A.   No.

15   Q.   Did you ever overhear Lieutenant Sawicki speaking
16   to others about Officer Taylor?

17   A.   No.

18           MR. FINE:  Objection.  Is there a particular
19   time frame, Counselor?

20           MR. FAIR:  Ever.

21           MR. FINE:  Objection.

22   Q.   And to the best of your knowledge then you've never
23   heard Lieutenant Sawicki speaking to any employees of the

20

1  Bristol County District Attorney's Office speaking about
2  Officer Taylor, correct?
3      A.  No, I didn't.
4          MR. FINE:  Objection.
5      Q.  On any subject, is that fair to say?
6      A.  Yes.
7      Q.  Did you ever tell Mr. Taylor that you had overheard
8  Lieutenant Sawicki discussing him with other members of the
9  District Attorney's Office?
10     A.  Not that I can recall.
11     Q.  Did you ever have any conversations that you can
12 recall with Officer Taylor about Lieutenant Sawicki?
13     A.  Not that I can recall.
14     Q.  Did you ever have any conversations with Mr. Taylor
15 about his lawsuit in this matter?
16     A.  Yes.
17     Q.  When did you speak to him about his lawsuit?
18     A.  I don't remember.
19     Q.  Approximately?
20     A.  A couple of years ago.
21     Q.  And do you recall what he said?
22     A.  I do not.
23     Q.  What do you remember about the conversation?

1    A.   Because we, he doesn't want to be involved in this,
2    the same thing, oh, no, we have to take a day off from
3    work; just trying to prepare ourselves to come here today.
4    Q.   Did you have any conversations at all with Attorney
5    Fair prior to today?
6    A.   Yes.
7    Q.   When did you speak to Attorney Fair?
8    A.   I believe last Monday. Well, I had called Friday
9    to find out because the date had changed so I wanted to
10   verify that.
11   Q.   Did you speak about anything else?
12   A.   No.
13   Q.   Did you ever speak to Lieutenant Sawicki relative
14   to the subpoena?
15   A.   No.
16   Q.   Did you ever overhear Lieutenant Sawicki saying to
17   yourself or to anybody in your presence that he believed
18   that my client was faking a work-related injury?
19            MR. FAIR:   Objection.
20   A.   No.
21   Q.   Do you know if my client ever suffered a
22   work-related injury?
23   A.   Yes.

1    A.   I'm not certain, no.  I'm only certain it was
2  December.
3    Q.   Why are you certain it was December?
4    A.   Because on the way home I stopped off at the
5  Swansea Mall to buy Christmas gifts.  I went the long way
6  through Dighton.
7    Q.   And do you recall who you were filling in for?
8    A.   No.
9    Q.   Do you recall who sent you over to Attleboro?
10   A.   Who sent me over to Attleboro.  Someone from the
11 main office.
12   Q.   When you say main office --
13   A.   Main office being New Bedford.
14   Q.   The District Attorney's Office?
15   A.   Yes.
16        MR. FINE:  Can we just go off the record.
17        (Discussion held off the record.)
18   Q.   Have you, since you've been working at the District
19 Attorney's Office, did you ever hear any conversation in
20 which my client was accused of faking a work-related
21 injury?
22   A.   No, I did not.
23   Q.   Do you think my client faked a work-related injury?