UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' RULE 7.1 <u>CERTIFICATION</u> |

In accordance with Local Rule 7.1, counsel for Defendants in the above-captioned matter hereby certifies that he telephoned opposing counsel on November 15, 2006 and the parties attempted, in good faith, to resolve or narrow the issues raised in Defendants' Motion For Summary Judgment, but were unable to do so. When conferred with regarding Defendants' Motion For Permission To Exceed The Supporting Memorandum Page Limit, counsel for Plaintiff stated that he did not have any opposition to same.

DEFENDANTS,

By their attorneys,

<u>/s/ Joseph S. Fair</u>
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
Dated: November 15, 2006        (617) 556-0007

298787/60700/0503