UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' MOTION FOR PERMISSION TO EXCEED SUPPORTING MEMORANDUM PAGE LIMITATION |

      Now come Defendants and respectfully move for permission to exceed the twenty (20) page supporting memorandum page limitation under Local Rule 7.1(B). As grounds for this motion, Defendants submit as follows:

1. The Complaint in this matter names the Town of Freetown, Carlton Abbott, Jr. and Walter Sawicki as defendants.

2. Plaintiff has alleged a total of seven (7) counts against Defendants.

3. In lieu of filing separate memoranda for each named defendant, Defendants have filed a consolidated motion that treats with all of the Defendants' collective and individual arguments so as to economize the summary judgment process, limit the total number of filings with the Court and to facilitate a more efficient review of this matter.

4. As a result of the foregoing, Defendants memorandum in support of their motion for summary judgment exceeds the twenty (20) page limitation under Rule 7.1(B).

5.  Defendants submit that the allowance of the instant motion will not prejudice Plaintiff and is in the interests of judicial economy and efficiency.

WHEREFORE, Defendants respectfully request that the Court grant them permission to exceed the Local Rule 7.1(B) page limitation and accept the summary judgment memorandum that is being filed herewith.

|  | DEFENDANTS, |
|---|---|
|  | By their attorneys, |
|  | /s/ David C. Jenkins |
|  | /s/ Joseph S. Fair |
|  | David C. Jenkins (BBO# 251000) |
|  | Joseph S. Fair (BBO#637818) |
|  | Kopelman and Paige, P.C. |
|  |  Town Counsel |
|  | 101 Arch Street, 12th Floor |
|  | Boston, MA 02110 |
| Dated:  November 15, 2006 | (617) 556-0007 |

Certificate of Service

This is to certify that on the date subscribed below I caused a copy of the foregoing motion to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated:  November 15, 2006                                         /s/ Joseph S. Fair

298788/60700/0503