UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>　　　Defendants. | DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

　　　Now come Defendants, pursuant to F.R.C.P. 56(b), and hereby move this Honorable Court for entry of summary judgment in their favor as to all claims set forth against them in Plaintiff's Complaint. As grounds therefor, Defendants state that there are no material facts in dispute and that they are entitled to judgment in their favor as a matter of law. As further support, Defendants rely upon their supporting Memorandum of Law and Statement of Material Facts Not in Dispute filed herewith.

　　　WHEREFORE, Defendants respectfully request that the within motion be allowed and that judgment enter in their favor.

### REQUEST FOR HEARING

　　　Defendants respectfully request a hearing on the instant motion.

DEFENDANTS

By their attorneys,

/s/David C. Jenkins

/s/Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
  Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02116
Dated: November 15, 2006                (617) 556-0007

<u>Certificate of Service</u>

    This is to certify that on the date subscribed below I caused a copy of Defendants' Motion For Summary Judgment to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated: November 15, 2006                /s/ Joseph S. Fair

298277/60700/0503