UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br>    Defendants. | EXHIBITS 1 – 45 TO DEFENDANTS' STATEMENT OF MATERIAL FACTS TO WHICH THERE IS NO GENUINE ISSUE PURSUANT TO <u>LOCAL RULE 56.1</u> |

Exhibits 1 - 45 to Defendants' Statement of Material Facts To Which There Is No Genuine Issue Pursuant to Local Rule 56.1 is to be hand delivered to the Court on November 16, 2006.

DEFENDANTS,

By their attorneys,

<u>/s/David C. Jenkins</u>

<u>/s/Joseph S. Fair</u>
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO# 637818)
Kopelman and Paige, P.C.
 Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02116
(617) 556-0007

Dated:  <u>November 15, 2006</u>

CERTIFICATE OF SERVICE

I, Joseph S. Fair, certify that the above document will be served upon any party or counsel of record who is not a registered participant of the Court's ECF system, upon notification by the Court of those individuals who will not be served electronically. <u>/s/Joseph S. Fair</u>
298734/Metg/0503