UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>                Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>                Defendants. | C.A. 03-12417-PBS |

**PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO FILE
AN OPPOSITION MEMORANDUM TO DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT**

COMES now counsel for Jon M. Taylor, the plaintiff in the above-captioned matter ("Plaintiff"), and respectfully moves this Honorable Court to grant your movant until December 6, 2006, to file his opposition to summary judgment filed by opposing counsel, pursuant to LR 56.1. As grounds therefore, the following is stated:

1. Under the current scheduling order, motions for summary judgment and any opposition thereto are to be filed by November 15, 2006 and November 30, 2006, respectively.

2. Nearing the close of business on November 15, 2006, Attorney Joseph S. Fair, as counsel for defendants Town of Freetown, Carlton E. Abbott, Jr., Esq., and Walter J. Sawicki (collectively hereinafter referred to as "Defendants"), sought and obtained the undersigned's assent to file a supporting memorandum of law in excess of twenty pages pursuant to LR

7.1(B)(4). On November 16, 2006, the Honorable Patti B. Saris granted the motion.

3. On November 15, 2006, at approximately 5:30 p.m., Defendants electronically filed its summary judgment papers – excluding exhibits.

4. Defendants' memorandum in support of summary judgment is thirty-one pages and based, in part, on a twenty-five page affidavit provided by defendant Abbott.

5. On November 17, 2006, the undersigned counsel received Defendants' exhibits, which were forwarded by ordinary first class mail.

6. In the course of discovery, the parties deposed thirteen witnesses; and depositions of each party resulted in multiple volumes of transcripts. In addition, the combined total of documents produced in this litigation consists of several thousand pages.

7. Presently, oral argument on this motion is scheduled for December 13, 2006, at 2:00 p.m.

8. Prior to discovery, Defendants, on February 11, 2005, were granted leave for extension of time to file its second dispositive motion.

9. Due to the voluminous summary judgment record and number of documents generated as a result of discovery, in addition to the Thanksgiving holiday, Plaintiff's counsel requires additional time to respond properly to Defendants' extensive summary judgment motion.

10. Defendants' counsel takes no position on the instant motion.

11. No prejudice would inure to Defendants were this Honorable Court to grant Plaintiff a short leave to respond to the pending motion.

12. Finally, granting this motion would not require the Court to reschedule oral argument on December 13th.

WHEREFORE, for reasons above, and for reasons of fairness and equity, Plaintiff, by and

through his counsel, requests that he be granted until the close of business on December 6, 2006, to file opposition papers to Defendants' motion for summary judgment.

                                                Respectfully Submitted by:

                                                JON M. TAYLOR

                                                By His Attorney

                                                /s/ Howard Mark Fine, Esquire
                                                Howard Mark Fine, Esquire
                                                86 Sherman Street
                                                Cambridge, MA  02140-3233
                                                BBO No. 554671
                                                (617) 868-9200

Dated: November 27, 2006

## LR7.1(A)(2) RULE CERTIFICATION OF COUNSEL

     In accordance with LR 7.1(A)(2), the undersigned counsel hereby certifies that on the morning of November 27, 2006, I conferred with Attorney David C. Jenkins, lead counsel for Defendants, who represented that defendants take no position on the foregoing motion.

                                                /s/ Howard Mark Fine, Esquire
                                                Howard Mark Fine, Esquire
                                                86 Sherman Street
                                                Cambridge, MA  02140-3233
                                                BBO No. 554671
                                                (617) 868-9200

Dated: November 27, 2006

**CERTIFICATE OF SERVICE**

      I, Howard Mark Fine, counsel for the plaintiff in the above-captioned matter, hereby swear and affirm that I have caused a copy of the foregoing motion to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said documents.

      /s/ Howard Mark Fine, Esquire
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: November 27, 2006