UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR, <br>                   Plaintiff, <br>    v. <br> TOWN OF FREETOWN, <br> CARLTON E. ABBOTT, Jr., ESQ., <br> Individually and as Chief of the Freetown <br> Police Department, and <br> WALTER J. SAWICKI, <br> Individually and as Lieutenant of the <br> Freetown Police Department <br>                   Defendants | C.A. 03-12417-PBS |

**PLAINTIFF'S MOTION FOR IMPOUNDMENT**

NOW comes plaintiff Jon M. Taylor in the above-captioned matter and, pursuant to LR 7.2(a), seeks to impound his summary judgment pleadings and supporting documents in opposition to summary judgment.

As grounds therefore, your movant states that contained within these documents and transcripts is confidential information that is protected by the Honorable Patti B. Saris' order issued on May 26, 2006. Plaintiff respectfully requests that good cause exists to allow him to hand-file these and related materials as part of his summary judgment papers, given their nature. Further, Plaintiff states that no harm or prejudice would inure to the parties if this Honorable Court were to seal either part of or the entire the summary judgment record until after the court has ruled on defendants' pending

motion.  Oral argument on summary judgment is scheduled for argument on December 13, 2006 at 2:00 p.m.

                                              Respectfully Submitted By:

                                              JON M. TAYLOR

                                              By His Attorney

                                              /s/ Howard Mark Fine, Esquire
                                              Howard Mark Fine, Esquire
                                              86 Sherman Street
                                              Cambridge, MA  02140-3233
                                              BBO No. 554671
                                              (617) 868-9200

Dated: November 29, 2006

## LR7.1(A)(2) RULE CERTIFICATION OF COUNSEL

      In accordance with LR 7.1(A)(2), the undersigned counsel hereby certifies that on the morning of November 27, 2006, I conferred by telephone with Attorney David C. Jenkins, lead counsel for Defendants, who represented that defendants assent to having the summary judgment record sealed.

                                              /s/ Howard Mark Fine, Esquire
                                              Howard Mark Fine, Esquire
                                              86 Sherman Street
                                              Cambridge, MA  02140-3233
                                              BBO No. 554671
                                              (617) 868-9200

Dated: November 29, 2006

**CERTIFICATE OF SERVICE**

      I, Howard Mark Fine, counsel for the plaintiff in the above-captioned matter, hereby swear and affirm that I have caused a copy of the foregoing motion to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said documents.

      /s/ Howard Mark Fine, Esquire
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: November 29, 2006