**PCS**
PSYCHOLOGICAL
CONSULTING
SERVICES
INCORPORATED

ONE SALEM GREEN
SALEM, MA 01970

978 740-3100
FAX 978-740-5656

WWW.PCSFORENSIC.COM

E-MAIL:
INFO@PCSFORENSIC.COM

ROBERT H. JOSS, PH.D.
FREDERIC KRELL, PH.D.
MARK S. SCHAEFER, PH.D.
IRISTINE SCHNYDER PIERCE, PH.D.

AND ASSOCIATES

September 14, 2006



Attorney Joseph Fair
Kopelman & Paige, P.C.
101 Arch St. 12th Floor
Boston, MA. 02110

Dear Atty. Fair:

Enclosed is a copy of my c.v. and the answers to the questions you requested.

D. I have been doing pre-employment screening of police and fire candidates for over twenty years. Currently, I work with Lynn Police and Fire, Watertown Police and Fire, Randolph Police and Fire, Framingham P.D., Cambridge F.D., and several other towns. Over the past ten years, I have worked with a number of police and fire departments doing fitness-for-duty evaluations. I do not have any publications.

E. I will bill at the rate of $200 per hour for all my activities connected with this case.

F. In the past four years, I have testified in a number of capacities. Currently, I am a Qualified Examiner, doing evaluations of Sexually Dangerous Persons. In that capacity, I have testified approximately 75 times in the past four years. Also, as a Guardian *ad Litem*, I have testified on two occasions in the past four years. As a court clinician, up until 2004, I testified multiple times per week on matters of competency and criminal responsibility, as well as civil commitments. Finally, I am scheduled to testify in late September before the civil service board on my evaluation/screening of several entry-level candidates to the Boston Police Department.

If you have any questions, please give me a call.

Respectfully,

Mark Schaefer, Ph.D.
Licensed Psychologist

SPECIALIZING IN
FORENSIC, MEDIATION
AND CLINICAL SERVICES

# MARK S. SCHAEFER, PH.D.

Psychological Consulting Services, Inc.
One Salem Green, Suite 501
Salem, MA  01970

Tel (978) 740-3100                                          Fax  (978) 740-5656
    (617) 964-1918
e-mail:  info@pcsforensic.com                           www.pcsforensic.com

---

## PROFESSIONAL EXPERIENCE

### CURRENT FORENSIC AND CLINICAL PRACTICE

Psychological Consulting Services, Inc., Salem, MA – Partner in forensic practice providing psychological assessments in a wide variety of forensic areas including: appointment as *Guardian ad litem* on issues of child custody, parental fitness and visitation, Qualified Examiner to evaluate Sexually Dangerous Persons, pre-employment screening of police officers and firefighters, consultations to public safety departments, schools, and corporations on employee and student psychological fitness to return-to-work.  Also provide diagnostic evaluations for several Employee Assistance Programs and Independent Medical Exams.  (1999 to present)

Private Practice, Quincy, MA & Newton MA - Specialities include individual treatment of children, adolescents and adults, marital and family therapy and psychological testing.  (1978 to present)

Supervising Designated Forensic Psychologist, Middlesex County, MA
Duties include performing court-ordered statutory evaluations in both criminal and civil cases, consultation to court personnel, supervision of candidates for position of Designated Forensic Psychologist and Psychiatrist.  (1994 to present)

### PRIOR FORENSIC AND CLINICAL PRACTICE

Malden, Lynn and Gloucester District Adult Court Clinics – Court psychologist providing same-day and extensive outpatient evaluations in criminal and civil matters, including competency to stand trial, criminal responsibility, aid-in-sentencing and civil commitment evaluations.  (1987 to Jan. 2006)

<u>Chief Psychologist, Coastal Community Counseling Ctr., Braintree, MA.</u>
Primary administrative responsibility was to direct the APA-approved pre-doctoral internship program in clinical psychology. Clinical duties included providing family and marital therapy, individual therapy with children, adolescents and adults, psychological testing, and supervision of staff and students. Additional duties included development of an Employee Assistance Program, forensic evaluations, pre-employment screening of police officers, consultant to the Sexual Abuse Unit. (1978 – 1987)

<u>Clinical Psychologist, Dept. of Child Psychiatry, Tufts New England Medical Center Hospital, Boston,</u> MA - Responsibilities included school consultation and direct service within Boston Public Schools, supervision of psychology interns and psychiatric residents. Also provided individual, group and family therapy at the medical center and clinic in South Boston. (1976 – 1979)

<u>Psychology Intern, Convalescent Hospital for Children, Rochester, N.Y.</u>
(APA-Approved program.) - Duties included provision of full range of diagnostic and treatment services to the child inpatient and outpatient populations as well as school consultation. (1974 – 1975)

## TEACHING EXPERIENCE

1977-1979  Instructor in Psychiatry, Tufts Medical School
1979-1980  Lecturer in Psychology, Boston College
1985-1986  Instructor in Psychiatry, Harvard Medical School

## EDUCATION

1972    A.B. Columbia University, New York, NY
1976    Ph.D. Clinical Psychology, Washington University, St. Louis, MO.

## WORKSHOP PRESENTATIONS

A systems analysis of a consultation to an inner-city school utilizing both direct and indirect service. American Association of Psychiatric Services to Children, Atlanta, GA. 1978

Intern selection and catchment area demographics. American Psychological Association, Los Angeles, California. 1981

Cooperation versus competition in two CMHC-based Employee Assistance Programs. National Council of Community Mental Health Centers, Las Vegas, Nev. 1986.

## LICENSURE, CERTIFICATIONS, MEMBERSHIPS

Member, American Psychological Association
Member, Massachusetts Psychological Association
Member, National Register of Providers in Psychology
Licensed Psychologist (#1977), Commonwealth of Massachusetts
Designated Forensic Psychologist, Commonwealth of Massachusetts
Forensic Mental Health Supervisor, Commonwealth of Massachusetts
Qualified Examiner (Sexually Dangerous Persons), Commonwealth of Massachusetts
Member, Association for the Treatment of Sexual Abusers