UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE
2006 DEC -6  P 4: 08
U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JON M. TAYLOR, <br>              Plaintiff, <br><br> v. <br><br> TOWN OF FREETOWN, <br><br> CARLTON E. ABBOTT, Jr., ESQ., <br> Individually and as Chief of the Freetown <br> Police Department, and <br><br> WALTER J. SAWICKI, <br> Individually and as Lieutenant of the <br> Freetown Police Department <br>              Defendants. | C.A. 03-12417-PBS |

### CERTIFICATE OF SERVICE

Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that copies of the documents below were served by United States Postal Service, postage prepaid, to the following counsel: Attorney David C. Jenkins and Attorney Joseph S. Fair, Kopelman & Paige, PC, 101 Arch Street, Boston, MA 02110; and Attorney Austin M. Joyce, REARDON, JOYCE AND AKERSON, P.C., 397 Grove Street, Worcester, Massachusetts 01605.

1. Plaintiff's Motion In Opposition To Defendants' Motion For Summary Judgment;
2. Plaintiff's LR 56.1 Statement Of Disputed And Undisputed Material Facts In Support Of Opposition To Defendants' Motion For Summary Judgment;
3. Plaintiff's Memorandum Of Law In Support Of His Opposition To Defendants' Motion For Summary Judgment;
4. Plaintiff's Exhibits In Support Of Opposition To Defendants' Motion For Summary Judgment (Volumes I and II);
5. Deposition Transcripts In Support Of Plaintiff's Opposition To Defendants' Motion For Summary Judgment (Volumes I and II);
6. Affidavit Of Howard Mark Fine, Esquire;
7. Affidavit Of Jon M. Taylor;
8. Affidavit Of Jennifer L. Taylor;
9. Affidavit Of Terrance Christiansen; and
10. Counsel's Certificate of Service.

Respectfully Submitted by:

JON M. TAYLOR

By His Attorney

*[signature]*

Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: December 6, 2006