UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR, <br>      Plaintiff, <br><br> v. <br><br> TOWN OF FREETOWN, <br><br> CARLTON E. ABBOTT, Jr., ESQ., <br> Individually and as Chief of the Freetown <br> Police Department, and <br><br> WALTER J. SAWICKI, <br> Individually and as Lieutenant of the <br> Freetown Police Department <br>      Defendants. | C.A. 03-12417-PBS |

## COUNSEL'S LR 7(A)(2) CERTIFICATION

  COMES now Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned matter, and hereby certifies that a reasonable and good faith effort was made by the undersigned counsel to reach agreement with opposing counsel to seek defendants' assent to plaintiff's motion to supplement his summary judgment record. Plaintiff further certifies that, by electronic means, Plaintiff communicated with defense counsel Attorney Joseph S. Fair on December 8, 2006 and December 11, 2006.

            Respectfully Submitted By:

            JON M. TAYLOR

            By His Attorney

            /s/ Howard Mark Fine
            Howard Mark Fine, Esquire
            86 Sherman Street
            Cambridge, MA 02140-3233
            BBO No. 554671
            (617) 868-9200

Dated: December 12, 2006