UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>　　　　　　Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>　　　　　　Defendants. | C.A. 03-12417-PBS |

### PLAINTIFF'S MOTION FOR LEAVE TO FILE
### THIRD AMENDED COMNPLAINT

COMES now plaintiff Jon M. Taylor in the above-captioned matter and hereby moves this Honorable Court, pursuant to Fed.R.Civ.P. 15(a) and (d), to further amend and supplement his original complaint, a copy of which is attached hereto and by reference incorporated herein as Exhibit 1.

As grounds therefore, your movant states that amending the complaint is justified in order to correct scrivener and typographical errors and to reflect this Honorable Court February 16, 2006 ruling on defendants' dispositive motion, in which Judge Patti B. Saris dismissed plaintiff's Massachusetts Civil Rights Act claim (count IV) seconded amended complaint and dismissed defendant Carlton E. Abbott, Jr., Esquire from plaintiff's defamation claim (count VI [sic]). In addition, your movant seeks to supplement his pleadings to include transactions, occurrences and/or events that have occurred

subsequent to the initial pleadings, investigated during the course of discovery[1] and relate to the remaining claims in this litigation. In further support of motion, plaintiff relies on his memorandum of law, which is attached herewith.

### "REQUEST FOR ORAL ARGUMENT"

Pursuant to LR 7.1(D), plaintiff requests a hearing on the herein motion.

WHEREFORE, for reasons stated above, justice and fairness require that all related matters be heard in one action, as expressly contemplated by Rule 15(d), and that the Court's allowance of the herein motion would cause no undue prejudice to the parties.

Respectfully submitted by:

Howard Mark Fine, Esquire
Counsel for Plaintiff Jon M. Taylor
86 Sherman Street
Cambridge, Massachusetts 02140-3233
B.B.O. No. 554671
617-868-9200

Dated: December 12, 2006

---

[1] Defendants have had full opportunity to investigate during formal discovery claims averred in Plaintiff's proposed amended complaint, except for Plaintiff's allegations of a promotional by-pass that occurred on or about December 7, 2006. See ¶54(f).