UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR, <br>                Plaintiff, <br><br> v. <br><br> TOWN OF FREETOWN, <br><br> CARLTON E. ABBOTT, Jr., ESQ., <br> Individually and as Chief of the Freetown <br> Police Department, and <br><br> WALTER J. SAWICKI, <br> Individually and as Lieutenant of the <br> Freetown Police Department <br>                Defendants. | C.A. 03-12417-PBS |

## AFFIDAVIT OF HOWARD MARK FINE, ESQUIRE

I, Howard Mark Fine, Esquire, herby swear and affirm that the following statements are true and accurate and to the best of my knowledge, information and belief.

1. I am an attorney in good standing and duly licensed to practice law in the federal and state courts of the Commonwealth of Massachusetts.

2. Exhibit 1 is a true and accurate copy of Plaintiff's proposed Third Amended Complaint, which is attached hereto and by reference incorporated in Plaintiff's Motion For Leave To File Third Amended Complaint.

Signed under the pains and penalties of perjury this 12th day of December, 2006, by:

                                                                Howard Mark Fine, Esquire