UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>    Defendants. | C.A. 03-12417-PBS |

## COUNSEL'S LR 7(A)(2) CERTIFICATION

  COMES now Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned matter, and hereby certifies that a reasonable and good faith effort was made by the undersigned counsel to reach agreement with opposing counsel to seek defendants' assent to plaintiff's motion to amend and supplement his complaint. Plaintiff further certifies that he conferred on November 27, 2006 with defense counsel David C. Jenkins, who respectfully declined to assent to the instant motion.

                Respectfully Submitted By:

                JON M. TAYLOR

                By His Attorney

                /s/ Howard Mark Fine
                Howard Mark Fine, Esquire
                86 Sherman Street
                Cambridge, MA  02140-3233
                BBO No. 554671
                (617) 868-9200

Dated: December 12, 2006