UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JON M. TAYLOR,<br>      Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>      Defendants. | C.A. 03-12417-PBS |

## CERTIFICATE OF SERVICE

  Now COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that copies of the documents below were electronically mailed as well as served by United States Postal Service, postage prepaid, to the following counsel on December 12, 2006: Attorney David C. Jenkins and Attorney Joseph S. Fair, Kopelman & Paige, PC, 101 Arch Street, Boston, MA  02110; and Attorney Austin M. Joyce, REARDON, JOYCE AND AKERSON, P.C., 397 Grove Street, Worcester, Massachusetts  01605.

1. Plaintiff's Motion For Leave To File Third Amended Complaint;
2. Plaintiff's Memorandum Of Law In Support Of Motion For Leave To File Third Amended Complaint;
3. Affidavit Of Howard Mark Fine, Esquire
4. Plaintiff's LR 7.1(A)(2) Certification; and
5. Counsel's Certificate Of Service.

Respectfully Submitted By:

JON M. TAYLOR

By His Attorney

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: December 12, 2006