UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE
2007 JAN -3 P 3:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JON M. TAYLOR,<br>  Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>  Defendants. | C.A. 03-12417-PBS |

## COUNSEL'S LR 7(A)(2) CERTIFICATION

COMES now Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor ("Plaintiff") in the above-captioned matter, and hereby certifies that a reasonable and good faith effort was made by the undersigned counsel, on January 3, 2007, to reach an agreement with opposing counsel to seek defendants' assent to plaintiff's motions to stay summary judgment and compel discovery.

Respectfully Submitted By:

JON M. TAYLOR

By His Attorney

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA 02140-3233
BBO No. 554671
(617) 868-9200

Dated: January 3, 2007