UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2007 JAN -3 P 3:53

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JON M. TAYLOR,<br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>    Defendants. | C.A. 03-12417-PBS |

### CERTIFICATE OF SERVICE

COMES now counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that copies of the documents below were served by United States Postal Service, postage prepaid, to the following counsel: Attorney David C. Jenkins and Attorney Joseph S. Fair, Kopelman & Paige, PC, 101 Arch Street, Boston, MA 02110; and Attorney Austin M. Joyce, REARDON, JOYCE AND AKERSON, P.C., 397 Grove Street, Worcester, Massachusetts 01605.

1. Plaintiff's Motion For Relief, Pursuant To Fed.R.Civ.P. 56(f);
2. Plaintiff's Motion To Compel Discovery;
3. Plaintiff's Memorandum Of Law In Support Of Motions To Stay Summary Judgment And Compel Discovery;
4. Affidavit Of Howard Mark Fine, Esquire; and
5. Counsel's LR 7(A)(2) Certification.

Respectfully Submitted by:

JON M. TAYLOR

By His Attorney

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: January 3, 2007