| | | |
|---|---|---|
| LEONARD KOPELMAN<br>DONALD G. PAIGE<br>ELIZABETH A. LANE<br>JOYCE FRANK<br>JOHN W. GIORGIO<br>JOEL B. BARD<br>JOSEPH L. TEHAN, JR.<br>THERESA M. DOWDY<br>DEBORAH A. ELIASON<br>RICHARD BOWEN<br>DAVID J. DONESKI<br>JUDITH C. CUTLER<br>KATHLEEN E. CONNOLLY<br>DAVID C. JENKINS<br>MARK R. REICH<br>BRIAN W. RILEY<br>DARREN R. KLEIN<br>JONATHAN M. SILVERSTEIN<br>ANNE-MARIE M. HYLAND<br>GEORGE X. PUCCI<br>WILLIAM HEWIG III<br>JEANNE S. McKNIGHT<br>LAUREN F. GOLDBERG<br>MICHELE E. RANDAZZO<br>ILANA M. QUIRK<br><br>JANET HETHERWICK PUMPHREY<br>DIRECTOR WESTERN OFFICE | **KOPELMAN AND PAIGE, P. C.**<br><br>ATTORNEYS AT LAW<br><br>101 ARCH STREET<br><br>BOSTON, MA 02110-1109<br><br>(617) 556-0007<br>FAX (617) 654-1735<br><br>LENOX OFFICE<br>(413) 637-4300<br><br>NORTHAMPTON OFFICE<br>(413) 585-8632<br><br>WORCESTER OFFICE<br>(508) 752-0203 | KATHLEEN M. O'DONNELL<br>PATRICIA A. CANTOR<br>THOMAS P. LANE, JR.<br>MARY L. GIORGIO<br>THOMAS W. McENANEY<br>KATHARINE I. DOYLE<br>JEFFREY A. HONIG<br>GREGG J. CORBO<br>RICHARD T. HOLLAND<br>ELIZABETH R. CORBO<br>KATHARINE LORD KLEIN<br>MARIA C. ROTA<br>VICKI S. MARSH<br>JOHN J. GOLDROSEN<br>SHIRIN EVERETT<br>JONATHAN D. EICHMAN<br>JOSEPH S. FAIR<br>LAURA H. PAWLE<br>CAROLYN M. MURRAY<br>JACKIE COWIN<br>JEFFREY T. BLAKE<br>BRIAN M. MASER<br>BRIAN J. WINNER<br>ROBERT H. McKERTICH<br>ANNE C. ROSENBERG<br>KATHERINE D. LAUGHMAN<br>JEFFERY D. UGINO<br>MATTHEW R. KIROUAC<br>MICHAEL B. CABRAL |

January 10, 2007

Hon. Patti B. Saris
U.S. District Court
District of Massachusetts
U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re:   Jon M. Taylor v. Town of Freetown, et al.
      U.S. District Court C.A. No. 03-12417-PBS

Dear Judge Saris:

On December 13, 2006, the parties in the above-referenced matter appeared before the Court for a hearing on Defendants' Motion For Summary Judgment. During that hearing, the Court inquired as to whether the parties would be willing to participate in a further mediation of the case. Defendants' counsel responded that Defendants would be amenable to doing so. Plaintiff's counsel responded that he would need an opportunity to confer with his client. In light of this, the Court instructed the parties to report back to the Court by January 10, 2007 as to whether they would be willing to further mediate this matter.

On January 3, 2007, the parties conferred on the subject. During that conversation, Plaintiff's counsel advised that Plaintiff was not amenable to further mediation at this time and that he would be filing a motion to stay summary judgment and a motion to compel discovery. On January 9, 2007, Plaintiff's counsel confirmed via email, that Plaintiff is not amenable to further mediation at this time.

Although Defendants remain willing to attempt to resolve this matter, in light of the foregoing, it does not appear that further mediation of this matter would likely yield any positive results.

KOPELMAN AND PAIGE, P.C.
Hon. Patti B. Saris
U.S. District Court
January 10, 2007
Page 2

Thank you for your attention to this matter.

Very truly yours,

/s/ Joseph S. Fair

JSF/ja
cc:   Board of Selectmen
      Howard Mark Fine, Esq.
      Chief of Police
      Lt. Walter J. Sawicki
      Austin M. Joyce, Esq.
      Ms. Carolyn J. Hamel (MAS 0035286)

Certificate of Service

   This is to certify that on the date subscribed below I caused a copy of the foregoing to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated:  January 10, 2007                              /s/ Joseph S. Fair

303367/60700/0503