# Howard Mark Fine
*Attorney at Law*

86 Sherman Street, Cambridge, Massachusetts 02140-3233
Telephone (617) 868-9200 • Fax (617) 395-8218 • Email howardmfine@gmail.com

January 10, 2007

Clerk's Office – Civil
United States District Court for
  the District of Massachusetts
John Joseph Moakley Courthouse
1 Courthouse Way
Boston, Massachusetts  02210

      **RE: Jon M. Taylor v. Town of Freetown, Carlton E. Abbott, Jr., Esq., Walter J. Sawicki, Civil Action No. 03-12417-PBS**

BY HAND DELIVERY

Dear Sir or Madam:

On behalf of the plaintiff in the above-referenced matter, Jon M. Taylor, and pursuant to Judge Saris' order of December 13, 2006, I write to notify the court that my client respectfully declines to pursue mediation at this time.

Very truly yours,

Howard Mark Fine, Esquire

HMF/hf

cc:    Attorneys David C. Jenkins and Joseph S. Fair
        Attorney Austin M. Joyce
        Mr. Jon M. Taylor