UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>　　　Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>　　　Defendants. | DEFENDANTS' RULE 7.1 CERTIFICATION |

In accordance with Local Rule 7.1, counsel for Defendants in the above-captioned matter hereby certifies that he telephoned opposing counsel on January 18, 2007 and the parties attempted, in good faith, to resolve or narrow the issues raised in Defendants' Motion For Reconsideration, but were unable to do so. Plaintiff's counsel indicated that he intends to oppose Defendants' Motion For Reconsideration.

DEFENDANTS,

By their attorneys,

/s/ Joseph S. Fair
David C. Jenkins (BBO# 251000)
Joseph S. Fair (BBO#637818)
Kopelman and Paige, P.C.
　Town Counsel
101 Arch Street, 12th Floor
Boston, MA 02110
(617) 556-0007

Dated: January 18, 2007

304152/60700/0503