UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

C.A. NO. 03-12417-PBS

| | |
|---|---|
| JON M. TAYLOR,<br><br>    Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN, CARLTON E. ABBOTT, JR., individually and as Chief of the Freetown Police Department, and WALTER J. SAWICKI, individually and as Lieutenant of the Freetown Police Department,<br><br>    Defendants. | DEFENDANTS' MOTION FOR <u>RECONSIDERATION</u> |

    Now come Defendants and respectfully move this Court to reconsider the January 18, 2007 order it issued in connection with Plaintiff's sealed Motion For Relief Pursuant To Rule 56(f). As grounds for this motion, Defendants rely on the arguments set forth in the accompanying Defendants' Opposition To Plaintiff's Motions To Stay Summary Judgment And To Compel Discovery.

                                                DEFENDANTS

                                                By their attorneys,

                                                /s/Joseph S. Fair
                                                David C. Jenkins (BBO# 251000)
                                                Joseph S. Fair (BBO# 637818)
                                                Kopelman and Paige, P.C.
                                                 Town Counsel
                                                101 Arch Street, 12th Floor
                                                Boston, MA 02116

Dated: January 18, 2007              (617) 556-0007
304136/60700/0503

2

Certificate of Service

      This is to certify that on the date subscribed below I caused a copy of Defendants' Motion For Reconsideration to be served through the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and that non-registered participants, if any, were served with paper copies of said document.

Dated: January 18, 2007                  /s/ Joseph S. Fair

304136/60700/0503