UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2007 FEB 23 P 1: 25

U.S. DISTRICT COURT
DISTRICT OF MASS.

| | |
|---|---|
| JON M. TAYLOR,<br><br>           Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>           Defendants. | C.A. 03-12417-PBS |

### COUNSEL'S LR 7(A)(2) CERTIFICATION

    COMES now Howard Mark Fine, Esquire, counsel for plaintiff Jon M. Taylor in the above-captioned matter, and hereby certifies that based on a telephone conference on February 21, 2007 with Attorney Joseph F. Fair, counsel for Defendants Town of Freetown, Carlton E. Abbott, Jr., Esquire and Walter J. Sawicki, and Attorney Fair's electronic mail on February 22, 2007, defendants have no opposition to the undersigned seeking leave to file Plaintiff's Revised Memorandum Of Law In Support Of Motion To Supplement Summary Judgment Record.

                                      Respectfully Submitted By:

                                      JON M. TAYLOR

                                      By His Attorney

                                      Howard Mark Fine, Esquire
                                      86 Sherman Street
                                      Cambridge, MA 02140-3233
                                      BBO No. 554671
                                      (617) 868-9200

Dated: February 23, 2007