UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| JON M. TAYLOR,<br>            Plaintiff,<br><br>v.<br><br>TOWN OF FREETOWN,<br><br>CARLTON E. ABBOTT, Jr., ESQ.,<br>Individually and as Chief of the Freetown<br>Police Department, and<br><br>WALTER J. SAWICKI,<br>Individually and as Lieutenant of the<br>Freetown Police Department<br>            Defendants. | C.A. 03-12417-PBS |

## CERTIFICATE OF SERVICE

NOW COMES counsel for Plaintiff Jon M. Taylor in the above-captioned matter and hereby affirms that copies of the documents below were served by United States Postal Service, postage prepaid, to the following counsel: Attorney David C. Jenkins and Attorney Joseph S. Fair, Kopelman & Paige, PC, 101 Arch Street, Boston, MA 02110; and Attorney Austin M. Joyce, REARDON, JOYCE AND AKERSON, P.C., 397 Grove Street, Worcester, Massachusetts 01605.

1. Plaintiff's Motion For Leave To File Revised Memorandum Of Law In Support Of Motion To Supplement Summary Judgment Record;
2. Plaintiff's Revised Memorandum Of Law In Support Of Motion To Supplement Summary Judgment Record; and
3. Counsel's LR 7(A)(2) Certification.

Respectfully Submitted By:

JON M. TAYLOR

By His Attorney

_____
Howard Mark Fine, Esquire
86 Sherman Street
Cambridge, MA  02140-3233
BBO No. 554671
(617) 868-9200

Dated: February 23, 2007