UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Jon M. Taylor,
    Plaintiff,

V.

CIVIL ACTION: 03-12417-PBS

Town of Freetown, et al,
    Defendants.

### JUDGMENT

SARIS, U.S.D.J.                                April 10, 2007

Pursuant to this Court's Memorandum and Order dated March 29, 2007, allowing Defendants motion for summary judgment (docket no. 73), it is ORDERED and ADJUDGED that final judgment is hereby entered in favor of the Defendants.

    /s/ Patti B. Saris
    Patti B. Saris
    United States District Judge